## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2524 41st LLC, | ) | Case No. 23-00188 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR AUGUST 30, 2023
HEARING ON WCP FUND I LLC'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AS TO PROPERTY LOCATED AT 2524 41ST
STREET, NW, WASHINGTON, DC 20007**

2524 41st LLC (the "Debtor"), the above-captioned debtor and debtor-in-possession, by and through its undersigned counsel, hereby files its witness and exhibit list in connection with the *Motion for Relief from Stay as to Property Located at 2524 41st Street, NW, Washington, DC 20007* (the "Motion"), filed by WCP Fund I LLC, servicer for 1Sharpe Opportunity Intermediate Trust ("WCP"), set for hearing on August 30, 2023 at 11:00 a.m. (EST) (the "Hearing") before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Columbia.

### WITNESS LIST

1. The Debtor reserves the right to examine any of the following witnesses:

    a. James Smith;

    b. Gregory Clucas;

    c. Mark Meyerdirk;

    d. Any witness called by the other party;

    e. Any necessary witness to lay foundation to any exhibits listed below; and

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

    f.    Any necessary reply, rebuttal, or impeachment witnesses.

## **EXHIBIT LIST**

| **Debtor's Exhibit No.** | **Description** |
|---|---|
| 1 | R&F Commercial Debt and Equity LLC Pre-Approval Letter |
| 2 | November 3, 2021 Appraisal Report Issued by CL Group LLC |
| 3 | May 16, 2023 Payoff Statement from Washington Capital Partners |
| 4 | Broker Price Opinion – Urban Brokers Real Estate |
| 5 | DC Office of Tax and Revenue Assessment Values |

The Debtor reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and (ii) the right to use additional exhibits for purposes of reply, rebuttal, or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Debtor also reserves the right to reply upon and use as evidence (i) exhibits included on the exhibit lists of any other parties-in-interest and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: August 24, 2023        Respectfully submitted,

        **WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (admission pending)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor-in- Possession*