# EXHIBIT 1



**COMMERCIAL DEBT & EQUITY**

August 24, 2023

2524 41st St LLC
8 The Green
#13179
Dover, DE 19901

RE:  Commercial Loan secured by First Deed of Trust (the "Loan")
2524 41st St SE, Washington DC 20007 (the "Property")

Dear Jamie,

R&F Commercial Debt and Equity LLC (the "Lender") has pre-approved financing as described below for your acquisition, renovation, marketing and maintenance of the Property referenced above.

| | |
|---|---|
| Borrower(s): | 2524 41st St LLC, a Delaware limited liability company, and James Smith, jointly and severally |
| Loan Face: | $2,200,000.00 |
| Construction Reserve: | $690,000 withheld from Loan Face |
| Purpose: | Refinance of an existing First Deed of Trust, renovation of the Property, marketing and maintenance of the Property. The Property will remain vacant during the term of the Loan. |
| Interest Rate: | Interest paid monthly from Interest Reserve at 10% |
| Term: | 12 months with a 6 month extension if necessary |
| Closing: | To be completed upon successful review of required documents as mentioned below in "Closing Subject To" |
| Title Company: | Centerview Title Group, LLC |
| Title Review Fee: | $1,200.00 |
| Commitment Fee: | $1,000.00 |
| Processing Fee: | $475.00 |

---

Underwriting Fee:     $350.00

Interest Reserve:     $210,000 withheld from Loan Face

Construction Draws:   Maximum of ten draws as presented to Lender and set forth in Loan Agreement and as approved by Lender. Borrower will pay an inspection fee of $250.00 at the time of each draw and, if required by Lender, will pay the cost of a title bring down at each draw. Borrower will furnish a Partial Lien Waiver with each interim draw request and a Final Lien Waiver at the final draw request.

Prepayment:   Borrower may prepay the Loan, at any time, at Borrower's sole discretion without penalty.

Security:     Commercial Deed of Trust Note
First Deed of Trust encumbering the Property
Loan Agreement
Borrowing Resolution for the LLC

Closing Subject To:   Final closing is subject to the Lender's satisfactory examination and approval of the following documents:
As-is Appraisal of the Property
After Completion Appraisal of the Property

Satisfactory Review of Title Binder:
Mortgagee Title Insurance Policy
Fire Insurance Certificate naming Lender as First Mortgagee

Acknowledgement:   By accepting this commitment, the Borrowers represent and warrant that the Loan is being obtained for the purpose of refinancing and carrying on business or investment and all proceeds of such indebtedness will be used solely in connection with such bigness or investment. Borrowers further represent and warrant the Loan is not incurred for personal, family or household purposes.

Costs Guaranty:   In the even Borrower fails to close under the terms of this commitment, the Commitment Fee, Underwriting Fee, Processing Fee and the Title Company Fees for the title examination shall be payable in full upon demand.

General:   Borrower shall provide the Lender with such additional information, reports or statements as the lender may from time to time reasonably request. Lender may terminate it's obligations pursuant to this commitment or declare a default after Closing in the event that prior to Closing, the Borrower shall fail or refuse to comply in a timely way with any of the terms, provisions or conditions of this commitment or any Agreements related to the Loan or there shall come to Lender's attention any material inaccuracy or misrepresentation in the data, representations, exhibits and other materials submitted to Lender by Borrower in connection herewith. The terms of this commitment letter will survive the closing of the Loan.

---

If you have any questions about the terms of this letter, please feel free to call me at any time on 703-408-5248.

Sincerely,

Steve Ross
Principal