# EXHIBIT 2



November 3, 2021

Washington Capital Partners
2815 Hartland Road, Suite 200
Falls Church, VA 22043

RE:   **2524 41st Street, NW**
4-Unit Condominium Project
Square 1708, Lot 0001
Washington, D.C.  20007

Dear Sir/ Madam:

In accordance with your request and for the purpose of providing an estimate of market value, the CL Group, LLC, has inspected the above captioned property and submits the following comprehensive <u>appraisal report</u>.



The subject property under analysis consists of one lot containing approximately 5,938± square feet of land currently improved with a two-story plus basement, four-unit apartment building. The subject is proposed to be renovated into four (4) unit multi-family condominium building containing a total of 5,500 square feet of space and sold at market rates. The total investment and construction budget including renovations, soft costs, and hard costs is forecasted at approximately $720,000. Construction is proposed to begin by May 1, 2022 and be completed by March 1, 2023.  Upon completion of the construction, the subject will feature approximately 5,500± net square feet divided among four (4) units, in addition to four (4) parking spaces for sale.

The subject is currently under contract to be purchased for a consideration of $1,650,000 plus $60,000 for TOPA assignment.

The subject property is situated along the Southwest corner side of Davis Place, NW, and 41st Street, NW in the Glover Park neighborhood of Northwest Washington DC. More specifically, the subject property is known as Lot 0001 of Square 1708. The District of Columbia Office of Zoning indicates that the subject property is zoned Residential Apartment (RA-1).

The purpose of this appraisal, per the request of the client, is to estimate the Market Values "as completed" and "as is" of the Fee Simple Estate as described herein.  Market value is defined as follows:

*Market Value* means "The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently knowledgeably, and for self-interest and assuming that neither is under undue duress."

Implicit in this definition are the consummation of a sale, as of a specified date, and the passing of title from seller to buyer under conditions whereby:

(1)     Buyer and seller are typically motivated;

(2)     Both parties are well informed or well advised and acting in what they consider their own best interests;

(3)     A reasonable time is allowed for exposure in the open market;

(4)     Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

(5)     The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The subject property was inspected by the undersigned of the CL Group, LLC on October 27, 2021.

After considering all of the known factors that affect the values of the subject property, it is the opinion of the undersigned that the estimated market value "as completed" of the Fee Simple Estate, subject to the limiting conditions set forth herein, as of October 27, 2021, is as follows:





## GROSS RETAIL MARKET VALUE AT COMPLETION – MARCH 1, 2023

### $3,713,000

### THREE MILLION SEVEN HUNDRED THIRTEEN THOUSAND DOLLARS

---

## MARKET VALUE "AS IS"- OCTOBER 27, 2021

### $1,784,000

### ONE MILLION SEVEN HUNDRED EIGHTY-FOUR THOUSAND DOLLARS

*The market value indication does not include furniture, fixtures, or equipment.*

*It is an assumption and a limiting condition of this analysis that the proposed development will be in accordance with the drawings, square footage, and finishes provided to the appraisers and utilized herein.  As this information forms the basis for this analysis, any deviation will render this report null and void.*

---

**The coronavirus threat may be impacting market conditions. However, in most markets it is not yet clear to what extent, if any, market conditions are affected. Related, complicating factors include fluctuations in the stock market and changes in mortgage interest rates.**

Gregory R. Clucas is currently certified under the continuing education program of the Appraisal Institute.  We have no interest in the property and our employment and compensation are not contingent upon the valuation.  The appraisal report is hereto attached and made subject to the conditions and comments herein.  This appraisal has been prepared in accordance with the current Uniform Standards of Professional Appraisal Practice (USPAP) as adopted by the Appraisal Foundation as mandated by the Office of Thrift Supervision and originated in conjunction with the Financial Institutions Reforms, Recovery and Enforcement Act of 1989 (FIRREA).

Respectfully submitted,


Gregory R. Clucas, MAI
DC Certified General
Real Estate Appraiser No. GA 10008

Greg Clucas, Jr.,
Associate



# CL GROUP LLC

## EXECUTIVE SUMMARY OF SALIENT FACTS

**PROPERTY LOCATION:**
2524 41st Street, NW
Washington D.C. 20007

**SUBJECT PROPERTY:**
The subject property under analysis consists of one lot containing approximately 5,938± square feet of land currently improved with a two-story plus basement, four-unit apartment building. The subject is proposed to be renovated into four (4) unit multi-family condominium building containing a total of 5,500 square feet of space and sold at market rates. The total investment and construction budget including renovations, soft costs, and hard costs is forecasted at approximately $720,000. Construction is proposed to begin by May 1, 2022 and be completed by March 1, 2023.  Upon completion of the construction, the subject will feature approximately 5,500± net square feet divided among four (4) units, in addition to four (4) parking spaces for sale.
The subject is currently under contract to be purchased for a consideration of $1,650,000 plus $60,000 for TOPA assignment.

**FUNCTION OF THE APPRAISAL:**
To assist the client in real estate valuation.

**PURPOSE OF THE APPRAISAL:**
To estimate the "as completed" and "as is" Market Values as described herein.

**EFFECTIVE DATE OF VALUATION:**
October 27, 2021.

**DATE OF INSPECTIONS:**
The undersigned of the CL Group inspected the subject on October 27, 2021.

**ZONING:**
According to the District of Columbia's Office of Zoning, the subject property is zoned RA-1.

**HIGHEST AND BEST USE:**
Future residential redevelopment as proposed.

**ESTIMATED MARKETING TIME:**
Given the size of the subject property, an estimated marketing time of one year or less appears reasonable.  In addition, a recent PwC Real Estate Investor Survey references a national





average marketing time of approximately nine months for all property types.

**GROSS RETAIL MARKET VALUE AT COMPLETION – MARCH 1, 2023**

$3,713,000

**THREE MILLION SEVEN HUNDRED THIRTEEN THOUSAND DOLLARS**

**MARKET VALUE "AS IS"- OCTOBER 27, 2021**

$1,784,000

**ONE MILLION SEVEN HUNDRED EIGHTY-FOUR THOUSAND DOLLARS**

*The market value indication does not include furniture, fixtures, or equipment.*

*It is an assumption and a limiting condition of this analysis that the proposed development will be in accordance with the drawings, square footage, and finishes provided to the appraisers and utilized herein.  As this information forms the basis for this analysis, any deviation will render this report null and void.*

**The coronavirus threat may be impacting market conditions. However, in most markets it is not yet clear to what extent, if any, market conditions are affected. Related, complicating factors include fluctuations in the stock market and changes in mortgage interest rates.**



# INTRODUCTION





# TABLE OF CONTENTS

## INTRODUCTION

| | |
|---|---|
| LETTER OF TRANSMITTAL | 1 |
| EXECUTIVE SUMMARY OF SALIENT FACTS | 5 |
| STATEMENT OF LIMITING CONDITIONS | 9 |
| QUALIFICATIONS OF THE APPRAISERS | 12 |
| PHOTOGRAPHS OF THE SUBJECT PROPERTY | 15 |
| IDENTIFICATION OF THE SUBJECT | 20 |
| LEGAL DESCRIPTION | 20 |
| FUNCTION OF THE APPRAISAL/INTENDED USER | 20 |
| INTENDED USE | 21 |
| DATE OF INSPECTION | 21 |
| EFFECTIVE DATE OF THE APPRAISAL | 21 |
| PURPOSE OF THE APPRAISAL | 21 |
| PROPERTY RIGHTS APPRAISED | 21 |
| HISTORY OF THE SUBJECT | 22 |
| SCOPE OF THE APPRAISAL | 23 |
| MARKETING & EXPOSURE PERIODS | 24 |
| DEFINITIONS PERTINENT TO VALUE | 25 |

## DESCRIPTION & ANALYSIS

| | |
|---|---|
| WASHINGTON, D.C. | 28 |
| IMMEDIATE ENVIRONS | 36 |
| MARKET AREA ANALYSIS | 39 |
| SITE DESCRIPTION | 40 |
| ZONING DISCUSSION | 42 |
| REAL ESTATE ASSESSMENTS | 43 |
| HIGHEST AND BEST USE | 44 |

## VALUATION

| | |
|---|---|
| APPROACHES TO VALUE | 49 |
| SALES COMPARISON APPROACH | 52 |
| FINAL VALUE ESTIMATES | 72 |
| CERTIFICATION | 73 |



**CL GROUP LLC**

## STATEMENT OF LIMITING CONDITIONS

This report is made subject to the following assumptions and limiting conditions.

1. The appraiser assumes no responsibility for legal matters nor does the appraiser render any opinion as to the Title, which is assumed to be good. All existing liens and encumbrances, unless specified in the report, have been disregarded and the property is appraised as though free and clear, under responsible ownership and competent management. Unless otherwise noted herein, it is assumed there are no encroachments, zoning or other violations of any regulations affecting the subject.

2. The Plot Plan, if contained herein, is included to assist the reader in visualizing the property. The appraiser has made no survey of the property and assumes no responsibility in connection with such matters.

3. Information that was furnished by others is so noted and is believed to be reliable, but the appraiser assumes no responsibility in connection with such matters.

4. The appraiser is not required to give testimony nor to appear in court by reason of this appraisal, with reference to the property in question, unless arrangements have been previously made.

5. The client will indemnify the appraiser and has agreed to promptly defend appraiser against any damage resulting from any claim or cause of action by any third party arising out of said use or dissemination of this appraisal report (or the contents thereof). This obligation to indemnify and defend shall not apply to the extent any such claim or cause of action arising out of the adjudicated negligence or willful misconduct of the appraiser in performing the appraisal. The appraiser has the right to approve any attorney employed by the client to defend against such claim or cause of action and has the right to approve any settlement or compromise of such claim or cause of action.

6. Unless otherwise stated in this report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphenyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraiser become aware of such during the appraiser's inspection. The appraiser has no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraiser, however, is not qualified to test such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation, or other hazardous substances or environmental conditions, may affect the value of the property, the value estimated is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility



is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

7.  The improvements, and particularly the buildings, appear to be free of hazards. The appraiser does not warrant against the presence of asbestos, radon gas, PCB's, underground storage tanks and/or use of formaldehyde foam insulation within the building.

8.  The appraiser assumes no liability for structural conditions not visible through ordinary, careful inspection or a review of the plans and specifications, if proposed.

9.  Subsurface rights (mineral, gas and oil) were not considered in making this appraisal.

10. Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media, without the written consent and approval of the author, particularly as to valuation conclusions, the identity of the appraiser or its firm.  This report may be shared with an organization other than the client only in its entirety.

11. Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by any one but the client without the previous written consent of the appraiser and the client, and then only with proper qualification.

12. It is assumed that any proposed improvements are completed unless stipulated otherwise in this report; any construction is assumed to conform with the building plans and/or improvements descriptions provided the appraiser and summarized in this report.

13. Any future discovery of a concealed or unapparent deficiency in the real estate (such as substance, toxic waste, radon gas, asbestos, UFFI or other hazards) renders this report invalid.

14. It is assumed that there is full compliance with all applicable federal, state and local environmental regulations and laws unless no compliance is stated, defined and considered in the appraisal report.

15. It is assumed that all required licenses, consents or other legislative or administrative authority from any local, state, or national governmental or private entity or organization has been or can be obtained or renewed for any use on which the value estimate contained in this report is contingent.

16. The current (as of the date of appraisal) purchasing power of the dollar is the basis for the value estimates; no extreme fluctuations in economic cycles are anticipated.

17.    The value estimate is based upon appropriate research and applicable appraisal techniques.  By its nature the appraisal of real estate is not an exact science, and the end product is an opinion with which others may differ.  The final estimate of the value is not guaranteed, and no warranty is implied or intended.

18.    Acceptance of and/or use of this appraisal report constitutes an understanding and acceptance of the foregoing assumptions and limiting conditions.

19.    The Americans with Disabilities Act took effect January 26, 1992.  We have not considered any part of this act and how it impacts the subject property in terms of compliance and/or renovation costs.  We, therefore, reserve the right to amend this report should a competent survey indicate changes may be required.

Gregory R. Clucas, MAI
District of Columbia
Certified General
Real Estate Appraiser No. GA 10008

# CL GROUP, LLC

*Over 45 years of experience appraising commercial real estate in the Washington DC area.*

## GREGORY R. CLUCAS, MAI
### ~ PRESIDENT ~

### EDUCATION
- B.S. Degree – Marketing, minor in Economics
- University of Arizona, Tucson, Arizona
- Post Graduate Studies, Real Estate and Urban Development
- American University, Washington, D.C.
- Currently certified under the Continuing Education Program of the Appraisal Institute (through December 31, 2022)

### LICENSES/CERTIFICATIONS
- District of Columbia Certified General Real Estate Appraiser No. 10008
- Maryland Certified General Real Estate Appraiser No. 04-428
- Virginia Certified General Real Estate Appraiser No. 4001-000931
- West Virginia Certified General Real Estate Appraiser No. 316

### COMPLETED CERTIFICATION COURSES AND SEMINARS
- Business Practices and Ethics Standards of Professional Practice (2019)
- USPAP Update, 2021
- Partial Interest Valuation – Undivided
- Partial Interest Valuation – Divided
- Attacking & Defending an Appraisal in Litigation
- An Introduction to Valuing Green Buildings
- Analyzing Distressed Real Estate
- Appraisal of Residential Property Foreclosure
- Current Issues in Appraising
- Deriving and Supporting Adjustments
- Appraising and Analyzing Industrial and Flex Buildings for Mortgage Underwriting
- Curriculum Overview – General
- Curriculum Overview – Residential
- Analyzing Operating Expenses
- Appraisal of Land and Site Valuation
- Appraisal of Self Storage Facilities
- Appraisal of Fast Food Facilities
- West Virginia Appraisal Law
- Appraisal of Assisted Living Facilities
- The Income Approach, An Overview
- Advanced Hotel Appraising, Full Service Hotels
- Basic Hotel Appraising, Limited Service Hotels
- The Discounted Cash Flow Model: Concepts, Issues & Apps

*Numerous conferences and seminars conducted by various professional organizations including the Appraisal Institute.*

### PROFESSIONAL MEMBERSHIPS
- Member, Appraisal Institute (MAI)

### EXPERIENCE
Valuation and investment counselor to institutional investors, corporations, associations, attorneys, and government agencies. Qualified as an expert witness before the local and federal courts of record as well as numerous special boards and commissions. Scope of experience includes all types of urban and suburban properties.



**CL Group, LLC**
19620 Club House Rd.
Montgomery Village,
Maryland, 20886
Tel.: 301.258.1008
GClucas@aol.com



# CL GROUP, LLC

*Over 45 years of experience appraising commercial real estate in the Washington DC area.*

## REPRESENTATIVE CLIENTELE

- 1st Mariner Bank
- Abdo Development
- Allstate Appraisal
- American Bank
- American Investors Life Insurance Company
- American Military University
- Annapolis West United Partnership
- Atena, Inc.
- Banco Popular North America
- Bank Annapolis
- Branch Banking & Trust Company
- Broad Street
- Cardinal Bank
- Ciena Capital
- City of College Park, Maryland
- Colliers International
- Colombo Bank
- Chain Bridge Bank
- Columbia Bank
- Congressional Bank
- Curtis Property Management Comp.
- Damascus Community Bank
- Eagle Bank
- Earthtek
- Federal Deposit Insurance Corp.
- First Citizens Bank
- First Horizon Appraisal Division
- First Mariner Mortgage Corp.
- First National Bank
- First United Bank & Trust
- First Virginia Community Bank
- FNB
- Freedom Bank
- Fulton Financial
- Genworth North America Corp.
- Graystone Bank
- Great Point Investors
- Jackson Life Insurance Company
- John Marshall Bank
- Live Oak Bank
- Montgomery Dept. of Public Works
- Mainstreet Bank
- Mid-Atlantic Financial Partners
- Montgomery County Public Schools
- Monument Bank
- NIH Federal Credit Union
- Northmarq Capital
- Ohio Public Employees Retirement System
- Old Line Bank
- Orrstown Bank
- Penrose Financial Group
- People's Bank
- Phillips Realty Capital
- PNC Bank
- PPM Finance
- Premier Bank
- Presidential Bank
- Prince George's Financial Services
- Quadrant-Financial
- Revere Bank
- Rivita Lending
- Sandy Spring Bank
- Small Business Administration of America
- Southern Farm Bureau
- Southstar
- Sovereign Bank, N.A.
- StanCorp Mortgage Investors
- Stanley Martin Homes
- State Employees Credit Unit of MD
- Symetra Life Insurace
- The Fauquier Bank
- The Old Point National Bank
- The Patapsco Bank
- The University of Maryland
- The Washington Savings Bank
- Town of Oakland, MD.
- Valley Bank
- Washington First
- Washington Metropolitan Area Transit Authority
- William A. Hazel, Incorporated
- Zurich American Insurance Company

## APPRAISAL ASSIGNMENTS

Mr. Clucas has performed appraisals on various property types including, but not limited to, shopping centers, apartment complexes, manufacturing plants, office buildings, residential and office condominium buildings, raw and developed land, office parks, motels, hotels and mixed use properties. Mr. Clucas is currently certified in the State of Virginia, the State of Maryland, the State of West Virginia and the District of Columbia as a General Real Estate Appraiser.







**PHOTOGRAPHS OF THE SUBJECT**





Front exterior views of the subject property







Side and rear exterior views of the subject property







Rear parking area of the subject property



Existing view of the interior stairwell





Existing typical interior kitchen view



Typical interior finishes





**Location Maps**







## IDENTIFICATION OF THE SUBJECT

The subject property under analysis consists of one lot containing approximately 5,938± square feet of land currently improved with a two-story plus basement, four-unit apartment building. The subject is proposed to be renovated into four (4) unit multi-family condominium building containing a total of 5,500 square feet of space and sold at market rates. The total investment and construction budget including renovations, soft costs, and hard costs is forecasted at approximately $720,000. Construction is proposed to begin by May 1, 2022 and be completed by March 1, 2023.  Upon completion of the construction, the subject will feature approximately 5,500± net square feet divided among four (4) units, in addition to four (4) parking spaces for sale.

The subject is currently under contract to be purchased for a consideration of $1,650,000 plus $60,000 for TOPA assignment.

## LEGAL DESCRIPTION

The subject property is legally described as Lot 0001; Square 1708.

## FUNCTION OF THE APPRAISAL

The function of the appraisal is for the internal utilization of the client, Washington Capital Partners, its successors or assigns, and any participating financial institutions.  This valuation assignment was developed consistent with the scope specified by the client.  This specific appraisal is for the sole use of the client and may not be used for any other purpose without written consent from the appraiser.

## INTENDED USE

The intended use of this report is for utilization by the client, Washington Capital Partners.



**CL GROUP, LLC**

## DATE OF INSPECTION

The subject property was inspected by the undersigned of the CL Group, LLC on October 27, 2021.

## EFFECTIVE DATE OF THE APPRAISAL

The subject property was inspected by the undersigned of the CL Group, LLC on October 27, 2021, which is the effective date of this report.

## PURPOSE OF THE APPRAISAL

The purpose of the appraisal is to estimate the "as completed" and "as is" market values of the subject property.

## PROPERTY RIGHTS APPRAISED

The property rights appraised are those represented by the Fee Simple estate.  Please note this is part of the TOPA buyout agreement that is part of the purchase contract. This property right as defined in <u>The Dictionary of Real Estate Appraisal</u>, 6th Edition, is as follows:

**Fee Simple Interest**
"Absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power, and taxation."

## HISTORY OF THE SUBJECT

The subject property is in the following ownership:

<u>**Scott S Plumridge**</u>
2524 41st Street, NW
WASHINGTON DC 20007

The subject most recently traded in December 2016 for a consideration of $1,400,000 as recorded in document number 125318. As previously discussed herein, the subject is currently



**CL GROUP LLC**

under contract to be purchased for a consideration of $1,650,000 plus $60,000 for TOPA assignment.

## SCOPE OF THE APPRAISAL

**Scope of Work** is defined by the Uniform Standards of Professional Appraisal Practice (USPAP) 2021/2022 Edition, as *"the type and extent of research and analyses in an assignment."* *The Scope of Work must include the research and analyses that are necessary to develop credible assignment results*[1].

The subject property has been inspected and tax records have been reviewed. The property has been identified and characteristics that influence value are described. A description of the property follows. The highest and best use of the property is then analyzed. The methods used in the appraisal are explained in the "Valuation Procedure" section of this report.

In estimating the property's market value, market data was researched from the subject's market area. In addition, owners of the other properties and real estate brokers have provided market information. A sufficient amount of data is available from which to draw reliable conclusions as to the value of the subject property. The appraisers are not qualified to render opinions that are legal in nature; however apparent easements other than normal utility services and other restrictions, where known or observed, are noted.

The appraisers are not experts in matters concerning engineering or toxic wastes. Where some hazard is observed, it is described.

This appraisal conforms to the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation

A partial list of data sources is found below. To which aspect of the analysis they apply, your attention is invited to that specific portion of the report. Every attempt has been made to ensure the accuracy in the reporting of this information. As a result, it is our opinion

that a third party can rely, as much as is reasonable, on the data communicated in this report.

A list of the data sources utilized in this appraisal is as follows:

---

1 Advisory Opinion 29, Acceptable Scope of Work, Uniform Standards of Professional Appraisal Practice, July 1, 2006 Edition.

- • Metropolitan Regional Information Systems, Inc. (MRIS)
- • CoStar Group, Inc. (www.CoStar.com)
- • District of Columbia Tax Assessment Information Website
- • Surveys and Tax Maps
- • Real Estate Agents and Brokers
- • Appraisers
- • Mr. Jamie Smith- Representative

## MARKETING & EXPOSURE PERIODS

According to Advisory Opinion G-7 from the Appraisal Standards Board of the Appraisal Foundation, the estimate of marketing time occurs after the effective date of the market value estimate.  Marketing time is sensitive to price/value relationships, meaning that, for a given property, marketing time may increase with higher prices, and decrease with lower prices.  The estimate of a reasonable marketing time assumes that the subject sells at or near the estimate of market value as presented in this appraisal report.

According to Statement of Appraisal Standards No. 6 (SMT-6) of the Appraisal Standards Board of the Appraisal Foundation, exposure time is defined as the estimated length of time the property appraised would have been on the market prior to the hypothetical assumption that it sold as of the effective date of the appraisal for the appraised amount.  Thus, exposure time differs from marketing time as it is a retrospective estimate, based upon the analysis of past events leading up to the date of the appraisal, and is provided as a means of synthesizing actual market trends for the purposes of accurately anticipating the future in a marketing time estimate.

The basis for estimated exposure periods is found in statistical information about time on the market, gathered through sales verification, and interviews of market participants.  Based upon the market value estimate provided in this report, the appraiser estimates that a reasonable exposure period of 12 months would have been required to sell the subject property as of the date of the appraisal.  The appraiser estimates that a marketing time of one year or less from the date of the appraisal would be required in order to sell the subject property at the appraiser's market value estimate.  This opinion is further substantiated by a recent PwC Investor Survey which references a national average marketing time of approximately nine months for all property types.



## DEFINITIONS PERTINENT TO VALUE

The definition of **"Market Value"**, as described within Attachment A of the engagement letter, is defined as follows:

> *"the most probable price which a property should bring in competitive and open market under all condition requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus".*

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- *buyer and seller are typically motivated;*
- *both parties are well-informed or well-advised, and each acting in what he considers his own best interest;*
- *a reasonable time is allowed for exposure in the open market;*
- *payment is made in terms of cash in U.S. Dollars or in terms of financial arrangements comparable there to; and*
- *the price represents a normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*

**"Hypothetical Condition"** is defined as:

> *"that which is contrary to what exists but is supposed for the purpose of analysis.  Hypothetical condition assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property, such as market conditions or trends; or about the integrity of data used in an analysis.*

A hypothetical condition may be used in an assignment only if:

- *Use of the hypothetical condition is clearly required for legal purposes, for purposes of reasonable analysis, or for purposes of comparison;*
- *Use of the hypothetical condition results in a credible analysis; and*
- *The appraiser complies with the disclosure requirements set forth in USPAP for hypothetical conditions.*

**Market value "as is"** on appraisal date means an estimate of the market value of a property in the condition observed upon inspection and as it physically and legally exists without hypothetical condition, assumption, or qualification as of the date of the appraisal is prepared.



**Market value "as if" complete** on appraisal date means the market value of a property with all proposed construction, conversion, or rehabilitation hypothetically complete, or under other specified hypothetical conditions as of the date of the appraisal.

With regard to properties wherein anticipated market conditions indicate that stabilized occupancy is not likely as of the date of completion, this estimate of value shall reflect the market value of the property as if completed and prepared for occupancy by tenants.

**Prospective future value upon completion of construction** means the prospective future value of a property on the date that construction is completed, based upon market conditions forecast to exist as of that completion date.

**Prospective future value upon reaching stabilized occupancy** means the prospective future value of a property at a point in time when all improvements have been physically constructed and the property has been leased to its optimum level of long term occupancy.



## Other Terms and Definitions

**Retrospective Value Opinion**
"An opinion of value as of a specified historic date.  A retrospective value opinion is most frequently sought in connection with appraisals for estate tax, condemnation, inheritance tax, and similar purposes."

**Extraordinary Assumption**
"An assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions.  Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property such as market conditions or trends; or about the integrity of data used in an analysis.

**Fee Simple Interest**
"Absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power, and taxation."

**Leased Fee Estate**
"An ownership interest held by a landlord with the landlord with the right of use and occupancy conveyed by lease to others; the rights of lessor or the leased fee owner and leased fee are specified by contract terms contained within the lease."

**Cash Equivalent Value**
"A price expressed in terms of cash, as distinguished from a price expressed totally or partly in terms of the face amounts of notes or other securities that cannot be sold at their face amounts."

**Floor Area Ratio**
"The relationship between the above ground floor area of a building and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal; e.g., a total of 2.0 indicates that the floor area of a building is twice the total land."

**Discounted Cash Flow (DCF) Analysis**
"A set of procedures in which the quantity, variability, timing, and duration of periodic income, as well as the quantity and timing of reversions, are specified and discounted to a specific yield rate."



# DESCRIPTION & ANALYSIS



## WASHINGTON, D.C.



Washington, D.C. covers more than 4,400 square miles of thriving businesses.  As the center of the eighth largest metropolitan area in the nation, the mixture of people and purposes come together in Washington, D.C., making it an exciting place in which to live and work.

Streets and other public rights-of-way represent more than twenty-two percent of the District's land area.  The city is divided into four quadrants, Northeast, Northwest, Southeast, and Southwest.  The central point is the U.S. Capitol Building.  Streets running east-west are lettered in alphabetical order.  Numbered streets run north-south.



## POPULATION

As of July 2021, the District's population was over 716,000 and continuing to increase. During the next ten years, the population in the District of Columbia is expected to increase further.

## INCOME

Traditionally one of America's richest urban centers, Washington area residents spend more money per household than residents in nearly every major U.S. city. This market has more college graduates per capita, it has more $60,000 and above household incomes than any other market, and it is one of the top affluent markets in the country. One out of every five Washingtonians is an affluent urban dweller.

## EMPLOYMENT GROWTH

The Greater Washington has its share of large companies and major corporate headquarters. Perhaps not as well known, the region also provides a thriving environment for small company creation and growth. In fact, Greater Washington is home to the most Inc. 500 fastest-growing private businesses in the US - for the past 12 consecutive years. It is worth noting The Association of Foreign Investors in Real Estate ranked Washington the No. 1 global city for real estate investment, beating out London, New York, Tokyo, Shanghai, and San Francisco.

## TRANSPORTATION

At the center of a transportation network, including three major airports, a regional rail and bus system, and a major road system with several major interstate routes, the District is responsible for transportation where the demand is highest and the use is most intense, within the city.

Public transportation in the District includes both rail and bus service and is operated by the Washington Metropolitan Area Transportation Authority. In addition to public transportation and commercial and private vehicles, more than 7,200 taxicabs and hundreds of tour buses must be considered in discussing an efficient system.



## RAIL

The Metrorail system (known locally as "Metro") has plans for over 103 track miles and 85 stations on five lines, extending from the District to the surrounding suburban areas. Currently, there are 36 rail stations and 29.6 miles of rail service operating solely in the District.

In addition to Metro, AMTRAK services the District with both regional and national service from Union Station to all points in the nation.  There is a Metrorail stop at Union Station which makes access to AMTRAK service convenient.

## ROADS

Getting into the District is facilitated by the limited access roadways, which are part of the federal interstate highway system.  The major interstate access into the Washington area is the Capital Beltway (I-495).  It is a 62-mile highway that circles Washington, D.C. and connects with all interstate highways.

In addition, there is I-95, a major north-south interstate that uses the eastern half of the Beltway as its route around Washington.  Also, I-295 and I-395 run from Maryland to Virginia through the District, and I-66 runs from Virginia into the District.  Critical interurban extensions of I-66 and Dulles Airport Access Road from Capital Beltway through Arlington to downtown Washington were completed in 1984 and 1985 respectively.

Other major highways in the Washington Metropolitan area that are easily accessible from the District include: the George Washington Memorial Parkway, Routes 1, 236, 7, 50, 29/211, and 123 in Virginia, and Routes 29, 1, 97, 4 and 50, and the Baltimore-Washington Parkway in Maryland.

## AIR

Washington, D.C. is served by three full-service commercial airports. Of the three, Reagan National Airport is closest to downtown Washington, less than five miles from the city center.   Open to traffic in 1940 and recently renovated, National now accommodates approximately 16 million passengers a year, approximately 45,000 air travelers every day.

Washington Dulles International Airport is now the fastest growing airport in the United States.  Its location near Chantilly, Virginia is 26 miles from the District.  Baltimore/Washington

International Airport is located about 30 miles northeast of Washington, and is one of the few major airports in the country accessible by rail service.  BWI is linked to both Baltimore and Washington by its own AMTRAK Station. Access to and from all three airports is by way of private automobile, taxi, or airport bus service.  The Washington Flyer, an airport bus service, operates between major hotels in the area, and more than 70 points throughout the region, to provide a connection with Reagan National and Dulles Airports.  The Airport Connection runs buses between downtown hotels and BWI.  In addition, the Metro system has a stop at Reagan National Airport.

<u>SUMMARY</u>

Washington, D.C. is a city which continues to diversify while retaining the charm of its past and its important role in national government and politics. It is a city where opportunities abound, and where public and private sector cooperation is strong.  Any well-located real estate property stands to benefit from this combination of strong consumer demand, the many excellent modes of transportation available, and a diversified economic base.





## HOUSING CONDITIONS Q2 2021

## Washington, DC Market Key Findings

| | July 2021 | vs. June 2021 | vs. July 2020 |
|---|---|---|---|
| Median Sales Price | $550.0K | ▼ -2.7% | ▲ 6.6% |
| Closed Sales | 7,438 | ▼ -13.8% | ▲ 0.8% |
| New Pending Sales | 7,078 | ▼ -10.9% | ▼ -2.7% |
| New Listings | 8,648 | ▼ -17.3% | ▼ -3.0% |
| Median Days on Market | 7 Days | 6 Days | 8 Days |

## bright MLS | T3 Home Demand Index  123 Moderate

| Home Demand Index 123 (Moderate) | Home Demand Index from prior month 148 | Home Demand Index from prior year 141 | Index change from prior month -16.9% | Index change from same time last year -12.8% |
|---|---|---|---|---|

The Bright MLS T3 Home Demand Index for the Washington Metro area decreased by nearly 17 percent in July to a reading of 123. Although in the Moderate demand range, the Index had been in the High category since March reflecting a surge in demand in the early part of the year that has since softened.

Demand among each of the six types of homes tracked by the Bright MLS T3 Home Demand Index decreased in July. The largest decrease in buyer interest was in the higher-priced single-family segment, although demand remained higher than other segments. The months supply of homes for sale was very low among the single-family segments and townhouses. The leanest supplies of homes were in the mid-priced single-family segment, at one month, and townhouses at 1.1 months.

**Metro area median sales price** ($550K) hit a July ten-year high. The 3% decline from June is within seasonal norms. Frederick County returned to all-time high set in May, up 20% from last July. Loudoun County condo/co-op prices set a new record, in the $400Ks for the first time (+18% from July 20).

**Overall closed sales activity** declined 14% from June, in line with the typical pattern for the month, and the first month since July '20 without a double digit year-over-year gain.

**New pendings** continued to slow, detached home sales (3,225) fell 11% from June, and 6% from July of 2020. Washington, D.C. saw 23% fewer new pending condo/co-op sales (427) versus June, higher than the June to July typical dip of 12%.

**Detached home new listings** (3,805) had a seasonal dip from June, down 10%.

Single-family homes spent **6 days average** on market, 2 days earlier than July of 2020.

**Showing activity** dipped 8% from last year's busy post-social distancing market.



## July 2021 Median Sales Price

- The metro area median sales price ($550K) hit a July ten-year high. The 3% decline from June is within seasonal norms.
- Washington D.C. fell 7% from last month's ten-year record. Condo / Co-ops ($480K) dipped 9% month over month and 3% year over year.
- Frederick County returned to the all-time high set in May, up 20% from last July.
- Loudoun County condo/co-op prices set a new record, breaking into the $400Ks for the first time (+18% from July 20).
- August median sales prices typically decline 2% from July.

|  | July '21 | vs. July '20 | vs. July '19 | YTD '21 | vs. YTD '20 |
|---|---|---|---|---|---|
| Alexandria City | $649.8K | 3.1% | 32.6% | $611.5K | 3.6% |
| Arlington County | $657.0K | -9.1% | 6.7% | $661.0K | 1.7% |
| Fairfax City | $725.0K | 14.1% | 42.4% | $648.4K | 14.8% |
| Fairfax County | $632.0K | 2.8% | 17.1% | $625.0K | 7.8% |
| Falls Church City | $793.0K | -10.7% | -3.3% | $858.0K | 0.1% |
| Frederick County | $420.0K | 20.0% | 27.3% | $400.0K | 14.4% |
| Loudoun County | $625.0K | 10.6% | 22.0% | $615.0K | 15.6% |
| Montgomery County | $540.0K | 8.0% | 15.9% | $530.0K | 10.7% |
| Prince Georges County | $389.6K | 14.1% | 21.7% | $371.0K | 10.8% |
| Washington, D.C. | $652.5K | 2.0% | 10.1% | $653.0K | 7.1% |
| Washington, D.C. Metro | $550.0K | 6.6% | 19.6% | $535.0K | 10.4% |

## July 2021 Closed Sales

- Activity pulled back 14% from June, in line with the typical pattern for the month.
- It was the first month since July '20 without a double-digit year-over-year gain.
- Fairfax County attached home sales slipped 18% from June, much higher than the 7% typical dip for the month.
- In Montgomery County, the 20903 ZIP code reported a 135 Home Demand Index, up 17%. The area claimed a July sales record, adding four single-family home sales (798) compared to a year ago.
- August sales generally decline 5% from July levels.

|  | July '21 | vs. July '20 | vs. July '19 | YTD '21 | vs. YTD '20 |
|---|---|---|---|---|---|
| Alexandria City | 284 | 4% | 24% | 1,914 | 37% |
| Arlington County | 342 | 21% | 29% | 2,109 | 47% |
| Fairfax City | 39 | 8% | 5% | 255 | 16% |
| Fairfax County | 1,852 | 6% | 10% | 11,560 | 30% |
| Falls Church City | 19 | -32% | -10% | 112 | 18% |
| Frederick County | 537 | -12% | 18% | 3,461 | 20% |
| Loudoun County | 840 | -1% | 12% | 5,065 | 27% |
| Montgomery County | 1,516 | 11% | 17% | 9,006 | 31% |
| Prince Georges County | 1,043 | 10% | 9% | 6,993 | 22% |
| Washington, D.C. | 966 | 1% | 22% | 6,629 | 31% |
| Washington, D.C. Metro | 7,438 | 1% | 8% | 47,104 | 27% |



# July 2021 New Pending Sales

- Upcoming sales continued to slow. New pending detached home sales (3,225) fell 11% from last month and 6% from last July.
- Washington, D.C. saw 23% fewer new pending condo/co-op sales (427) versus June, higher than the June to July typical dip of 12%.
- Frederick townhomes continued to move off the market. This month's 225 new pending townhome sales were a county ten-year record, up 6%.
- Typically, August new pending home decline 8% from July.

| | July '21 | vs. July '20 | vs. July '19 | YTD '21 | vs. YTD '20 |
|---|---|---|---|---|---|
| Alexandria City | 255 | -6.9% | 13.3% | 1,986 | 27.7% |
| Arlington County | 285 | -2.7% | 16.3% | 2,255 | 40.4% |
| Fairfax City | 40 | 14.3% | -40.3% | 278 | 14.4% |
| Fairfax County | 1,650 | -4.6% | 5.4% | 12,193 | 23.5% |
| Falls Church City | 15 | -25.0% | N/C | 118 | 8.3% |
| Frederick County | 609 | -5.1% | 35.3% | 3,669 | 9.4% |
| Loudoun County | 779 | -3.4% | 18.2% | 5,314 | 18.8% |
| Montgomery County | 1,383 | -5.6% | 7.8% | 9,577 | 23.7% |
| Prince Georges County | 1,203 | -4.6% | 2.4% | 7,283 | 11.1% |
| Washington, D.C. | 859 | -16.3% | -2.1% | 6,883 | 22.8% |
| Washington, D.C. Metro | 7,078 | -2.7% | 15.2% | 49,556 | 20.5% |

# July 2021 New Listings

- Detached home new listings (3,805) tracked similarly to July '20. The month had a season dip from June, down 19%.
- Frederick hit an overall ten-year high for new townhome listings (257), up 13% year over year.
- Fairfax County matched last July's surge of listings, as new townhome listings (672) advanced 9%.
- Loudoun County attached home listings hit a July best (542), off by only 22 from last month's ten-year high.
- August new home listings typically dip -8% from July.

| | July '21 | vs. July '20 | vs. July '19 | YTD '21 | vs. YTD '20 |
|---|---|---|---|---|---|
| Alexandria City | 295 | -15.2% | 19.9% | 2,368 | 26.2% |
| Arlington County | 360 | -19.3% | 39.5% | 3,012 | 41.0% |
| Fairfax City | 62 | 26.5% | -18.4% | 343 | 23.8% |
| Fairfax County | 2,141 | 0.1% | 25.4% | 14,739 | 21.1% |
| Falls Church City | 23 | -11.5% | 283.3% | 157 | 10.6% |
| Frederick County | 681 | 4.0% | 12.6% | 4,311 | 11.4% |
| Loudoun County | 959 | -1.9% | 19.7% | 6,180 | 12.2% |
| Montgomery County | 1,661 | 5.7% | 15.2% | 11,181 | 21.3% |
| Prince Georges County | 1,324 | 9.5% | 4.0% | 8,619 | 14.7% |
| Washington, D.C. | 1,142 | -23.6% | 9.2% | 9,659 | 20.0% |
| Washington, D.C. Metro | 8,648 | -3.0% | 14.4% | 60,569 | 19.3% |



## July 2021 Median Days on Market

- Single-family homes came under contract in six days, two days earlier than July of '20.
- Days on the market for detached homes steady from June, typically, they stay on the market three days longer in July.
- Prince George's County held at seven days for the third straight month. However, this was a five-day decline from a year ago and an eight-day dip from 2019.
- Montgomery County ticked up one day after holding at six days on the market since March.
- Generally, homes come under contract two days earlier in August compared to July.

|  | July '21 | vs. July '20 | vs. July '19 | YTD '21 | vs. YTD '20 |
|---|---|---|---|---|---|
| Alexandria City | 8 | 7 | 6 | 7 | 6 |
| Arlington County | 14 | 7 | 7 | 9 | 7 |
| Fairfax City | 5 | 7 | 14 | 6 | 7 |
| Fairfax County | 6 | 6 | 9 | 6 | 6 |
| Falls Church City | 7 | 8 | 7 | 6 | 6 |
| Frederick County | 6 | 9 | 23 | 5 | 14 |
| Loudoun County | 5 | 6 | 12 | 5 | 6 |
| Montgomery County | 7 | 8 | 15 | 7 | 11 |
| Prince Georges County | 7 | 12 | 15 | 7 | 15 |
| Washington, D.C. | 11 | 9 | 11 | 9 | 12 |
| Washington, D.C. Metro | 7 | 8 | 12 | 6 | 9 |

## Washington, DC Metro Closed Sales

### By Median Days on the Market

|  | July 2019 | July 2020 | July 2021 |
|---|---|---|---|
| 0 Days | 196 | 231 | 149 |
| 1 to 10 Days | 3,078 | 3,994 | 4,693 |
| 11 to 20 Days | 1,056 | 947 | 1,135 |
| 21 to 30 Days | 659 | 466 | 521 |
| 31 to 60 Days | 990 | 759 | 561 |
| 61 to 90 Days | 427 | 394 | 151 |
| 91 to 120 Days | 180 | 243 | 65 |
| 121 to 180 Days | 146 | 160 | 69 |
| 181 to 360 Days | 128 | 145 | 72 |
| 361 to 720 Days | 26 | 35 | 18 |
| 721+ Days | 2 | 3 | 3 |

### By Price Range

|  | July 2019 | July 2020 | July 2021 |
|---|---|---|---|
| < $50,000 | 7 | 4 | 7 |
| $50K to $99,999 | 34 | 39 | 24 |
| $100K to $149,999 | 105 | 84 | 67 |
| $150K to $199,999 | 230 | 185 | 171 |
| $200K to $299,999 | 959 | 833 | 649 |
| $300K to $399,999 | 1,328 | 1,201 | 1,114 |
| $400K to $499,999 | 1,210 | 1,151 | 1,118 |
| $500K to $599,999 | 819 | 993 | 1,031 |
| $600K to $799,999 | 1,152 | 1,402 | 1,485 |
| $800K to $999,999 | 482 | 716 | 841 |
| $1M to $2,499,999 | 537 | 734 | 880 |
| $2.5M to $4,999,999 | 26 | 33 | 45 |
| $5,000,000+ | 1 | 2 | 6 |





## Washington, DC Metro Ten Year Trends

### Median Sales Price by Housing Type

|  | Med Sale $ | Detached: All | Attached: All | Condo / Co-op | TH |
|---|---|---|---|---|---|
| July 2012 | $380.0K | $475.0K | $321.0K | $270.0K | $352.8K |
| July 2013 | $415.0K | $530.0K | $344.0K | $282.0K | $385.0K |
| July 2014 | $420.0K | $530.0K | $352.8K | $292.0K | $402.0K |
| July 2015 | $419.9K | $530.8K | $346.4K | $285.0K | $387.6K |
| July 2016 | $425.0K | $535.5K | $350.0K | $298.0K | $395.0K |
| July 2017 | $430.0K | $549.0K | $360.3K | $309.0K | $412.0K |
| July 2018 | $449.9K | $575.0K | $369.0K | $307.3K | $422.0K |
| July 2019 | $460.0K | $579.0K | $385.0K | $320.0K | $430.0K |
| July 2020 | $516.0K | $640.0K | $420.0K | $351.0K | $481.0K |
| July 2021 | $550.0K | $705.0K | $445.0K | $355.0K | $525.0K |

### All Pending Home Sales

| | |
|---|---|
| July 2012 | 8,106 |
| July 2013 | 7,905 |
| July 2014 | 7,098 |
| July 2015 | 7,650 |
| July 2016 | 8,752 |
| July 2017 | 8,053 |
| July 2018 | 7,397 |
| July 2019 | 7,576 |
| July 2020 | 8,890 |
| July 2021 | 8,782 |

### Months of Supply

| | |
|---|---|
| July 2012 | 3.58 |
| July 2013 | 2.82 |
| July 2014 | 3.70 |
| July 2015 | 3.72 |
| July 2016 | 3.00 |
| July 2017 | 2.56 |
| July 2018 | 2.40 |
| July 2019 | 2.18 |
| July 2020 | 1.68 |
| July 2021 | 1.04 |

### Median Sales Price to Original List Price Ratio

| | |
|---|---|
| July 2012 | 97.9% |
| July 2013 | 99.8% |
| July 2014 | 98.8% |
| July 2015 | 98.4% |
| July 2016 | 98.8% |
| July 2017 | 99.3% |
| July 2018 | 100.0% |
| July 2019 | 100.0% |
| July 2020 | 100.0% |
| July 2021 | 100.7% |



**CL GROUP LLC**

## WASHINGTON DC HOUSING DATA SEPTEMBER 2021

There was a decrease in total units sold in September, with 677 sold this month in Washington DC Real Estate versus 883 last month, a decrease of 23%. This month's total units sold was lower than at this time last year, a decrease of 28% versus September 2020.

Versus last year, the total number of homes available this month is higher by 190 units or 10%. The total number of active inventory this September was 2,189 compared to 1,999 in September 2020. This month's total of 2,189 is higher than the previous month's total supply of available inventory of 1,731, an increase of 26%.

Last September, the median sale price for Washington DC Homes was $642,500. This September, the median sale price was $610,000, a decrease of 5% or $32,500 compared to last year. The current median sold price is 6% lower than in August.

In September, there was 3.2 months of supply available in Washington DC, compared to 2.1 in September 2020. That is an increase of 53% versus a year ago.

This month there were 1,843 homes newly listed for sale in Washington DC compared to 1,615 in September 2020, an increase of 14%. There were 874 current contracts pending sale this September compared to 943 a year ago. The number of current contracts is 7% lower than last September.

In September, the average sale price in Washington DC was 100.6% of the average list price, which is similar compared to a year ago.



## IMMEDIATE ENVIRONS

The subject is located within the Glover Park neighborhood of Washington DC. Glover Park is a neighborhood in northwest Washington, D.C., about a half mile north of Georgetown and just west of the United States Naval Observatory and Number One Observatory Circle (the Vice President's mansion). Every morning and evening, Glover Park residents can hear the Naval Observatory play the sounding of colors synchronized to the nation's Master Clock. It is named after Charles Carroll Glover.

The neighborhood's western border is an extension of Rock Creek Park called Glover-Archbold Park (named after Charles Carroll Glover and Anne Mills Archbold, who each donated part of the land). Glover Park's northern border is Fulton Street, near the Washington National Cathedral, and the Cathedral Heights neighborhood. Its southern border is Whitehaven Park, another branch of Rock Creek Park. Beyond Whitehaven to the south lies the Burleith neighborhood and Georgetown University while to the east of the neighborhood lies Woodley Park.

Housing in Glover Park is a mix of apartment buildings and porch-front rowhouses built in the 1920s and 1930s. The neighborhood's elementary school, Benjamin Stoddert Elementary, is one of the most highly rated schools in the District. Neighborhood Cluster 14 (Glover Park, Cathedral Heights, and McLean Gardens) has one of the lowest crime rates in the District. Glover Park residents harvest crops from small, individual garden plots in the two Victory gardens leased from the National Park Service. On the field adjacent to Stoddert Elementary, Glover Park has hosted the Glover Park Co-ed Softball League, one of the Washington Metropolitan Area's most well-known co-ed slow pitch softball leagues, since 1982. DC Stoddert Soccer, a nonprofit league with over 5,000 players, was founded on this field and takes its name from it.

The neighborhood is named for Washingtonian Charles Carroll Glover, an influential late 19th and early 20th century banker and philanthropist. He is credited with the creation of the city's Rock Creek Park system and with an influential role in the creation of Embassy Row through generous land donations. He is also considered the father of the National Zoo and Rock Creek Parkway.





### Glover Park Market Conclusion September 2021

Burleith / Glover Park median real estate price is $1,287,533, which is more expensive than 89.4% of the neighborhoods in the District of Columbia and 97.6% of the neighborhoods in the U.S.

The average rental price in Burleith / Glover Park is currently $2,844. The average rental cost in this neighborhood is higher than 81.2% of the neighborhoods in the District of Columbia.

Burleith / Glover Park is a densely urban neighborhood (based on population density) located in Washington, District of Columbia.

Burleith / Glover Park real estate is primarily made up of medium sized (three or four bedroom) to small (studio to two bedroom) townhomes and apartment complexes/high-rise apartments. Most of the residential real estate is occupied by a mixture of owners and renters. Many of the residences in the Burleith / Glover Park neighborhood are relatively historic, built no later than 1939, and in some cases, quite a bit earlier. A number of residences were also built between 1940 and 1969.
In Burleith / Glover Park, the current vacancy rate is 3.9%, which is a lower rate of vacancies than 80.9% of all neighborhoods in the U.S. This means that the housing supply in Burleith / Glover Park is very tight compared to the demand for property here.

The Burleith / Glover Park neighborhood is wealthier than 97.0% of the neighborhoods in the United States. Residents here are truly in a unique situation even when compared to other Americans, based on the sheer amount of wealth concentrated here. Even in times of economic downturn, residents of this neighborhood, as a group, suffered less and recovered more quickly. This is indeed a stand-out characteristic of this neighborhood.





## SITE DESCRIPTION

| | |
|---|---|
| LOCATION: | 2524 41st Street, NW<br>Washington D.C. 20007 |
| ZONING: | Residential Apartment (RA-1). |
| TOPOGRAPHY: | The subject site is sloping from East to West. |
| SHAPE AND FRONTAGE: | The subject site is rectangular shaped with direct access via 41st Street, NW and rear alley access. |
| UTILITIES: | Utilities including public water and sewer, electricity, natural gas, and telephone serve the subject site. The utility service appears adequate to serve the needs of the subject site. |
| COVENANTS, EASEMENTS & RESTRICTIONS: | We have not researched deed restrictions and have not been provided with the covenants of title. Therefore, it is assumed that any deed covenants permit the existing development scheme. There are utility easements over the site; however, these have no adverse effect. The appraisers are unaware of any ground lease on the subject property. |
| SOIL CONDITIONS: | The appraisers have been provided with the results of test borings; there are no obvious soil deficiencies. A visual examination of the site did not reveal any soil conditions that would adversely affect the current development. |
| FLOOD HAZARD: | The subject does not lie in a HUD designated 100-year flood area as identified on the Federal Emergency Management Agency Flood Insurance Rate Map Community Panel Number: 1100010012 C dated September 27, 2010. |
| ENVIRONMENTAL SITE ASSESSMENT: | The appraisers have not been provided with any environmental report on the subject property. **The values indicated herein are predicated upon a non-contaminated site.** |
| SUMMARY: | In conclusion, based on the subject lot sizes, shape, terrain, access, frontage and depth, availability of utilities, etc., the subject site appears to be more than adequate to support future residential development. |





**FLOOD MAP**



## ZONING DISCUSSION



Per the District of Columbia Office of Planning & Zoning, the subject property is located in the RA-1 (Residential Flat) zoning area.  The RA-1 zone is intended to:

The purposes of the RA-1 zone are to:

Permit flexibility of design by permitting all types of urban residential development if they conform to the height, density, and area requirements established for these districts; an

Permit the construction of those institutional and semi-public buildings that would be compatible with adjoining residential uses and that are excluded from the more restrictive residential zones

Zoning Analysis Summary

Under the existing zoning designation, the proposed improvements appear to be conforming.





## REAL ESTATE ASSESSMENTS

The subject property is under the taxing jurisdiction of the District of Columbia.

Assessments are based upon estimates of the market value, also known as full cash value, per county assessors.  The subject is current and does not have any outstanding tax bills. The current real estate property tax assessment is as follows:

**2022**

| Half | Class | Land Value | Building Value | Assessment Value | Total Taxable | Tax Relief |
|------|-------|-----------:|---------------:|-----------------:|--------------:|------------|
| Second Half | 1 - Residential | $686,370.00 | $882,220.00 | $1,568,590.00 | $1,568,590.00 | None |
| First Half | 1 - Residential | $686,370.00 | $882,220.00 | $1,568,590.00 | $1,568,590.00 | None |

**2021**

| Description | Amount |
|-------------|-------:|
| Real Property Payments/Credits | ($13,555.40) |
| Real Property Tax | $12,728.08 |
| Real Property Interest | $190.92 |
| Real Property Penalty | $636.40 |

### CURRENT ANNUAL TAX BURDEN

### (CALLED) $12,729

Please note that the subject will be reassessed upon completion of the proposed improvements



## HIGHEST & BEST USE

As defined by the Appraisal Institute, highest and best use is described as follows:

That reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and results in the highest value.

This definition applies specifically to the highest and best use of land. It is to be recognized that in cases in which a site has existing improvements on it, the highest and best use may very well be determined to be different from the existing use. The existing use will continue, however, unless and until land value in its highest and best use exceeds the total value of the property in its existing use. The highest and best use analysis includes both an analysis of the property as if vacant site only and also as improved.

When analyzing the property as if vacant, the value of the land can be determined by potential, rather than actual use. The possibility of removing the existing improvements is the premise for this concept. The improvements can be changed but the basic physical characteristics of the site cannot. When analyzing the property as improved, the appraiser is investigating the use of the existing improvements that will provide maximum benefits.

In order for the site to fulfill its highest and best use, that use must meet four criteria: (1) it must be physically possible, (2) legally permissible, (3) financially feasible, and (4) maximally productive.

### PHYSICALLY POSSIBLE

The first criterion addresses the physical characteristics of a property, as size, shape, topography and the availability of utilities are all determinants of a property's development potential. The subject sites are irregular-shaped, well suited for development, and is comprised of 5,938 square feet of land area. There appears to be adequate drainage and the improvements are not situated in a flood plain. In addition, the site is fully served by utilities and enjoys good visibility/exposure. The width, depth and area of the site are sufficient to construct a project of reasonable size. There are no known soil conditions which would adversely affect the property's



development potential and there are no physical constraints to our knowledge which would preclude development.

LEGALLY PERMISSIBLE

The next step is to explore the legally permissible uses of the site. The zoning regulations, building codes, historical district controls, public and private restrictions and environmental regulations must be considered because they may preclude many possible highest and best uses. The most often encountered and widespread legal restriction is applicable zoning regulations, which may regulate the uses allowed on a site, limit allowable density, regulate building height, parking requirements, traffic circulation within a property, and other requirements that must be satisfied during development.

Depending upon the nature and location of a specific site, the other regulations mentioned herein may also have important consequences on highest and best use. In the case of the subject site, zoning regulations do indeed play a part in determining those uses that meet the second criterion, legally permitted.

The site is also limited by setbacks and parking restrictions. The goal of the imposed zoning ordinances is to maintain a group of similar and compatible land uses within the specified classifications, as well as those land uses surrounding it. The result is usually a balanced and organized land development pattern which maintains or enhances value.

FINANCIALLY FEASIBLE

Any use of the subject site which provides a financial return to the land in excess of the cost of the land defines the limit of such use which is financially feasible.

The optimum use of the subject site, if unimproved and available for development, would be that use which would generate the greatest net return on the property over the economic life of the proposed improvements.

In analyzing the highest and best use of the vacant site, careful consideration has been given to the following limitations imposed by neighborhood uses and market demands.

1.     Examination of land use regulation that prescribes permitted development.



2.      Compatibility of properties located in proximity to the subject.  The appraisers have given careful consideration to the land use patterns established and the predominant types of development in the subject market area.

3.      Analysis of the physical characteristics accepted by the market.  The appraisers have investigated the size, density, layout, design, etc. of economically successful developments located within the subject market area.

In addition, given the subject's location, demand for properties in this market appears to be strong and should continue given its proximity to necessary services and major commuter routes.

Therefore, the highest and best use for the subject "as vacant" would be for residential development.

<u>MAXIMALLY PRODUCTIVE</u>

There are a number of uses which meet some of the necessary criteria for highest and best use.  Development of the subject land in a manner which balances the density with market requirements, physical constrains, development costs, etc. would provide the maximum productivity.

The current market has been studied in order to estimate the investment potential of the site.  While a variety of competitive uses exist, compatibility with surrounding uses narrows the possible uses.

Market conditions for the subject property are influenced by both property specific conditions and by regional and national economic and market conditions.  Given the strength of the subject's overall residential market (as discussed previously herein), it is the opinion of the appraisers that given the nature of the subject, together with surrounding land uses, lends support that the proposed development scheme is maximally productive.





CONCLUSIONS

Pursuant to the analysis contained in this report, it is the appraiser's opinion that the highest and best use of the subject site is the proposed residential development scheme.  Development is consistent with the intended use of the site, per the District of Columbia and the site adequately supports the improvements.  Finally, according to the analysis contained in this report, the development is considered to be a financially feasible undertaking.



# VALUATION



CL GROUP LLC

## VALUATION PROCEDURE

## VALUATION PROCEDURES

The valuation process is used to develop a well-supported estimate of a defined value, which is based on the consideration of all the pertinent general and specific data gathered.  In appraising real estate for market value, the professional appraiser has three approaches to select from:  the cost approach, the sales comparison approach, and the income capitalization approach.

### THE COST APPROACH

The cost approach is an estimation of market value developed by computing the current cost of replacing the improvements and subtracting any depreciation resulting from one or more of the following factors:  physical deterioration, functional obsolescence and economic obsolescence.  The value of the land is then added to the depreciated value of the improvements to produce a total value estimate.  If entrepreneurial profit has been realized, it is added to the value indication.

The cost approach provides a reliable estimate of value for newly constructed properties. However, as buildings and other forms of improvements increase in age and begin to depreciate, the resultant loss in value becomes increasingly more difficult to accurately quantify.

### THE SALES COMPARISON APPROACH

The sales comparison approach estimates the value of a property by comparing it with similar properties recently sold in the open market.  To obtain accurate estimate of value, the sales price of the comparable property must be adjusted to reflect any dissimilarities between it and the subject property.  The sales are compared on the basis of:

1. Real property rights conveyed
2. Financing terms
3. Conditions of sale
4. Market conditions
5. Location
6. Physical characteristics



7. Income-producing characteristics
8. Other characteristics (e.g., access, zoning, etc.)

Data such as income multipliers and income rates may also be extracted from the sales comparison analysis, but are generally applied to the income capitalization approach.

The Sales Comparison approach often provides a reliable estimate of value for real estate such as land and single-family homes where the properties are homogenous and adjustments are few in number and relatively simple to compute.  For larger and more complex properties, such as shopping centers, office-industrial buildings and hotels, the adjustments may become numerous and, thus, become more difficult to accurately quantify.

THE INCOME CAPITALIZATION APPROACH

The income capitalization approach to value consists of methods, techniques, and mathematical procedures used to analyze the property's capacity to generate benefits (income and reversion) and convert these benefits into an indication of present value.

A property's income streams and its resale value are capitalized into a present value indication.  This reflects a return on and a return of capital.  The level of return needed to attract investment capital fluctuates with changes in the money markets and other alternative investments.

The appraiser investigates the property's gross income expectancy, the expected reduction in gross income due to vacancy and credit loss, the anticipated operating expenses, the pattern and duration of the income stream, and the anticipated resale value.   After the income and expenses are estimated, they are converted to present value through capitalization or discounting.   The rates used are derived from rates of returns for similar properties or investments.

The income capitalization approach is often selected as the preferred valuation approach for income-producing properties because it most closely reflects the investment thinking of knowledgeable buyers.

The accuracy of the income approach is dependent upon a sound evaluation of a project's future earning potential as well as an estimation of a capitalization rate that takes into account the various factors of risk.

While the appraiser must consider all three approaches to value, the inherent strengths of each approach and the nature of the subject property must be evaluated to determine which of the three approaches will provide supportable estimates of market value.  The appraiser is then free to select one or more of the appropriate approaches

For the subject valuation, the income capitalization approach (discounted cash flow analysis) is used. The subdivision development method is also used and contains elements of the sales comparison and cost approaches. Within the Discounted Cash Flow Analysis, analyses are used to estimate the market value of the proposed units at the subject.  A cost analysis is undertaken to estimate the direct and indirect costs associated with the developing and marketing of the units. With the data derived from the income and cost analyses, a cash flow analysis is performed to allocate income and expenses (with applicable growth rates) over a market oriented probable development period and absorption rate. The resulting net income streams are then discounted at a market oriented yield rate to ascertain value.





## THE SALES COMPARISON APPROACH (MARKET VALUE UPON COMPLETION)

The underlying premise of the Sales Comparison Approach is the concept that the analysis of sales of reasonably similar properties provides an appraiser with empirical data from which observations and conclusions about the property being appraised can be made.

Proper application of the approach requires that in the selection of sales data to directly compare with the subject:

- Only market (or arm's length) transactions be weighed, and the factual data of each transaction be confirmed to the greatest extent possible.

- The degree of comparability of each sale to the subject be considered; that differences in physical, functional, and economic characteristics be noted; and adjustments for the differences be made.

- The value conclusion derived be consistent with the analysis of the sales data.

For a conveyance to qualify as a "market" transaction four factors must traditionally be present:

- The conveyance must be "arm's length"; that is, it must be between two non-related parties, each acting in self-interest.

- Neither the buyer nor the seller should have been under compulsion to act.

- The property should be available for a reasonable period of time to the class of purchasers best able to utilize the facility.

- The price must be expressed in cash, adjusted for any special financing, concessions, or special terms.

For any class of real estate, the area in which comparative data are searched must reflect the market area prospective purchasers would consider.  Comparability is also a function of the physical character of the asset being appraised.  Classes of real estate in which physical characteristics are standardized, or in which scale is small, and/or in which the commodity has achieved relatively uniform recognition require that the sales data closely resemble the appraised property.  However, as specifications become more complex, as scale increases,

and/or as market recognition declines, the physical similarity of the sales data and the appraised property tends to decline.

To judge the degree of comparability that exists between the subject and the sales selected for direct comparison with the subject, several guidelines have been applied:

- Each sale must be in the same market as the subject.  To the extent that a market is a meeting place for buyers and sellers of real estate of a given type, the boundaries of the market are set by the participants in merchandising and absorbing competitive properties.  The boundaries of a market are consequently economic in character, and not purely physical or geographical.

- Physical characteristics of the subject and the sales must be similar in many regards although it is clear that a sale need not be identical to the subject to provide evidence of market activity.

- The functional adequacy of each sale property and the subject property must be competitive in terms of ability of each to support similar (although not identical) functions.


Subject revenue proceeds are derived from unit sales. Typically, sale proceeds are estimated using the sales comparison approach. The following sales comparables are the most recent and relevant transactions that we could secure.

The appraisers have evaluated the sales on a per square foot basis.



## LOCATION MAP OF COMPARABLE RESIDENTIAL SALES



## SUMMARY OF COMPARABLE RESIDENTIAL SALES

| Sale | Address | Sale Date | Sale Price | Price/ SQ. FT. |
|------|---------|-----------|------------|----------------|
| 1 | 3919 Fulton Street, NW | 10/21 | $775,000 | $553.57 |
| 2 | 4004 Edmunds Street, NW | 8/21 | $799,999 | $588.40 |
| 3 | 2621 39th Street, NW | 6/21 | $755,100 | $607.48 |
| 4 | 4013 Davis Place, NW | 4/21 | $770,000 | $706.42 |





## COMPARABLE RESIDENTIAL SALES

COMPARABLE NO. 1



LOCATION:      3919 Fulton St NW #4
Washington, DC 20007

COMMENTS:    Stylish 2 level, 2 bedroom/2.5 bath condo with parking in Glover Park! On the first floor: Open floor plan, floor to ceiling windows in the living room, hardwood floors, a modern kitchen with quartz countertops and Bosch stainless steel appliances, lots of storage, a half bath and a balcony. On the second floor: primary bedroom with an en-suite spa bathroom with Waterworks fixtures and a custom Elfa walk-in closet. The second bedroom can be used as a bedroom or an office and has an en-suite bathroom. Full size, stacked washer/dryer in the hallway. 1 assigned parking space also included. Minutes to Glover Park or Cathedral Commons restaurants and retail. Built 2015.

### SALES SUMMARY

| Unit Type (BR/BA) | Size (SF) | Sale Price | Sale Date | Price/SF |
|---|---|---|---|---|
| 2 BR, 2 BA | 1,400 | $775,000 | October 2021 | $553.57 |





## COMPARABLE RESIDENTIAL SALES

COMPARABLE NO. 2



LOCATION:            4004 Edmunds St NW #2
                     Washington, DC 20007

COMMENTS:            3 bedroom, 2 bath unit located in Glover Park near everything you will ever
                     need! This home has the perfect location, modern style, and great price!
                     Step inside to find an open floor plan with abundant space for the living,
                     dining room, and kitchen. This is a great feature that provides a sense of
                     space and luxury! The home has high ceilings, gleaming hardwood flooring,
                     recessed lighting throughout. The gourmet kitchen is fully equipped with
                     stainless steel Viking appliances, ample solid wood cabinets, a two-level
                     kitchen island with seating, and a charming tile backsplash. The living room
                     has tray ceilings and is wonderfully lit by oversized glass panel doors that
                     lead to the terrace. Conveniently, a well-organized laundry space makes
                     chores a breeze! The hallway leads past the full bath and towards 3
                     spacious bedrooms including the primary suite that shows off an ensuite
                     bath and generous-sized walk-in closet. The primary bath has gorgeous
                     tilework, dual sink vanity, and a tub and shower combo. The remaining 2
                     substantial bedrooms are well lit and share a full hallway bath. Built 2013.

## SALES SUMMARY

| Unit Type (BR/BA) | Size (SF) | Sale Price | Sale Date | Price/SF |
|---|---|---|---|---|
| 3 BR, 2 BA | 1,267 | $799,999 | August 2021 | $631.41 |





## COMPARABLE RESIDENTIAL SALES

COMPARABLE NO. 3



LOCATION:        2621 39th St NW #102
                 Washington, DC 20007

COMMENTS:        Two bedroom, two bathroom condo in a boutique building tucked away in
                 the heart of Glover Park, This nearly-new construction condo (renovated
                 new in 2017) features an open floor plan with high-end finishes, new
                 hardwood floors, custom closets, and two large outdoor spaces overlooking
                 lush, green landscaping. The light-filled living room flows into the dining
                 room before leading to the spacious eat-in kitchen with an island. As you
                 continue past the kitchen there is the second full bathroom and generous
                 second bedroom with access to the large rear deck, perfect for entertaining
                 or relaxing. The primary bedroom suite is downstairs offering maximum
                 privacy, and complete with a luxurious ensuite bathroom and private rear
                 patio. Rental parking option nearby

### SALES SUMMARY

| Unit Type (BR/BA) | Size (SF) | Sale Price | Sale Date | Price/SF |
|---|---|---|---|---|
| 2 BR, 2 BA | 1,243 | $755,100 | June 2021 | $607.48 |





## COMPARABLE RESIDENTIAL SALES

COMPARABLE NO. 4



| | |
|---|---|
| **LOCATION:** | 4013 Davis Pl NW #6<br>Washington, DC 20007 |
| **COMMENTS:** | Sold with 1 parking spot. Primrose Condominiums is a newly built, boutique 8-unit condo building by Bloom Residential with premiere finishes throughout. Builder contract required and attached. Tax ID's and certificate of occupancy are in progress and expected settlements are late March. Premium Title is preferred settlement agent. Parking available for $25k and fenced outdoor area available for $7500. |

### SALES SUMMARY

| Unit Type (BR/BA) | Size (SF) | Sale Price | Sale Date | Price/SF |
|:---:|:---:|:---:|:---:|:---:|
| 3 BR, 2 BA | 1,090 | $770,000 | April 2021 | $706.42 |





**Sponsor's Target Pricing Summary**

- Total Net Floor Area: **5,500 Square Feet**
- Total gross sellout: **$3,700,000**
- Average Sales Price Per Square Foot: **$672.73**
- Please note that parking revenue has been included as two of the market comparables included parking within the sales structure

<u>SUMMARY OF COMPARABLE RESIDENTIAL SALES</u>

| Sale | Address | Sale Date | Sale Price | Price/ SQ. FT. |
|------|---------|-----------|------------|----------------|
| 1 | 3919 Fulton Street, NW | 10/21 | $775,000 | $553.57 |
| 2 | 4004 Edmunds Street, NW | 8/21 | $799,999 | $588.40 |
| 3 | 2621 39th Street, NW | 6/21 | $755,100 | $607.48 |
| 4 | 4013 Davis Place, NW | 4/21 | $770,000 | $706.42 |

As shown above and on the previous pages, comparable residential units in the subject market area range in average price per square foot from $553 per square foot to $706 per square foot. The appraisers have utilized similar square footage plans as well as very recent transactions for market comparables.

Typically, the sales comparison approach reflects the actions of buyers and sellers in the marketplace and serves as a parameter as to what a potential buyer would be willing to pay for the subject units. The comparables need to be adjusted to compensate for differences as compared to the subject. The adjustment factors are summarized on the following page.





## ADJUSTMENT FACTORS

Time/Market Conditions

Considering the prospective value is being estimated herein, as of March 2023, the comparables have all been adjusted upward 2% for time and projected market conditions. This percentage is based upon the current and historical consumer price index.

Location

The adjustment for location is based on a site's proximity to major transportation routes, proximity to amenities, employment centers, and overall appeal.  The subject and comparable sales are located within the same market and have similar appeal to similar type of buyers. No adjustments are warranted.

Units Size

Typically, smaller units sell at a higher rate per square foot of area than larger units. The subject building will include a net sellable area of approximately 5,500. This equates to an average unit size of approximately 1,375 square feet. The market comparables range from 1,090 to 1,400. Sale 4 will be reduced by 5%.

Quality/Condition

Adjustments for the quality/condition of the comparables are made with regard to the quality of the improvements, age, general maintenance, etc.  The subject units will be in new condition upon completion of the renovations which have been described as "high end". Sales 1-3 will be adjusted upward from 5-10%.

Shown below is the adjustment chart adjusting the price per square foot of each of the market comparable sales.





## COMPARABLE SALES ADJUSTMENT CHART

| COMP. # | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| UNIT AREA/(SQ.FT.) | 1,400 | 1,267 | 1,243 | 1,090 |
| SELLING PRICE | $775,000 | $799,999 | $755,100 | $770,000 |
| SALE DATE | 10/21 | 8/21 | 6/21 | 4/21 |
| UNIT PRICE/SQ.FT. | $553.57 | $631.41 | $607.48 | $706.42 |
| PROP. RIGHTS | 1.00 | 1.00 | 1.00 | 1.00 |
| FINAN./CASH EQUIV. | 1.00 | 1.00 | 1.00 | 1.00 |
| SALE CONDITIONS | 1.00 | 1.00 | 1.00 | 1.00 |
| MARKET CONDITIONS | 1.02 | 1.02 | 1.02 | 1.02 |
| INITIAL ADJ. | 1.02 | 1.02 | 1.02 | 1.02 |
| ADJ. BASE PRICE/SQ. FT. | $564.64 | $644,04 | $619.63 | $720.55 |
| LOCATION | 1.00 | 1.00 | 1.00 | 1.00 |
| UNIT SIZE | 1.00 | 1.00 | 1.00 | .95 |
| QUALITY/CONDITION | 1.05 | 1.10 | 1.10 | 1.00 |
| OTHER FEATURES | 1.00 | 1.00 | 1.00 | 1.00 |
| TOTAL ADJ. | 1.05 | 1.10 | 1.10 | .95 |
|  |  |  |  |  |
| ADJ. UNIT SELLING PRICE/S.F. | $592.87 | $708.44 | $681.59 | $684.52 |

**MEDIAN: $683.06**

**AVERAGE: $666.86**



## RECONCILIATION

Under the analysis of the comparable sales data, the appraisers have taken into account the location in relation to the subject, accessibility, visibility, general overall condition and appearance, etc.  The comparable sales reflect an average adjusted price per square foot of $667 and a median price per square foot of $683.  Predicated on this analysis, a sales price of $675 per square foot of space will be utilized.

### TOTAL PROJECTED REVENUE

5,500 Sq. Ft. x $675 Per Sq. Ft.= $3,712,500

(CALLED) $3,713,000

### GROSS ACCUMULATIVE SELL-OUT VALUE AT COMPLETION (MARCH 1, 2023)

**$3,713,000**



## THE SALES COMPARISON APPROACH "AS IS"

The underlying premise of the Sales Comparison Approach is the concept that the analysis of sales of reasonably similar properties provides an appraiser with empirical data from which observations and conclusions about the property being appraised can be made.

Proper application of the approach requires that in the selection of sales data to directly compare with the subject:

- Only market (or arms length) transactions be weighed, and the factual data of each transaction be confirmed to the greatest extent possible.
- The degree of comparability of each sale to the subject is considered; that differences in physical, functional, and economic characteristics are noted; and adjustments for the differences be made.
- The value conclusion derived is consistent with the analysis of the sales data.

For a conveyance to qualify as a "market" transaction four factors must traditionally be present:

- The conveyance must be "arm's length"; that is, it must be between two non-related parties; each acting in self interest.
- Neither the buyer nor the seller should have been under compulsion to act.
- The property should be available for a reasonable period of time to the class of purchasers best able to utilize the facility.
- The price must be expressed in cash, adjusted for any special financing, concessions, or special terms.

For any class of real estate, the area in which comparative data are searched must reflect the market area prospective purchasers would consider.  Comparability is also a function of the physical character of the asset being appraised.  Classes of real estate in which physical characteristics are standardized, or in which scale is small, and/or in which the commodity has achieved relatively uniform recognition require that the sales data closely resemble the appraised property.  However, as specifications become more complex, as scale increases, and/or as market recognition declines, the physical similarity of the sales data and the appraised property tends to decline.

To judge the degree of comparability that exists between the subject and the sales selected for direct comparison with the subject, several guidelines have been applied:



- Each sale must be in the same market as the subject.  To the extent that a market is a meeting place for buyers and sellers of real estate of a given type, the boundaries of the market are set by the participants in merchandising and absorbing competitive properties.  The boundaries of a market are consequently economic in character, and not purely physical or geographical.

- Physical characteristics of the subject and the sales must be similar in many regards although it is clear that a sale need not be identical to the subject to provide evidence of market activity.

- The functional adequacy of each sale property and the subject property must be competitive in terms of ability of each to

### LOCATION MAP OF COMPARABLE BUILDING SALES







COMPARABLE BUILDING SALE

BUILDING SALE NO. ONE

LOCATION:                         2257 12th Street, NW
                                  Washington DC

GRANTOR:                          FITI LLC

GRANTEE:                          Alizzi Construction

DATE OF SALE:                     March 2021

PROPERTY DESCRIPTION

    UNITS:                        6

    YEAR BUILT:                   1890- Updated Periodically

    STORIES:                      3

    LAND AREA:                    2,378 SF

    PARKING:                      Street

SALE PRICE:                       $2,650,000

TERMS OF SALE:                    Cash Equivalent

SALE PRICE/UNIT:                  $441,667

COMMENTS:                 The 6,651 Square Foot property located at 2257 12th St. NW sold on March 16th, 2021, for $2,650,000 - confirmed by broker. This multifamily building is currently being used by new ownership as 1-3 bedroom apartments.





CL GROUP LLC

COMPARABLE BUILDING SALE

BUILDING SALE NO. TWO



LOCATION:                        1900 Biltmore Street, NW
                                 Washington DC

GRANTEE:                         BREI 1900 Biltmore St LLC

DATE OF SALE:                    August 2021

PROPERTY DESCRIPTION

    UNITS:                       11

    YEAR BUILT:                  1922- Updated 2019

    STORIES:                     4

    LAND AREA:                   8,276 SF

    PARKING:                     On-site

SALE PRICE:             $6,220,000

TERMS OF SALE:          Cash Equivalent

SALE PRICE/UNIT:        $565,455

COMMENTS:               This apartment property was vacant at the time of sale. The buyers have
                        yet to disclose the planned future of the building.





COMPARABLE BUILDING SALE

BUILDING SALE NO. THREE



LOCATION:                          1006 Webster Street, NW
                                   Washington DC

GRANTOR:                           1006 Webster LLC

GRANTEE:                           BWB 1006 Webster Street LLC

DATE OF SALE:                      June 2021

PROPERTY DESCRIPTION

    UNITS:                      10

    YEAR BUILT:                 1918- Updated Periodically

    STORIES:                    3

    LAND AREA:                  6,098 SF

    PARKING:                    Street

SALE PRICE:                        $3,780,000

TERMS OF SALE:                     Cash Equivalent

SALE PRICE/UNIT:                   $378,000

COMMENTS:          The multifamily complex at 1006 Webster St NW in Washington DC was sold on 6/7/2021 for $3.78M - or $378,000 per unit. The property was sold at auction by brokerage firm Tranzon Fox as a proposed redevelopment. New buyers are expected to start the redevelopment immediately, which could change the unit mix and total amount of units within the building. The auction price, square footage, and proposed redevelopment were confirmed by the brokers on both sides of the deal.





<u>SUMMARY OF MULTIFAMILY BUILDING SALES</u>

| Apartment Building Sales | | | | |
|---|---|---|---|---|
| **<u>Location</u>** | **<u>Date</u>** | **<u>Price</u>** | **<u>Units</u>** | **<u>Price/ Unit</u>** |
| 12th Street, NW | 3/21 | $2,650,000 | 6 | $441,667 |
| Biltmore Street, NW | 8/21 | $6,220,000 | 11 | $565,455 |
| Webster Street, NW | 6/21 | $3,780,000 | 10 | $378,000 |

Typically, the sales comparison approach reflects the actions of buyers and sellers in the market-place and serves as a parameter as to what a potential buyer would be willing to pay for the subject property.

The comparables need to be adjusted to compensate for differences as compared to the subject property.  Typically, residential rental units are valued on a per unit basis.

<u>ADJUSTMENT FACTORS</u>

<u>Sale Conditions</u>

All three sales were arms-length transactions. No adjustments are warranted.

<u>Time/Market Conditions</u>

The sales utilized herein have transacted since March 2021.  Because the comparables have occurred within a similar market climate, an adjustment for this factor will not be utilized.

<u>Location</u>

Each of the market comparables have similar suburban locations with access to the Northwest Washington metropolitan area. Sale 3 has an inferior location and will be adjusted upward by 5%.





## Building Size

The subject features 4 units compared to the market comparables which have 6- 11 units. Adjustments for size are based on the premise that a higher price per unit is paid when there are less rentable units. Adjustments will be made accordingly.

## Quality/Condition

The subject is currently in average condition. Sale 2 was updated in 2019 and will be reduced by 20%.

## Other

Sale 3 was sold at auction. This sale will be adjusted upward by 10%.

## ADJUSTMENT CHART

A chart summarizing the sales and the required adjustments to each is presented below. General market anomaly has made it extremely difficult to extract reliable adjustments from the market for various dissimilarities between the subject property and the comparable sales. Adjustments can be estimated, based on judgment.



**CL GROUP LLC**

**IMPROVED SALES ADJUSTMENT CHART**

| COMP. # | 1 | 2 | 3 |
|---|---|---|---|
| LOCATION | 12th St, NW | Biltmore St, NW | Webster St, NW |
| AREA (UNITS) | 6 | 11 | 10 |
| SALE DATE | 3/21 | 8/21 | 6/21 |
| SALE PRICE | $2,650,000 | $6,220,000 | $3,780,000 |
| UNIT PRICE | $441,666.67 | $565,454.55 | $378,000.00 |
| PROP. RIGHTS | 1.00 | 1.00 | 1.00 |
| FINAN./CASH EQUIV. | 1.00 | 1.00 | 1.00 |
| SALE CONDITIONS | 1.00 | 1.00 | 1.00 |
| MARKET CONDITIONS | 1.00 | 1.00 | 1.00 |
| INITIAL ADJ. | 1.00 | 1.00 | 1.00 |
| ADJ. BASE PRICE | $441,666.67 | $565,454.55 | $378,000.00 |
| LOCATION | 1.00 | 1.00 | 1.05 |
| AREA (NO. OF UNITS) | 1.00 | 1.05 | 1.05 |
| QUALITY/CONDITION | 1.00 | 0.80 | 1.00 |
| OTHER | 1.00 | 1.00 | 1.05 |
| TOTAL ADJ. | 1.00 | 0.85 | 1.15 |
| | | | |
| ADJ. UNIT PRICE | $441,666.67 | $480,636.36 | $434,700.00 |
| AVG. PRICE | | $452,334.34 | |
| MEAN PRICE | | $441,666,67 | |

Under the analysis of the sales data, the appraisers have taken into consideration the following factors:

*       building area;

*       age and condition at time of sale;

*       location in relation to subject;

*       quality of construction;

*       land area;

*       dates of sale;

*       financing available at time of sale;

*       occupancy rates at time of sale.

The comparable properties are located within the subject's general market area and occurred over a sufficiently brief period of the time that the socio-economic considerations are



compatible. Additionally, all sales are reported to be "arms-length" transactions with typical financing terms; therefore, no adjustment for cash equivalency is required. Therefore, based upon our analysis, a value of **$446,000** per unit is considered reasonable for the subject property and well supported by the market.

<u>**"AS IS" MARKET VALUE INDICATION**</u>

<u>**VIA THE SALES COMPARISON APPROACH**</u>

4 UNITS x $446,000 = $1,784,000

**(CALLED) $1,784,000**



## FINAL VALUE ESTIMATES

      Predicated on our findings herein and after considering all of the known factors that affect the values of the subject property, it is the opinion of the undersigned that the estimated market values subject to the limiting conditions set forth herein, as of October 27, 2021 is as follows:

**GROSS RETAIL MARKET VALUE AT COMPLETION – MARCH 1, 2023**

**$3,713,000**

**THREE MILLION SEVEN HUNDRED THIRTEEN THOUSAND DOLLARS**

**MARKET VALUE "AS IS"- OCTOBER 27, 2021**

**$1,784,000**

**ONE MILLION SEVEN HUNDRED EIGHTY-FOUR THOUSAND DOLLARS**

*The market value indication does not include furniture, fixtures, or equipment.*

*It is an assumption and a limiting condition of this analysis that the proposed development will be in accordance with the drawings, square footage, and finishes provided to the appraisers and utilized herein.  As this information forms the basis for this analysis, any deviation will render this report null and void.*

**The coronavirus threat may be impacting market conditions. However, in most markets it is not yet clear to what extent, if any, market conditions are affected. Related, complicating factors include fluctuations in the stock market and changes in mortgage interest rates.**

      Respectfully submitted,

**Gregory R. Clucas, MAI**
**D. C. Certified General Real**
**Estate Appraiser No. GA10008**

**Greg Clucas, Jr.**
**Associate**





## CERTIFICATION

We certify that, to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- The analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the Unifo1m Standards of Professional Appraisal Practice (USPAP) and the Appraisal Policies and Guidelines adopted by the client; this report and our actions relating to the report comply with the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Foundation.

- The undersigned of the CL Group has made a personal inspection of the property that is the subject of this report.

- We, the appraisers, have **NOT** previously appraised the subject property within the past three (3) years.

- No one provided significant professional assistance to the persons signing this report.

- As of the date of this report, Gregory R. Clucas, MAI has completed the continuing education program of the Appraisal Institute.

Respectfully Submitted,

_____
Gregory R. Clucas, MAI
DC Certified General
Real Estate Appraiser
No. GA 10008

_____
Greg Clucas, Jr., Associate

