# EXHIBIT 3




# Payoff Statement

05/16/2023

2524 41st LLC
2524 41st St
Washington, DC 20007

**Property Address: 2524 41st St NW Washington DC 20007**

Amount Due: $2,099,509.49 as of 5/16/2023.

| | |
|---|---:|
| Loan Principal: | $2,187,000.00 |
| Interest Owed (11/17/2021 - 03/31/2022 @ 7.99%): | $44,695.94 |
| Default Interest Owed (04/01/2022 - 05/16/2023 @ 24.00%): | $432,544.85 |
| Interest Paid: | ($179,558.30) |
| Unpaid Late Fees: | $0.00 |
| Construction Draw Balance: | ($603,873.00) |
| Default Penalty: | $218,700.00 |
| Pre-Paid Interest Balance: | ($0.00) |
| **Amount Due:** | **$2,099,509.49** |

Payoff good through 5/16/2023. Per diem $1,055.42.

YOU MUST COLLECT ALL FEES AND COSTS ASSOCIATED WITH RECORDING THE CERTIFICATE OF SATISFACTION ON THE HUD-1. ONCE THE CERTIFICATE OF SATISFACTION HAS BEEN RECORDED BY YOUR OFFICE, PLEASE EMAIL US A COPY FOR OUR RECORDS AT postclosing@wcp.team.

Payable to:  WCP Servicing LLC                          Bank Name: United Bank
             8401 Greensboro Dr Suite 960              Routing Number:
             McLean, VA  22102                          Account Number:

When sending the wire please reference our loan number, LOAN-006172 and borrower 2524 41st LLC.

Sincerely,

*Leslie Calderas*

Leslie Calderas