# EXHIBIT 4



Researched and prepared by

**Mark Meyerdirk**

Prepared exclusively for

**James Smith**

Subject Property

2524 41St St NW

Washington, DC 20007



**Mark Meyerdirk**
Urban Brokers, LLC
2007 Vermont Ave NW
WASHINGTON, DC 20001
202-319-1303
mark@urbanbrokers.com
www.watersedgeteam.com

Copyright: BRIGHT MLS© 2023 All rights reserved.
A licensee may give an opinion of the price of real estate for the purpose of a prospective listing or sale or when making a Competitive Market Analysis (CMA) if: (a) The licensee physically inspects the property; and (b) The resulting opinion or CMA does not refer to an appraisal and is not presented as an appraisal.

 

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Thursday, August 24, 2023

  

| | Subject Property<br>**2524 41St St NW** | Details<br>**2112 19th St NW** | Adjust | Details<br>**3929 Fulton St NW** | Adjust |
|---|---|---|---|---|---|
| MLS# | 1708//0001 | DCDC2043822 | | DCDC2095958 | |
| Status | Public Record Comparable | Closed | | Active Under Contract | |
| Prop Type | RES | Multi-Family | | Multi-Family | |
| City | Washington | Washington | | Washington | |
| Sch District | District of Columbia Public | District Of Columbia Public Schoo | | District Of Columbia Public Schoo | |
| Subdiv/Neigh | | | | | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Other | | Colonial | |
| Structure Type | | Detached | | Detached | |
| Year Built | 1938 | 1911 | | 1937 | |
| Taxes/Tax Yr | $13,333.00 | $19,406 / 2021 | | $10,744 / 2022 | |
| Assessed Val | $1,662,960 | $0 | | $1,320,270 | |
| List Date | | 04/06/2022 | | 05/12/2023 | |
| Closed Date | 11/24/2021 | 08/01/2022 | | | |
| DOM/CDOM | --/ | 17/17 | | 60/248 | |
| List Price | | $2,215,000 | | $1,695,000 | |
| Closed Price | $1,650,000 | $2,215,000 | | | |
| Concessions | | $0 | | | |
| Abv Grd FinSF | 3524 | 0 | | 2,886 | |
| Blw Grd FinSF | | 0 | | 310 | |
| $/SqFt | $306.00 | $0.00 | | $587.32 | |
| Acres | 0.14 | 0.090 | | 0.100 | |
| Beds | 9 | 0 | | 0 | |
| Baths | 5 / 0 | 0 | | 0 | |
| Bsmnt Type | | Full, Fully Finished | | Unfinished | |
| Garage Spcs | | 0 | | 0 | |
| Parking | | | | | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | No Cooling | Central A/C | | Window Unit(s) | |
| Heating | Hot Water | Central | | Radiator | |
| Water | | Public | | Public | |
| Sewer | | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | Price | $2,215,000 | $1,695,000 |
|---|---|---|---|
| | Total Adjustments | $0 | $0 |
| | Adjusted Price | $2,215,000 | $1,695,000 |

©2023 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC



**urban brokers real estate**

**Mark Meyerdirk**
Broker/Owner

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Thursday, August 24, 2023

  

| | Subject Property<br>**2524 41St St NW** | Details<br>**1725 Riggs Pl NW** | Adjust | Details<br>**1916 Calvert St NW** | Adjust |
|---|---|---|---|---|---|
| MLS# | 1708//0001 | DCDC2086776 | | DCDC2055916 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Multi-Family | | Multi-Family | |
| City | Washington | Washington | | Washington | |
| Sch District | District of Columbia Public | District Of Columbia Public Schoo | | District Of Columbia Public Schoo | |
| Subdiv/Neigh | | OLD CITY #2 | | KALORAMA | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Traditional, Victorian | | Federal | |
| Structure Type | | Interior Row/Townhouse | | Interior Row/Townhouse | |
| Year Built | 1938 | 1912 | | 1900 | |
| Taxes/Tax Yr | $13,333.00 | $13,597 / 2022 | | $12,789 / 2022 | |
| Assessed Val | $1,662,960 | $1,632,500 | | $1,631,390 | |
| List Date | | 03/10/2023 | | 07/05/2022 | |
| Closed Date | 11/24/2021 | 05/17/2023 | | 06/09/2023 | |
| DOM/CDOM | --/ | 3/3 | | 281/281 | |
| List Price | | $1,700,000 | | $1,724,000 | |
| Closed Price | $1,650,000 | $1,775,000 | | $1,666,000 | |
| Concessions | | $0 | | $0 | |
| Abv Grd FinSF | 3524 | 2,652 | | 3,072 | |
| Blw Grd FinSF | | 860 | | 874 | |
| $/SqFt | $306.00 | $669.31 | | $542.32 | |
| Acres | 0.14 | 0.040 | | 0.050 | |
| Beds | 9 | 0 | | 0 | |
| Baths | 5 / 0 | 0 | | 0 | |
| Bsmnt Type | | | | Front Entrance | |
| Garage Spcs | | 0 | | 0 | |
| Parking | | | | Concrete Driveway, Private, Surfa | |
| Fireplaces | 0 | 4 | | 0 | |
| Cooling | No Cooling | Central A/C | | Window Unit(s) | |
| Heating | Hot Water | Other | | Radiator | |
| Water | | Public | | Public | |
| Sewer | | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | Price | $1,775,000 | $1,666,000 |
|---|---|---|---|
| | Total Adjustments | $0 | $0 |
| | Adjusted Price | $1,775,000 | $1,666,000 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC



# CMA Price Adjustments

This page outlines the subject property versus comparables properties.

Thursday, August 24, 2023




| | Subject Property | Details | Adjust |
|---|---|---|---|
| | **2524 41St St NW** | **2833 27th St NW** | |
| MLS# | 1708//0001 | DCDC2032286 | |
| Status | Public Record Comparable | Closed | |
| Prop Type | RES | Multi-Family | |
| City | Washington | Washington | |
| Sch District | District of Columbia Public | District Of Columbia Public Schoo | |
| Subdiv/Neigh | | GARFIELD | |
| Ownership | | Fee Simple | |
| Style | | Colonial | |
| Structure Type | | Interior Row/Townhouse | |
| Year Built | 1938 | 1912 | |
| Taxes/Tax Yr | $13,333.00 | $11,991 / 2021 | |
| Assessed Val | $1,662,960 | $1,450,580 | |
| List Date | | 01/26/2022 | |
| Closed Date | 11/24/2021 | 03/24/2023 | |
| DOM/CDOM | --/ | 15/15 | |
| List Price | | $1,364,500 | |
| Closed Price | $1,650,000 | $1,305,000 | |
| Concessions | | $0 | |
| Abv Grd FinSF | 3524 | 2,260 | |
| Blw Grd FinSF | | 614 | |
| $/SqFt | $306.00 | $577.43 | |
| Acres | 0.14 | 0.070 | |
| Beds | 9 | 0 | |
| Baths | 5 / 0 | 0 | |
| Bsmnt Type | | Connecting Stairway, Daylight, Fu | |
| Garage Spcs | | 0 | |
| Parking | | | |
| Fireplaces | 0 | 0 | |
| Cooling | No Cooling | No Cooling | |
| Heating | Hot Water | Hot Water | |
| Water | | Public | |
| Sewer | | Public Sewer | |
| Waterfront | | No | |
| Pool | | No Pool | |

| | | |
|---|---|---|
| Price | | $1,305,000 |
| Total Adjustments | | $0 |
| Adjusted Price | | $1,305,000 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC

 

Thursday, August 24, 2023

## Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

### Active Under Contract Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | List Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2524 41St St NW | | | | 9 | 5 | 0 | 3,524 | 5,382 | $306.00 | |
| 3929 Fulton St NW | $1,695,000 | | | | | | 2,886 | | $587.32 | 05/12/2023 |
| Averages: | $1,695,000 | | | | | | 2,886 | | $587.32 | |

### Closed Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2524 41St St NW | | | | 9 | 5 | 0 | 3,524 | 5,382 | $306.00 | |
| 2112 19th St NW | $2,215,000 | $2,215,000 | | | | | 0 | | | 08/01/2022 |
| 1725 Riggs Pl NW | $1,700,000 | $1,775,000 | | | | | 2,652 | | $669.31 | 05/17/2023 |
| 1916 Calvert St NW | $1,724,000 | $1,666,000 | | | | | 3,072 | | $542.32 | 06/09/2023 |
| 2833 27th St NW | $1,364,500 | $1,305,000 | | | | | 2,260 | | $577.43 | 03/24/2023 |
| Averages: | $1,750,875 | $1,740,250 | | | | | 2,661 | | $596.35 | |

| | |
|---|---|
| Median of Comparable Listings: | $1,695,000 |
| Average of Comparable Listings: | $1,731,200 |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $1,305,000 | $1,695,000 | $1,731,200 | $2,215,000 | 5 |
| **Adjusted Comparable Price** | $1,305,000 | $1,695,000 | $1,731,200 | $2,215,000 | 5 |
| **DOM** | 3 | 17 | 75 | 281 | 5 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC

![Urban Brokers Real Estate - Mark Meyerdirk, Broker/Owner]

## Subject Property

2524 41St St NW
Washington, DC 20007



### Location

| | |
|---|---|
| County: | **Washington, DC** |
| MLS Area: | **Washington DC** |
| School District: | **District of Columbia Public Schools** |

### Lot

| | |
|---|---|
| Acres: | **0.14** |
| Lot SqFt: | **5938** |

### Building

| | | | | | |
|---|---|---|---|---|---|
| Property Type: | **RES** | Cooling Type: | **No Cooling** | Year Built: | **1938** |
| Bedrooms: | **9** | Fireplaces: | **0** | Above Grade Fin SQFT: | **3,524** |
| Full/Half Baths: | **5 / 0** | | | Building SQFT: | **5,382** |
| | | | | Total SQFT: | **5,382** |
| | | | | Price per SQFT: | **$306.00** |

### Listing and Selling Information

| | |
|---|---|
| MLS #: | **1708//0001** |
| Tax ID #: | **1708//0001** |

### Days on Market / Taxes

| | |
|---|---|
| Tax Annual Amount: | **$13,333** |
| Tax Assessed Value: | **$1,662,960** |

©2023 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC



urban brokers real estate

Mark Meyerdirk
Broker/Owner

Thursday, August 24, 2023

## Comparables Overview
This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Listing Price between $1,364,500 and $2,215,000

0 to 3,072 Square Feet

$0.00 to $641.03 per Square Foot

$0.00 to $669.31 per Sold Square Foot

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**

Urban Brokers, LLC

urban brokers real estate

Mark Meyerdirk
Broker/Owner

24-Aug-2023 11:25:29AM
Page 1 of 1

## Multi-Family Stats - Analysis Detail Report

### Active Under Contract    1 LISTING

|  | List Price | / Orig. Price | = % of | DOM | CDOM | Age |
|---|---|---|---|---|---|---|
| 3929 Fulton St NW | $1,695,000 | $1,695,000 | 100.00 | 60 | 248 | 86 |
| Low | $1,695,000 | $1,695,000 | 100.00 | 60 | 248 | 86 |
| High | $1,695,000 | $1,695,000 | 100.00 | 60 | 248 | 86 |
| Median | $1,695,000 | $1,695,000 | 100.00 | 60 | 248 | 86 |
| Average | $1,695,000 | $1,695,000 | 100.00 | 60 | 248 | 86 |

### Closed    4 LISTINGS

| | Price when initially entered | | | | | Price at time of sale | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Closed Price - Concession | = Net Price | / Orig. Price = | % Of | | Closed Price - Concession | = Net Price / | List Price = | % Of | DOM | CDOM | Age |
| 2112 19th St NW | $2,215,000 | $0 | $2,215,000 $2,290,000.00 | 96.72 | | $2,215,000 | $0 | $2,215,000 | $2,215,000 | 100.00 | 17 | 17 | 112 |
| 1725 Riggs Pl NW | $1,775,000 | $0 | $1,775,000 $1,700,000.00 | 104.41 | | $1,775,000 | $0 | $1,775,000 | $1,700,000 | 104.41 | 3 | 3 | 111 |
| 1916 Calvert St NW | $1,666,000 | $0 | $1,666,000 $1,724,000.00 | 96.64 | | $1,666,000 | $0 | $1,666,000 | $1,724,000 | 96.64 | 281 | 281 | 123 |
| 2833 27th St NW | $1,305,000 | $0 | $1,305,000 $1,364,500.00 | 95.64 | | $1,305,000 | $0 | $1,305,000 | $1,364,500 | 95.64 | 15 | 15 | 111 |
| Low | $1,305,000 | $0 | $1,305,000 $1,364,500 | 95.64 | | $1,305,000 | $0 | $1,305,000 | $1,364,500 | 95.64 | 3 | 3 | 111 |
| High | $2,215,000 | $0 | $2,215,000 $2,290,000 | 104.41 | | $2,215,000 | $0 | $2,215,000 | $2,215,000 | 104.41 | 281 | 3 | 123 |
| Median | $1,720,500 | $0 | $1,720,500 $1,712,000 | 96.68 | | $1,720,500 | $0 | $1,720,500 | $1,712,000 | 98.32 | 16 | 16 | 112 |
| Average | $1,740,250 | $0 | $1,740,250 $1,769,625 | 98.35 | | $1,740,250 | $0 | $1,740,250 | $1,750,875 | 99.17 | 79 | 79 | 114 |

### Report Totals    Properties: 5

|  | List Price: | Orig. List Price: | % of: | Closed Price: | Concession: | Net Price: | DOM: | CDOM: | Age: |
|---|---|---|---|---|---|---|---|---|---|
| Low | $1,364,500 | $1,364,500 | 95.64 | $1,305,000 | $0 | $1,305,000 | 3 | 3 | 86 |
| High | $2,215,000 | $2,290,000 | 104.41 | $2,215,000 | $0 | $2,215,000 | 281 | 281 | 123 |
| Median | $1,700,000 | $1,700,000 | 96.68 | $1,720,500 | $0 | $1,720,500 | 17 | 17 | 111 |
| Average | $1,739,700 | $1,754,700 | 98.35 | $1,740,250 | $0 | $1,740,250 | 75 | 113 | 109 |

© BRIGHT - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly.
Copyright 2023 Created: 08/24/2023   2:25PM

**urban brokers real estate**

**Mark Meyerdirk**
Broker/Owner

Thursday, August 24, 2023

## Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $1,731,200 | Average Price/Sq Ft: | $475 |
| High Price: | $2,215,000 | High Price/Sq Ft: | $669 |
| Median Price: | $1,695,000 | Median Price/Sq Ft: | $577 |
| Low Price: | $1,305,000 | Low Price/Sq Ft: | $0 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

**We estimate value of the subject property between $1,695,000 and $1,731,000 as it is presently a shell.**

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**



**Mark Meyerdirk**
Broker/Owner

urban brokers real estate

Thursday, August 24, 2023

## CMA 4-Up Listings Report
This page outlines the subject property versus comparables properties.

   

| | | | | |
|---|---|---|---|---|
| Address | **2524 41St St NW** | **2112 19th St NW** | **3929 Fulton St NW** | **1725 Riggs Pl NW** |
| County | Washington, DC | Washington, DC | Washington, DC | Washington, DC |
| Municipality | Washington DC | | | |
| Neighborhood | | | | OLD CITY #2 |
| Status | Public Record Comparable | Closed | Active Under Contract | Closed |
| Closed Date | 11/24/21 | 08/01/2022 | | 05/17/2023 |
| List Price | | $2,215,000 | $1,695,000 | $1,700,000 |
| Closed Price | $1,650,000 | $2,215,000 | | $1,775,000 |
| Concessions | | No, $0 | | No, $0 |
| Financing | | Cash | | Other |
| Property Class | RES | Multi-Family | Multi-Family | Multi-Family |
| Structure Type | | Detached | Detached | Interior Row/Townhouse |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard | Standard |
| Style | | Other | Colonial | Traditional, Victorian |
| Levels/Stories | | | | |
| Year Built | 1938 | 1911 | 1937 | 1912 |
| Condition | | | | |
| Annual Tax | $13,333 | $19,406 | $10,744 | $13,597 |
| Tax Total Asmt | $1,662,960 | $0 | $1,320,270 | $1,632,500 |
| Lot Acres/SqFt | 0.14a / 5938sf | 0a / 3,989.00sf | 0a / 4,426.00sf | 0a / 1,674.00sf |
| Lot Dimension | | Approximately 118' (West Sid | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 3524 | 0 | 2,886 | 2,652 |
| Blw Grd Fin SF | | 0 | 310 | 860 |
| Total Bldg SF | 5382 | 0 | 3,196 | 3,620 |
| Total Units | 4 | 0 | 0 | 0 |
| Bedrooms | 9 | 0 | 0 | 0 |
| Baths | 5 / 0 | 0 | 0 | 0 |
| Garage Spaces | | 0 | 0 | 0 |
| Parking Feat | | | | |
| Basement | | Full, Fully Finished | Unfinished | |
| Cooling | No Cooling | Central A/C | Window Unit(s) | Central A/C |
| Heat | Hot Water | Central | Radiator | Other |
| Pool | | No Pool | No Pool | No Pool |
| DOM | | 17 | 60 | 3 |
| MLS# | 1708//0001 | DCDC2043822 | DCDC2095958 | DCDC2086776 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC

![Urban Brokers Real Estate - Mark Meyerdirk, Broker/Owner]


Thursday, August 24, 2023

## CMA 4-Up Listings Report
This page outlines the subject property versus comparables properties.

    

| | | | |
|---|---|---|---|
| Address | **2524 41St St NW** | **1916 Calvert St NW** | **2833 27th St NW** |
| County | Washington, DC | Washington, DC | Washington, DC |
| Municipality | Washington DC | | |
| Neighborhood | | KALORAMA | GARFIELD |
| Status | Public Record Comparable | Closed | Closed |
| Closed Date | 11/24/21 | 06/09/2023 | 03/24/2023 |
| List Price | | $1,724,000 | $1,364,500 |
| Closed Price | $1,650,000 | $1,666,000 | $1,305,000 |
| Concessions | | No, $0 | No, $0 |
| Financing | | Other | Other |
| Property Class | RES | Multi-Family | Multi-Family |
| Structure Type | | Interior Row/Townhouse | Interior Row/Townhouse |
| Ownership | | Fee Simple | Fee Simple |
| Sale Type | | Standard | REO (Real Estate Owned) |
| Style | | Federal | Colonial |
| Levels/Stories | | | |
| Year Built | 1938 | 1900 | 1912 |
| Condition | | Very Good, Good | |
| Annual Tax | $13,333 | $12,789 | $11,991 |
| Tax Total Asmt | $1,662,960 | $1,631,390 | $1,450,580 |
| Lot Acres/SqFt | 0.14a / 5938sf | 0a / 2,072.00sf | 0a / 2,841.00sf |
| Lot Dimension | | | |
| Waterfront | | No | No |
| Abv Grd Fin SF | 3524 | 3,072 | 2,260 |
| Blw Grd Fin SF | | 874 | 614 |
| Total Bldg SF | 5382 | 4,156 | 3,078 |
| Total Units | 4 | 0 | 0 |
| Bedrooms | 9 | 0 | 0 |
| Baths | 5 / 0 | 0 | 0 |
| Garage Spaces | | 0 | 0 |
| Parking Feat | | Concrete Driveway, Private, | |
| Basement | | Front Entrance | Connecting Stairway, Dayligh |
| Cooling | No Cooling | Window Unit(s) | No Cooling |
| Heat | Hot Water | Radiator | Hot Water |
| Pool | | No Pool | No Pool |
| DOM | | 281 | 15 |
| MLS# | 1708//0001 | DCDC2055916 | DCDC2032286 |

©2023 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Mark Meyerdirk**
Urban Brokers, LLC