# EXHIBIT 5

 **DC Office of Tax and Revenue**

 MyTax DC

< Home

# Property Details

| | | | |
|---|---|---|---|
| SSL | : 1708- -0001 | | > **Make a Payment** |
| Premise Address | : 2524 41ST ST NW WASHINGTON DC 20007-1264 | | **Balance** : |

| Details | **Assessment** | Tax Information | Features | Map |
|---|---|---|---|---|

## Assessment Information

| Tax Type | : Taxable | Land Area | : 5,938 |
|---|---|---|---|
| Tax Class | : 1 - Residential | Appraiser | : Juyoung Moon |

## Assessment Values                                           Help

**2018**

| | Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|---|
| | $604,490.00 | $665,590.00 | $1,270,080.00 | $1,270,080.00 |
| | $604,490.00 | $665,590.00 | $1,270,080.00 | $1,270,080.00 |

## 2019

| Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|
| $633,700.00 | $706,530.00 | $1,340,230.00 | $1,340,230.00 |
| $633,700.00 | $706,530.00 | $1,340,230.00 | $1,340,230.00 |

## 2020

| Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|
| $650,570.00 | $772,610.00 | $1,423,180.00 | $1,423,180.00 |
| $650,570.00 | $772,610.00 | $1,423,180.00 | $1,423,180.00 |

## 2021

| Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|
| $682,930.00 | $814,490.00 | $1,497,420.00 | $1,497,420.00 |
| $682,930.00 | $814,490.00 | $1,497,420.00 | $1,497,420.00 |

## 2022

| Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|
| $686,370.00 | $882,220.00 | $1,568,590.00 | $1,568,590.00 |
| $686,370.00 | $882,220.00 | $1,568,590.00 | $1,568,590.00 |

## 2023

| | Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|---|
| | $729,010.00 | $933,950.00 | $1,662,960.00 | $1,662,960.00 |
| | $729,010.00 | $933,950.00 | $1,662,960.00 | $1,662,960.00 |

## 2024

| | Land Value | Building Value | Assessment Value | Total Taxable |
|---|---|---|---|---|
| | $756,680.00 | $993,490.00 | $1,750,170.00 | $1,750,170.00 |
| | $756,680.00 | $993,490.00 | $1,750,170.00 | $1,750,170.00 |

*For more historical data, please contact OTR Customer Service at (202) 727-4TAX.*