# **CERTIFICATE OF SERVICE**

I, Brent C. Strickland, do hereby certify that on August 29, 2023, I caused a copy of the foregoing ***Monthly Operating Report for the Period Ending July 31, 2023*** to be served on the party listed below by electronic mail.

Kristen S. Eustis, Esq.
Sara Kathryn Mayson, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Email: Kristen.S.Eustis@usdoj.gov
sara.kathryn.mayson@usdoj.gov

                                                  */s/ Brent C. Strickland*
                                                  Brent C. Strickland