The order below is hereby signed.

Signed: October 2 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-188-ELG |
| | ) | (Chapter 11) |
| 2524 41ST LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AS TO PROPERTY
<u>LOCATED AT 2524 41ST STREET, NW, WASHINGTON, DC 20007</u>**

Upon consideration of the Motion for Relief from the Automatic Stay as to Property Located at 2524 41st Street, NW, Washington, DC 20007 (the "Motion") filed by WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust (the "Movant"), the authorities cited therein, the evidence adduced – and arguments made – at any hearing on this matter, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust (the "Movant") may pursue any and all remedies against the real property located at v and the various improvements thereupon (the "Property"); and it is further

ORDERED, the Movant is granted relief from the automatic stay set forth in Section 362 of Title 11 of the United States Code in connection with any and all efforts to pursue actions or remedies against the Property.

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*