# EXHIBIT A

*****************************************************************************Page1of(5)

BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   WHITEFORD, TAYLOR & PRESTON   THRU 09/30/23
                                              DETAILED  BILLING REPORT      AS OF 10/30/2023 11:31:05 AM
                                              PROFORMA NUMBER: 1681820      LAST DATE BILLED

CLIENT105346       2524 41ST LLC
MATTER00002        GENERAL CASE ADMINISTRATION
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17030002 | 05/16/23 | | PREPARE, FILE, AND SERVE PETITION PACKET (.9); PREPARE, FILE, AND SERVE 5/18 STATUS CONFERENCE AGENDA AND HEARING BINDER (1.6); COORDINATE S. GERALD'S 5/18 HEARING APPEARANCE (.1); UPDATE CRITICAL DATES (.1). | | | 2.70 | 01831 | CL | 952.43 | 952.43 |
| 17004747 | 05/17/23 | | CALL WITH UST RE FILING; CONFER WITH BCS RE SAME | | | .20 | 01578 | SBG | 114.75 | 1,067.18 |
| 17007446 | 05/17/23 | | CALL WITH ATTORNEY FOR WCP | | | .50 | 01529 | BCS | 320.88 | 1,388.06 |
| 17007466 | 05/17/23 | | CALL WITH UST RE STATUS OF FILING/STATUS | | | .30 | 01578 | SBG | 172.13 | 1,560.19 |
| 17007470 | 05/17/23 | | CALL WITH JAMIE AND BRENT - PREP FOR STATUS CONFERENCE | | | .40 | 01578 | SBG | 229.50 | 1,789.69 |
| 17009856 | 05/18/23 | | CALL WITH UST RE STATUS | | | .20 | 01578 | SBG | 114.75 | 1,904.44 |
| 17009857 | 05/18/23 | | ATTEND STATUS CONFERENCE RE CASE | | | .50 | 01578 | SBG | 286.88 | 2,191.32 |
| 17009898 | 05/18/23 | | REVIEW REQUESTS FOR INFO FROM UST | | | .30 | 01578 | SBG | 172.13 | 2,363.45 |
| 17013688 | 05/22/23 | | CONFER SETEVE RE STATUS | | | .30 | 01529 | BCS | 192.53 | 2,555.98 |
| 17015988 | 05/23/23 | | CONFERENCE CALL WITH S. GERALD AND J. SMITH RE SCHEDULES AND STATEMENTS (.6); CONFER WITH S. GERALD RE WTP RETENTION APPLICATION (.1); REVIEW LR REGARDING RETENTION APPLICATIONS AND EMAIL S. GERALD RE SAME (.1); PREPARE SCHEDULE 1 TO RETENTION APPLICATION (.4); PREPARE 7/10 AGENDA (.4); UPDATE CRITICAL DATES (.1); REVISE SCHEDULES AND STATEMENTS (.4). | | | 2.10 | 01831 | CL | 740.78 | 3,296.76 |
| 17024208 | 05/26/23 | | REVIEW DRAFT NOTICE OF COMMENCEMENT; CONFER WITH C.LANO RE SAME; EMAILS RE SAME | | | .40 | 01578 | SBG | 229.50 | 3,526.26 |
| 17030063 | 05/26/23 | | PREPARE AND FILE CREDITORS MATRIX (.3); REVIEW DOCKET AND PREPARE NOTICE OF COMMENCEMENT AND NOTICE OF CONTINUED STATUS CONFERENCE AND EMAIL S. GERALD RE SAME (.7); CONFER WITH BANKRUPTCY COURT RE CREDITORS MATRIX, SERVICE GROUP, AND BAR DATE (.2); EMAIL J. LEAMY RE BAR DATE AND CONFER | | | 1.40 | 01831 | CL | 493.85 | 4,020.11 |

*************************************************************************************Page2of(5)

BILLING ATTORNEY: 01529   BRENT C. STRICKLAND | WHITEFORD, TAYLOR & PRESTON | THRU 09/30/23
DETAILED  BILLING REPORT | AS OF 10/30/2023 11:31:05 AM
PROFORMA NUMBER: 1681820 | LAST DATE BILLED

CLIENT105346         2524 41ST LLC
MATTER00002          GENERAL CASE ADMINISTRATION
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WITH S. GERALD RE SAME (.2) | | | | | | | |
| 17026071 | 05/30/23 | | EMAILS RE INSURANCE ON PROPERTY | | | .10 | 01578 | SBG | 57.38 | 4,077.49 |
| 17028223 | 05/31/23 | | CALL WITH J.SMITH AND BCS RE FINANCING OPTIONS | | | .20 | 01578 | SBG | 114.75 | 4,192.24 |
| 17034193 | 06/01/23 | | CALL WITH BORDEN AND JAMIE RE FINANCING OPTION; FOLLOW UP EMAILS | | | .30 | 01578 | SBG | 172.13 | 4,364.37 |
| 17034194 | 06/01/23 | | REVIEW DRAFT NOTICE OF COMMENCEMENT; CONFER WITH C.LANO RE SAME AND COORDINATE FILING | | | .20 | 01578 | SBG | 114.75 | 4,479.12 |
| 17034195 | 06/01/23 | | EMAIL WITH UST RE INSURANCE CERT; REVIEW SAME | | | .10 | 01578 | SBG | 57.38 | 4,536.50 |
| 17080503 | 06/01/23 | | CONFER WITH S. GERALD AND PREPARE AMENDED PETITION AND NOTICE OF COMMENCEMENT. | | | .50 | 01831 | CL | 176.38 | 4,712.88 |
| 17036456 | 06/02/23 | | EMAILS WITH UST RE INSURANCE POLICY; REVIEW SAME | | | .10 | 01578 | SBG | 57.38 | 4,770.26 |
| 17051973 | 06/13/23 | | PREPARE AND FILE 6/15 STATUS CONFERENCE AGENDA (.4); PREPARE AND ORGANIZE 6/15 BINDER FOR BANKRUPTCY COURT (.5); PREPARE AND SERVE AGENDA (.7). | | | 1.60 | 01831 | CL | 564.40 | 5,334.66 |
| 17060377 | 06/13/23 | | REVIEW DRAFT AGENDA FOR STATUS CONFERENCE; CONFER WITH C.LANO RE SAME | | | .20 | 01578 | SBG | 114.75 | 5,449.41 |
| 17060344 | 06/15/23 | | ATTEND STATUS CONFERENCE | | | .30 | 01578 | SBG | 172.13 | 5,621.54 |
| 17060348 | 06/15/23 | | REVIEW FINANCIALS | | | .20 | 01578 | SBG | 114.75 | 5,736.29 |
| 17064091 | 06/20/23 | | EMAILS KEEN RE STATUS AND EMAIL JAMIE | | | .40 | 01529 | BCS | 256.70 | 5,992.99 |
| 17070333 | 06/23/23 | | REVISE 7/10 AGENDA. | | | .30 | 01831 | CL | 105.83 | 6,098.82 |
| 17072894 | 06/26/23 | | EMAIL WITH J.SMITH RE FINANCING ISSUES; CONFER WITH B.STRICKLAND RE SAME | | | .20 | 01578 | SBG | 114.75 | 6,213.57 |
| 17080469 | 06/28/23 | | EMAIL EXCHANGE WITH BANKRUPTCY COURT RE CANCELLATION OF 7/10 HEARING | | | .20 | 01831 | CL | 70.55 | 6,284.12 |

BILLING ATTORNEY: 01529   BRENT C. STRICKLAND

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 1681820

THRU 09/30/23
AS OF 10/30/2023 11:31:05 AM
LAST DATE BILLED

CLIENT105346          2524 41ST LLC
MATTER00002           GENERAL CASE ADMINISTRATION
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17091755 | 07/05/23 | | REVISE 7/10 AGENDA (.3); PREPARE AND ORGANIZE 7/10 HEARING BINDER FOR BANKRUPTCY COURT (.5). | | | .80 | 01831 | CL | 282.20 | 6,566.32 |
| 17091754 | 07/06/23 | | CONFER WITH BANKRUPTCY COURT AND S. GERALD RE 7/10 HEARING (.1); PREPARE AND FILE 7/10 AGENDA (.4); PREPARE AND SERVE 7/10 AGENDA (.4) | | | .90 | 01831 | CL | 317.48 | 6,883.80 |
| 17148507 | 07/19/23 | | CALL WITH CLIENT | | | .40 | 01529 | BCS | 256.70 | 7,140.50 |
| 17160870 | 07/26/23 | | CALL WITH CLIENT AND STEVE | | | .40 | 01529 | BCS | 256.70 | 7,397.20 |
| 17169711 | 07/31/23 | | EMAILS RE POTENTAIL LENDER | | | .20 | 01578 | SBG | 114.75 | 7,511.95 |
| 17179991 | 08/04/23 | | EMAILS ON SETTLEMENT | | | .20 | 01529 | BCS | 128.35 | 7,640.30 |
| 17192392 | 08/04/23 | | EMAILS RE STATUS OF NOTE PURCHASE AGREEMENTS | | | .10 | 01578 | SBG | 57.38 | 7,697.68 |
| 17193127 | 08/14/23 | | CONFER WITH B.STRICKLAND RE STATUS OF EFFORTS TO SELL NOTE AND RELATED ISSUES | | | .10 | 01578 | SBG | 57.38 | 7,755.06 |
| 17227551 | 08/31/23 | | CONSIDER STRATEGY TO FORCE WCP SETTLEMENT | | | .70 | 01529 | BCS | 449.23 | 8,204.29 |
| 17239524 | 09/01/23 | | CONSIDER FOLLOW UP STRATEGY ON NOTE SALE FORCED ATTENTION | | | 1.50 | 01529 | BCS | 962.63 | 9,166.92 |

19.50**TIME VALUE TOTAL**      9,166.92

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 14 | | POSTAGE | | 4.23 |
| | | | 10 | | PHOTOCOPIES | | 89.82 |
| | | | 94 | | PACER SERVICE | | 29.50 |
| | | | 06 | | FEDERAL EXPRESS | | 335.23 |

```
                    *********************************************************************Page4of(5)
                                  WHITEFORD, TAYLOR & PRESTON     THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT        AS OF 10/30/2023 11:31:05 AM
                                  PROFORMA NUMBER: 1681820        LAST DATE BILLED
```

CLIENT105346        2524 41ST LLC
MATTER00002         GENERAL CASE ADMINISTRATION
CASE ID

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|-------|------|---------|------|--------|------|--|--------|--|
| | | | 110 | | | COLOR PHOTOCOPIES | | 196.00 |
| 14357979 | 09/07/23 | | 43 | | 01529 | RELIABLE WILMINGTON - HOURLY TRANSCRIPT - ORIGINAL (31 PAGES @ $7.25/PG) / CUSTOMER ID: DEC0521 / ORDER NO. WL112354 | 224.75 | |
| | | | | | *43 | TRANSCRIPTS/DEPOSITIONS | | 224.75 |
| 14357980 | 09/29/23 | | 87 | | 01529 | BRENT STRICKLAND - 8/30/23 - PARKING FOR COURT | 10.00 | |
| | | | | | *87 | PARKING FOR COURT | | 10.00 |
| 14357995 | 05/16/23 | | 41 | | 01529 | DINERS CLUB - FILING FEE - DE BANKRUPTCY COURT - TI:M6 | 1,738.00 | |
| | | | | | *41 | FILING FEE | | 1,738.00 |
| 14357991 | 07/14/23 | | 101 | | 01529 | DLS DISCOVERY - COURIER EXPENSE ON 7/14/23 | 25.00 | |
| | | | | | *101 | COURIER EXPENSE | | 25.00 |
| 14357988 | 06/21/23 | | 66 | | 01529 | HYLIND SEARCH COMPANY, INC. - CERTIFICATE OF GOOD STANDING (RE: 2524 41ST LLC) / HSC REF NO. 3047.0002 / INVOICE #160194 | 95.00 | |
| | | | | | *66 | CERTIFICATE OF GOOD STANDING | | 95.00 |

```
                            *TOTAL DISBURSEMENTS*       2,747.53
```

```
------- DISBURSEMENT SUMMARY ---------     --------------- ATTORNEY SUMMARY ---------------
Code Description            Amount   Atty   Status         Attorney Name        Std Rt  Avg Rt  Hours    Value  Last Entry
---- -------------------- ------------   ------ ---------------- ---------------------------  -------  ------ -------  ---------  ---------
06   FEDERAL EXPRESS          335.23   01529  Partner        BRENT C. STRICKLAND  755.00  641.75   4.40  2,823.72  09/01/23
10   PHOTOCOPIES              89.82    01578  Non Equity Part STEPHEN B. GERALD   675.00  573.76   4.60  2,639.30  08/14/23
101  COURIER EXPENSE          25.00    01831  Paralegal      CHRISTOPHER LANO    415.00  352.75  10.50  3,703.90  07/06/23
110  COLOR PHOTOCOPIES        196.00                                      TOTAL FEE VALUE          9,166.92
14   POSTAGE                  4.23
41   FILING FEE             1,738.00
43   TRANSCRIPTS/DEPOSITI     224.75
66   CERTIFICATE OF GOOD      95.00
87   PARKING FOR COURT        10.00
94   PACER SERVICE            29.50
     TOTAL DISBURSEMENTS    2,747.53
```

```
*****************************************************************************************Page5of(5)
```

| BILLING ATTORNEY: 01529  BRENT C. STRICKLAND | WHITEFORD, TAYLOR & PRESTON<br>DETAILED  BILLING REPORT<br>PROFORMA NUMBER: 1681820 | THRU 09/30/23<br>AS OF 10/30/2023 11:31:05 AM<br>LAST DATE BILLED |

CLIENT105346        2524 41ST LLC
MATTER00002        GENERAL CASE ADMINISTRATION
CASE ID

TOTAL FEES AND DISBURSEMENTS        11,914.45

UNALLOCATED CREDITS        .00

| | | | |
|---|---|---|---|
| **START-TO-DATE FEES BILLED =** | .00 | **YTD FEES BILLED =** | .00 |
| **START-TO-DATE DISB BILLED =** | .00 | **YTD DISB BILLED =** | .00 |

| | |
|---|---|
| **A/R BALANCE THIS MATTER =** | .00 |
| **ESCROW BALANCE      =** | .00 |

```
                                        WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT      AS OF 10/30/2023 11:30:52 AM
                                        PROFORMA NUMBER: 1681821            LAST DATE BILLED
```

CLIENT105346        2524 41ST LLC
MATTER00003         SCHEDULES/OPERATING REPORTS/341
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17010335 | 05/19/23 | | PREPARE SCHEDULES AND STATEMENTS, AND STATEMENT OF FINANCIAL AFFAIRS; CONFER WITH S. GERALD AND K. MCCRUDEN RE SAME. | | | 1.30 | 01831 | CL | 458.58 | 458.58 |
| 17011411 | 05/22/23 | | EMAILS/CALL W C.LANO RE DOCS FOR IDI AND SCHEDULES | | | .20 | 01578 | SBG | 114.75 | 573.33 |
| 17016083 | 05/23/23 | | CALL WITH J.SMITH AND C.LANO RE DOCS FOR IDI AND SCHEDULE /SOFA PREP | | | 1.00 | 01578 | SBG | 573.75 | 1,147.08 |
| 17016124 | 05/23/23 | | EMAILS RE SCHEDULING OF 341 | | | .10 | 01578 | SBG | 57.38 | 1,204.46 |
| 17017006 | 05/24/23 | | EMAILS RE DOCS FOR IDI | | | .20 | 01578 | SBG | 114.75 | 1,319.21 |
| 17019257 | 05/25/23 | | CALL WITH UST RE IDI DOCS | | | .20 | 01578 | SBG | 114.75 | 1,433.96 |
| 17024602 | 05/26/23 | | EMAILS RE SCHEDULES/SOFA | | | .20 | 01578 | SBG | 114.75 | 1,548.71 |
| 17024175 | 05/27/23 | | EMAILS RE SCHEDULE/SOFA PREP | | | .30 | 01578 | SBG | 172.13 | 1,720.84 |
| 17024035 | 05/29/23 | | EMAILS RE SCHEDULES/SOFA | | | .50 | 01578 | SBG | 286.88 | 2,007.72 |
| 17024033 | 05/30/23 | | EMAILS RE STATUS OF SCHEDULES/SOFA; CONFER WITH C.LANO RE SAME | | | .30 | 01578 | SBG | 172.13 | 2,179.85 |
| 17026063 | 05/30/23 | | REVIEW DRAFT SCHEDULES AND STATEMENTS WITH C.LANO AND MAKE CHANGES | | | .30 | 01578 | SBG | 172.13 | 2,351.98 |
| 17026064 | 05/30/23 | | REVIEW FURTHER DRAFT OF SCHEDULES AND SOFA | | | .30 | 01578 | SBG | 172.13 | 2,524.11 |
| 17026313 | 05/30/23 | | FINAL REVIEW OF SCHEDULES; CALL WITH C.LANO | | | .50 | 01578 | SBG | 286.88 | 2,810.99 |
| 17030154 | 05/30/23 | | CONFER WITH S. GERALD AND PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | | | 2.70 | 01831 | CL | 952.43 | 3,763.42 |
| 17028038 | 05/31/23 | | ATTEND IDI | | | .50 | 01578 | SBG | 286.88 | 4,050.30 |
| 17049339 | 06/12/23 | | PREP CALL WITH J.SMITH RE MEETING OF CREDITORS | | | .40 | 01578 | SBG | 229.50 | 4,279.80 |
| 17062544 | 06/20/23 | | WORK ON MOR | | | 1.50 | 01578 | SBG | 860.63 | 5,140.43 |

```
BILLING ATTORNEY: 01529   BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
                                                     DETAILED  BILLING REPORT       AS OF 10/30/2023 11:30:52 AM
                                                     PROFORMA NUMBER: 1681821       LAST DATE BILLED
```

```
CLIENT105346        2524 41ST LLC
MATTER00003         SCHEDULES/OPERATING REPORTS/341
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17062899 | 06/20/23 | | CALL WITH J.SMITH AND C.LANO RE PREP OF MOR | | | .50 | 01578 | SBG | 286.88 | 5,427.31 |
| 17064962 | 06/21/23 | | FINALIZE MOR (.2); EMAILS RE SAME (.2) | | | .40 | 01578 | SBG | 229.50 | 5,656.81 |
| 17067142 | 06/21/23 | | PREPARE AND FILE MOR (.3); PREPARE AND EMAIL UST FILED MOR (.1). | | | .40 | 01831 | CL | 141.10 | 5,797.91 |
| 17085581 | 06/21/23 | | REVIEW AND REVISE DRAFT MOR | | | .80 | 01578 | SBG | 459.00 | 6,256.91 |
| 17085582 | 06/21/23 | | EMAIL TO UST RE FINANCIALS | | | .10 | 01578 | SBG | 57.38 | 6,314.29 |
| 17085125 | 06/23/23 | | ATTEND MEETING OF CREDITORS | | | 1.00 | 01578 | SBG | 573.75 | 6,888.04 |
| 17200782 | 08/17/23 | | CONFER WITH C.LANO RE PREP OF MOR | | | .10 | 01578 | SBG | 57.38 | 6,945.42 |
| 17205310 | 08/21/23 | | EMAILS RE STATUS OF MOR | | | .10 | 01578 | SBG | 57.38 | 7,002.80 |
| 17206164 | 08/21/23 | | EMAIL J. SMITH RE FOLLOW UP ON BANK STATEMENT (.1); PREPARE DRAFT OF MONTHLY OPERATING REPORT (.4); EMAIL S. GERALD RE STATUS OF MOR (.1). | | | .60 | 01831 | CL | 211.65 | 7,214.45 |
| 17208657 | 08/22/23 | | EMAILS RE STATUS OF MOR | | | .10 | 01578 | SBG | 57.38 | 7,271.83 |
| 17220851 | 08/29/23 | | REVIEW MOR AND REVISE; EMAILS RE SAME | | | .30 | 01578 | SBG | 172.13 | 7,443.96 |

```
                                                   14.90**TIME VALUE TOTAL**    7,443.96
```

```
                 --------------- ATTORNEY SUMMARY ---------------
        Atty    Status          Attorney Name            Std Rt  Avg Rt  Hours     Value  Last Entry
        ------  ------          -------------            ------  ------  -----     -----  ----------
        01578   Non Equity Part STEPHEN B. GERALD        675.00  573.76   9.90  5,680.20  08/29/23
        01831   Paralegal       CHRISTOPHER LANO         415.00  352.75   5.00  1,763.76  08/21/23
                                             TOTAL FEE VALUE              7,443.96
```

*******************************************************************************************Page3of(3)

BILLING ATTORNEY: 01529  BRENT C. STRICKLAND

WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
DETAILED  BILLING REPORT          AS OF 10/30/2023 11:30:52 AM
PROFORMA NUMBER: 1681821          LAST DATE BILLED

CLIENT105346          2524 41ST LLC
MATTER00003           SCHEDULES/OPERATING REPORTS/341
CASE ID

                              TOTAL FEES AND DISBURSEMENTS       7,443.96

                              UNALLOCATED CREDITS                    .00

===================================================================================================
**START-TO-DATE FEES BILLED =**      .00   **YTD FEES BILLED =**      .00   **A/R BALANCE THIS MATTER =**      .00
**START-TO-DATE DISB BILLED =**      .00   **YTD DISB BILLED =**      .00   **ESCROW BALANCE        =**      .00
===================================================================================================

```
                        ************************************************************************Page1of(4)
                                              WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND     DETAILED  BILLING REPORT      AS OF 10/30/2023 11:30:52 AM
                                              PROFORMA NUMBER: 1681822         LAST DATE BILLED
```

CLIENT105346        2524 41ST LLC
MATTER00004         LIFT STAY MOTIONS/CONTESTED MATTERS
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17011943 | 05/18/23 | | CONFER STEVE ON STATUS HEARING AND CONVERSATIONS WITH UST | | | .60 | 01529 | BCS | 385.05 | 385.05 |
| 17041402 | 06/06/23 | | CONFER STEVE RE VENUE TRANSFER ISSUES AND EMAILS RE SAME | | | .60 | 01529 | BCS | 385.05 | 770.10 |
| 17060451 | 06/06/23 | | EMAILS ABOUT MOTION TO TRANSFER VENUE; REVIEW SAME | | | .50 | 01578 | SBG | 286.88 | 1,056.98 |
| 17060409 | 06/07/23 | | EMAILS RE MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 1,171.73 |
| 17049365 | 06/12/23 | | WORK ON OBJECTION TO MOTION TO TRANSFER VENUE | | | 2.10 | 01578 | SBG | 1,204.88 | 2,376.61 |
| 17055897 | 06/13/23 | | CONFER STEVE ON VENUE ISSUES. | | | .60 | 01529 | BCS | 385.05 | 2,761.66 |
| 17061075 | 06/19/23 | | WORK ON OBJETION TO MOTION TO TRANSFER VENUE | | | 4.50 | 01578 | SBG | 2,581.88 | 5,343.54 |
| 17067143 | 06/22/23 | | PREPARE CERT. OF SERVICE TO OBJECTION TO MOTION TO TRANSFER VENUE | | | .20 | 01831 | CL | 70.55 | 5,414.09 |
| 17085573 | 06/22/23 | | REVISE OBJECTION TO MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 5,528.84 |
| 17070264 | 06/23/23 | | PREPARE, FILE, AND SERVE OBJECTION TO MOTION TO TRANSFER VENUE | | | .30 | 01831 | CL | 105.83 | 5,634.67 |
| 17085126 | 06/23/23 | | FINALIZE OBJECTION TO MOTION TO TRANSFER VENUE; COORDINATE FILING | | | .50 | 01578 | SBG | 286.88 | 5,921.55 |
| 17092610 | 07/06/23 | | REVIEW AGENDA FOR HEARING ON MOTION TO TRANSFER VENUE; COORDINATE WITH C.LANO RE SAME | | | .20 | 01578 | SBG | 114.75 | 6,036.30 |
| 17096444 | 07/10/23 | | PREPARE FOR HEARING ON MOTION TO TRANSFER VENUE | | | 1.20 | 01578 | SBG | 688.50 | 6,724.80 |
| 17096445 | 07/10/23 | | ATTEND HEARING ON MOTION TO TRANSFER VENUE | | | .80 | 01578 | SBG | 459.00 | 7,183.80 |
| 17096448 | 07/10/23 | | CALLS WITH J.SMITH RE PREP FOR HEARING ON MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 7,298.55 |
| 17140203 | 07/17/23 | | REVIEW MOTION FOR RELIEF FROM STAY AND MOTION TO DETERMINE THAT CASE IS A SARE CASE; EMAIL TO J.SMITH RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | .50 | 01578 | SBG | 286.88 | 7,585.43 |

```
*******************************************************************************Page2of(4)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND      DETAILED  BILLING REPORT      AS OF 10/30/2023 11:30:52 AM
                                    PROFORMA NUMBER: 1681822       LAST DATE BILLED
```

CLIENT105346          2524 41ST LLC
MATTER00004           LIFT STAY MOTIONS/CONTESTED MATTERS
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17142717 | 07/17/23 | | REVIEW LIFT STAY MOTON AND CONFER STEVE RE SAME | | | .60 | 01529 | BCS | 385.05 | 7,970.48 |
| 17146520 | 07/19/23 | | REVIEW BANKRUPTCY DOCKET AND LOCAL RULES AND UPDATE CRITICAL DATES (.4); PREPARE AUGUST 1 AGENDA (.4); EMAIL S. GERALD RE STATUS OF AGENDA AND BAR DATES (.1); EMAIL BANKRUPTCY COURT RE STATUS OF AGENDA (.2). | | | 1.10 | 01831 | CL | 388.03 | 8,358.51 |
| 17149631 | 07/19/23 | | CALL WITH J.SMITH AND B.STRICKLAND RE STRATEGY RE RESPONDING TO LIFT STAY MOTION | | | .40 | 01578 | SBG | 229.50 | 8,588.01 |
| 17149665 | 07/19/23 | | FOLLOW UP EMAILS FROM J.SMITH RE LIFT STAY / REFINANCE ISSUES | | | .20 | 01578 | SBG | 114.75 | 8,702.76 |
| 17148537 | 07/20/23 | | DISCUSS STRATEGY RE OBJECTION TO LIFT STAY WITH BCS | | | .20 | 01578 | SBG | 114.75 | 8,817.51 |
| 17149131 | 07/20/23 | | REVIEW CASES CITED IN MOTION FOR RELIEF AND BENIN TO FRAME OUT OBJECTIONS TO MOTION FOR RELIEF AND MOTION FOR SARE STATUS | | | .80 | 01578 | SBG | 459.00 | 9,276.51 |
| 17149592 | 07/20/23 | | PREPARE OBJECTION TO MOTION DEEM PROPERTY SARE; RESEARCH RE SAME | | | 1.20 | 01578 | SBG | 688.50 | 9,965.01 |
| 17153822 | 07/21/23 | | WORK ON OBJECTION TO MOTION FOR RELIEF FROM STAY | | | 1.80 | 01578 | SBG | 1,032.75 | 10,997.76 |
| 17155183 | 07/24/23 | | CONTINUE PREPARATION OF OBJECTION TO LIFT STAY MOTION | | | 1.60 | 01578 | SBG | 918.00 | 11,915.76 |
| 17159170 | 07/26/23 | | CONFER WITH B.STRICKLAND RE HEARING ON LIFT STAY; EMAILS RE CALL WITH J.SMITH RE SAME | | | .20 | 01578 | SBG | 114.75 | 12,030.51 |
| 17161877 | 07/27/23 | | UPDATE LIFT STAY OBJECTION; EMAILS RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | .30 | 01578 | SBG | 172.13 | 12,202.64 |
| 17163092 | 07/27/23 | | REIVEW LIFT STAY RESPONSE AND EMAILS CLIENT RE SAME | | | .80 | 01529 | BCS | 513.40 | 12,716.04 |
| 17169829 | 07/27/23 | | EMAILS WITH J.SMITH RE HEARING ON LIFT STAY; CONFER WITH B.STRICKLAND RE SAME | | | .20 | 01578 | SBG | 114.75 | 12,830.79 |

```
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND       WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
                                                   DETAILED  BILLING REPORT        AS OF 10/30/2023 11:30:52 AM
                                                   PROFORMA NUMBER: 1681822        LAST DATE BILLED
```

CLIENT105346          2524 41ST LLC
MATTER00004           LIFT STAY MOTIONS/CONTESTED MATTERS
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17166919 | 07/31/23 | | CONFER WITH B.STRICKLAND RE PREP FOR HEARING ON LIFT STAY/ SARE MOTION; FINALIZE OBJECTIONS THERETO | | | .50 | 01578 | SBG | 286.88 | 13,117.67 |
| 17167372 | 07/31/23 | | FINALIZE OBJECTIONS TO SARE MOTION AND LIFT STAY MOTION; REVIEW APPRIALSAL AND HEARING PREP | | | 2.50 | 01529 | BCS | 1,604.38 | 14,722.05 |
| 17168440 | 07/31/23 | | PREP FOR LIFT STAY AND SARE HEARING | | | 2.00 | 01529 | BCS | 1,283.50 | 16,005.55 |
| 17169684 | 07/31/23 | | CONFER WITH S. GERALD RE REVISED OBJECTION TO MOTION FOR RELIEF FROM STAY (.2); PREPARE, FILE, AND SERVE REVISED OBJECTION TO MOTION FOR RELIEF FROM STAY (.5). | | | .70 | 01831 | CL | 246.93 | 16,252.48 |
| 17169697 | 07/31/23 | | WORK WITH BCS ON FINALIZING OBJECTION TO SARE MOTION AND LIFT STAY MOTION / PREP FOR HEARING RE SAME | | | 1.70 | 01578 | SBG | 975.38 | 17,227.86 |
| 17175277 | 08/01/23 | | CALL WITH MAC ON HEARING AND LOAN ISSUE; PREP FOR AND HANDLE HEARING ON LIFT STAY AND SINGLE ASSET REAL ESTATE CASE; FOLLOW UP CALLS CLIENT AND STEVE | | | 3.50 | 01529 | BCS | 2,246.13 | 19,473.99 |
| 17195521 | 08/15/23 | | CONFER WITH B.STRICKLAND RE LIFT STAY HEARING AND STATUS | | | .20 | 01578 | SBG | 114.75 | 19,588.74 |
| 17205167 | 08/21/23 | | EMAILS RE HEARING ON LIFT STAY/ APPRAISAL AND PENDING OFFER TO BUY NOTE | | | .20 | 01578 | SBG | 114.75 | 19,703.49 |
| 17207547 | 08/22/23 | | PREPARE WITNESS AND EXHIBIT LIST FOR LIFT STAY HEARING; CONER WITH B.STRICKLAND RE SAME | | | .50 | 01578 | SBG | 286.88 | 19,990.37 |
| 17211183 | 08/23/23 | | CALL WITDH J.SMITH AND B.STRICKLAND RE PREP FOR LIFT STAY HEARING/ EXHIBIT LIST | | | .40 | 01578 | SBG | 229.50 | 20,219.87 |
| 17212131 | 08/23/23 | | CALL JAMIE RE LIFT STAY AND PLAN ISSUES; NOTE SALE AND OTHER CASE ISSUES | | | .80 | 01529 | BCS | 513.40 | 20,733.27 |
| 17213129 | 08/24/23 | | WORK ON EXHIBIT/WITNESS LIST; EMAILS RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | 1.20 | 01578 | SBG | 688.50 | 21,421.77 |

```
******************************************************************************Page4of(4)
                                WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT      AS OF 10/30/2023 11:30:52 AM
                                PROFORMA NUMBER: 1681822       LAST DATE BILLED
```

| CLIENT105346 | 2524 41ST LLC |
|---|---|
| MATTER00004 | LIFT STAY MOTIONS/CONTESTED MATTERS |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17213731 | 08/24/23 | | EMAILS ON EXHIBITS AND HEARING PREP AND REVIEW DOCS FOR FILING | | | .80 | 01529 | BCS | 513.40 | 21,935.17 |
| 17217756 | 08/27/23 | | HEARING PREP | | | 1.60 | 01529 | BCS | 1,026.80 | 22,961.97 |
| 17220135 | 08/28/23 | | HEARING PREP; EMAILS CLIENT AND MAC | | | 2.00 | 01529 | BCS | 1,283.50 | 24,245.47 |
| 17225323 | 08/29/23 | | LIFT STAY HEARING PREP AND CONSIDER PLAN ISSUES; REVIEW MOR FOR FILING | | | 1.80 | 01529 | BCS | 1,155.15 | 25,400.62 |
| 17225305 | 08/30/23 | | PREP FOR AND TRAVEL TO COURT FOR HEARINGS AND NEGOTIAITONS. | | | 6.00 | 01529 | BCS | 3,850.50 | 29,251.12 |

```
                                               49.00**TIME VALUE TOTAL**    29,251.12
                        --------------- ATTORNEY SUMMARY ---------------
                        Atty   Status          Attorney Name          Std Rt Avg Rt  Hours    Value  Last Entry
                        ------ --------------- ----------------------- ------ ------ ----- --------- ---------
                        01529  Partner         BRENT C. STRICKLAND     755.00 641.75 24.20 15,530.36  08/30/23
                        01578  Non Equity Part STEPHEN B. GERALD       675.00 573.75 22.50 12,909.42  08/24/23
                        01831  Paralegal       CHRISTOPHER LANO        415.00 352.76  2.30    811.34  07/31/23
                                                            TOTAL FEE VALUE           29,251.12

                        TOTAL FEES AND DISBURSEMENTS      29,251.12

                        UNALLOCATED CREDITS                     .00
```

```
=================================================================================================
START-TO-DATE FEES BILLED =        .00    YTD FEES BILLED =         .00   A/R BALANCE THIS MATTER =         .00
START-TO-DATE DISB BILLED =        .00    YTD DISB BILLED =         .00   ESCROW BALANCE         =          .00
=================================================================================================
```

```
*************************************************************************Page1of(1)
```

| | | |
|---|---|---|
| BILLING ATTORNEY: 01529  BRENT C. STRICKLAND | WHITEFORD, TAYLOR & PRESTON<br>DETAILED  BILLING REPORT<br>PROFORMA NUMBER: 1681823 | THRU 09/30/23<br>AS OF 10/30/2023 11:30:51 AM<br>LAST DATE BILLED |

```
CLIENT105346      2524 41ST LLC
MATTER00005       PROFESSIONALS
CASE ID
```

| INDEX<br>TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS<br>WORKED | TKPR<br>NO | TKPR<br>INIT. | TIME VALUE<br>THIS PERIOD | RUNNING<br>TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17012976 | 05/22/23 | | WORK ON WTP EMPLOYMENT APPLICATION | | | 2.50 | 01578 | SBG | 1,434.38 | 1,434.38 |
| 17016061 | 05/23/23 | | FINALIZE EMPLOYMENT APPLICATION | | | .30 | 01578 | SBG | 172.13 | 1,606.51 |
| 17060350 | 06/15/23 | | EMAILS WITH UST RE CHANGES TO WTP RETENTION ORDER<br>(.1); CONFER WITH C.LANO RE SAME (.2) | | | .30 | 01578 | SBG | 172.13 | 1,778.64 |
| 17060735 | 06/19/23 | | ADDRESS UST COMMENTS TO WTP RETENTION ORDER;<br>UPDATE ORDER AND COC; EMAIL TO J.LEMEY RE SAME | | | .20 | 01578 | SBG | 114.75 | 1,893.39 |
| 17075459 | 06/26/23 | | PREPARE AND SERVE WTP RETENTION ORDER. | | | .30 | 01831 | CL | 105.83 | 1,999.22 |
| 17075454 | 06/27/23 | | PREPARE AND FILE CERTIFICATE OF SERVICE OF WTP<br>RETENTION ORDER (.3); EMAIL BANKRUPTCY COURT<br>REQUESTING CANCELLING 7/10 HEARING (.1) | | | .40 | 01831 | CL | 141.10 | 2,140.32 |
| 17252156 | 09/13/23 | | CONFER WITH B.STRICKLAND RE NEED TO FILE FEE APP | | | .10 | 01578 | SBG | 57.38 | 2,197.70 |
| 17252934 | 09/13/23 | | WORK ON WTP FEE APPLICATION | | | 1.80 | 01578 | SBG | 1,032.75 | 3,230.45 |
| 17254197 | 09/14/23 | | WORK ON FEE APPLICATION | | | 1.50 | 01578 | SBG | 860.63 | 4,091.08 |

```
                                                     7.40**TIME VALUE TOTAL**    4,091.08
```

```
               --------------- ATTORNEY SUMMARY ---------------
          Atty   Status        Attorney Name              Std Rt Avg Rt  Hours     Value  Last Entry
          ----   ------        -------------              ------ ------  -----     -----  ----------
          01578  Non Equity Part STEPHEN B. GERALD        675.00 573.75   6.70   3,844.15  09/14/23
          01831  Paralegal      CHRISTOPHER LANO          415.00 352.76    .70     246.93  06/27/23
                                               TOTAL FEE VALUE                   4,091.08
```

```
          TOTAL FEES AND DISBURSEMENTS           4,091.08

          UNALLOCATED CREDITS                          .00
```

```
=============================================================================================
START-TO-DATE FEES BILLED =        .00    YTD FEES BILLED =       .00   A/R BALANCE THIS MATTER =       .00
START-TO-DATE DISB BILLED =        .00    YTD DISB BILLED =       .00   ESCROW BALANCE          =       .00
=============================================================================================
```