# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 2524 41st LLC, ) | Case No. 23-00188 (ELG) |
| ) | |
| Debtor. ) | |
| ) | |

## SERVICE LIST

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

1Sharpe Opportunity Intermediate Trust
8401 Greensboro Drive
Suite 960
McLean, VA 22102

Bennuci Financial Group LLC
4237 Spring Island
Okatie, SC 29909

District of Columbia
Dept. of Building
1100 4th St SW
Washington, DC 20024-4451

Nicholas Jung/NSJ LLC
2819 Bargate Ct
Crofton, MD 21114

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

WCP Fund I LLC as Servicer for
1Sharpe Opportunity Intermediate Trust
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

1Sharpe Opportunity Intermediate Trust
c/o Maurice B. VerStandig, Esq.
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

WCP Fund I LLC
c/o Maurice B. VerStandig, Esq.
The VerStanding Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

1Sharpe Opportunity Intermediate Trust
c/o Russell S. Drazin, Esq.
Pardo Drazin LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015-2089

DC Government Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013-0520

District of Columbia Office of Tax-Rev
1101 4th St SW
Washington, DC 20024-4457

Odeh Properties
12839 Rose Grove Dr
Herndon, VA 20171

Securities & Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−5520

2524 41st LLC
44050 Ashburn Shopping Plz
Suite 195-637
Ashburn, VA 20147-7915

Arcill Engineering
929 West Broad St
#249
Falls Church, VA 22046

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

WCP Fund I LLC
c/o Russell S. Drazin, Esq.
Pardo Drazin LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015-2089

2