# EXHIBIT B

```
****************************************************************************************Page3of(5)
                                          WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT     AS OF 10/30/2023 2:36:49 PM
                                          PROFORMA NUMBER: 1681820          LAST DATE BILLED
```

| CLIENT105346 | 2524 41ST LLC |
|---|---|
| MATTER00002 | GENERAL CASE ADMINISTRATION |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17091755 | 07/05/23 | | REVISE 7/10 AGENDA (.3); PREPARE AND ORGANIZE 7/10 HEARING BINDER FOR BANKRUPTCY COURT (.5). | | | .80 | 01831 | CL | 282.20 | 6,566.32 |
| 17091754 | 07/06/23 | | CONFER WITH BANKRUPTCY COURT AND S. GERALD RE 7/10 HEARING (.1); PREPARE AND FILE 7/10 AGENDA (.4); PREPARE AND SERVE 7/10 AGENDA (.4) | | | .90 | 01831 | CL | 317.48 | 6,883.80 |
| 17148507 | 07/19/23 | | CALL WITH CLIENT | | | .40 | 01529 | BCS | 256.70 | 7,140.50 |
| 17160870 | 07/26/23 | | CALL WITH CLIENT AND STEVE | | | .40 | 01529 | BCS | 256.70 | 7,397.20 |
| 17169711 | 07/31/23 | | EMAILS RE POTENTAIL LENDER | | | .20 | 01578 | SBG | 114.75 | 7,511.95 |
| 17179991 | 08/04/23 | | EMAILS ON SETTLEMENT | | | .20 | 01529 | BCS | 128.35 | 7,640.30 |
| 17192392 | 08/04/23 | | EMAILS RE STATUS OF NOTE PURCHASE AGREEMENTS | | | .10 | 01578 | SBG | 57.38 | 7,697.68 |
| 17193127 | 08/14/23 | | CONFER WITH B.STRICKLAND RE STATUS OF EFFORTS TO SELL NOTE AND RELATED ISSUES | | | .10 | 01578 | SBG | 57.38 | 7,755.06 |
| 17227551 | 08/31/23 | | CONSIDER STRATEGY TO FORCE WCP SETTLEMENT | | | .70 | 01529 | BCS | 449.23 | 8,204.29 |
| 17239524 | 09/01/23 | | CONSIDER FOLLOW UP STRATEGY ON NOTE SALE FORCED ATTENTION | | | 1.50 | 01529 | BCS | 962.63 | 9,166.92 |

```
                                                               19.50**TIME VALUE TOTAL**       9,166.92
```

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 14 | | | POSTAGE | 4.23 |
| | | | 10 | | | PHOTOCOPIES | 89.82 |
| | | | 94 | | | PACER SERVICE | 29.50 |
| | | | 06 | | | FEDERAL EXPRESS | 335.23 |

```
************************************************************************************Page4of(5)
                                        WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529   BRENT C. STRICKLAND   DETAILED   BILLING REPORT    AS OF 10/30/2023 2:36:49 PM
                                        PROFORMA NUMBER: 1681820           LAST DATE BILLED


CLIENT105346              2524 41ST LLC
MATTER00002               GENERAL CASE ADMINISTRATION
CASE ID


INDEX      DATE      REFER-#   CODE    CTRL-#   TKPR                                              AMOUNT
_____    _____   _____   ____    _____   _____                                           _____
                               110              COLOR PHOTOCOPIES                                         196.00

14357979  09/07/23             43               01529   RELIABLE WILMINGTON - HOURLY TRANSCRIPT -   224.75
                                                        ORIGINAL (31 PAGES @ $7.25/PG) / CUSTOMER
                                                        ID: DEC0521 / ORDER NO. WL112354
                                    *43         TRANSCRIPTS/DEPOSITIONS                                   224.75

14357980  09/29/23             87               01529   BRENT STRICKLAND - 8/30/23 - PARKING FOR    10.00
                                                        COURT
                                    *87         PARKING FOR COURT                                          10.00

14357995  05/16/23             41               01529   DINERS CLUB - FILING FEE - DE BANKRUPTCY  1,738.00
                                                        COURT - TI:M6
                                    *41         FILING FEE                                              1,738.00

14357991  07/14/23             101              01529   DLS DISCOVERY - COURIER EXPENSE ON 7/14/23   25.00
                                    *101        COURIER EXPENSE                                            25.00

                                                *TOTAL DISBURSEMENTS*        2,652.53


-------- DISBURSEMENT SUMMARY ---------              --------------- ATTORNEY SUMMARY ---------------
Code  Description              Amount    Atty    Status          Attorney Name            Std Rt  Avg Rt  Hours    Value  Last Entry
----  -----------              ------    ----    ------          -------------            ------  ------  -----    -----  ----------
06    FEDERAL EXPRESS          335.23    01529   Partner         BRENT C. STRICKLAND      755.00  641.75   4.40  2,823.72  09/01/23
10    PHOTOCOPIES               89.82    01578   Non Equity Part STEPHEN B. GERALD        675.00  573.76   4.60  2,639.30  08/14/23
101   COURIER EXPENSE           25.00    01831   Paralegal       CHRISTOPHER LANO         415.00  352.75  10.50  3,703.90  07/06/23
110   COLOR PHOTOCOPIES        196.00                                                    TOTAL FEE VALUE          9,166.92
14    POSTAGE                    4.23
41    FILING FEE             1,738.00
43    TRANSCRIPTS/DEPOSITI     224.75
87    PARKING FOR COURT         10.00
94    PACER SERVICE             29.50
      TOTAL DISBURSEMENTS    2,652.53
```