**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2524 41st LLC, | ) | Case No. 23-00188 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION
FOR ORDER AUTHORIZING DISMISSAL OF BANKRUPTCY CASE**

     **PLEASE TAKE NOTICE** that on November 1, 2023, 2524 41st LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned bankruptcy case, filed its *Motion for Order Authorizing Dismissal of Bankruptcy Case* (the "Motion"), seeking the entry of an order dismissing the above-captioned bankruptcy case and authorizing the distribution of the Debtor's remaining assets in accordance with the Bankruptcy Code's priority scheme. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     **PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the relief sought in the Motion, then you or your attorney must file with the Court a written objection to the relief sought in the Motion on or before **November 15, 2023**. All objections must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to undersigned counsel for the Debtor. **IF YOU FAIL TO FILE A TIMELY**

Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

**OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR A HEARING.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief without further notice. Parties-in-interest with questions may contact the undersigned.

Dated: November 1, 2023             Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I caused a copy of the foregoing Notice to be served via the Court's Electronic Case Filing System on all parties requesting notice thereby, and by first-class mail on the parties on the attached Service List.

*/s/ Brent C. Strickland*
Brent C. Strickland