**<u>Exhibit A</u>**

**<u>Exhibit A</u>**

```
*****************************************************************************************Page1of(4)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT  AS OF 11/8/2023 1:56:33 PM
                                         PROFORMA NUMBER: 1692053        LAST DATE BILLED 11/08/23


CLIENT 105346            2524 41ST LLC                  ADDRESS: 2524 41ST LLC
MATTER 00002             GENERAL CASE ADMINISTRATION             C/O JAMES SMITH
CASE ID                                                          JAMIE@AVAMEREDEVELOPMENT.COM
INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17030002 | 05/16/23 | | PREPARE, FILE, AND SERVE PETITION PACKET (.9); PREPARE, FILE, AND SERVE 5/18 STATUS CONFERENCE AGENDA AND HEARING BINDER (1.6); COORDINATE S. GERALD'S 5/18 HEARING APPEARANCE (.1); UPDATE CRITICAL DATES (.1). | | | 2.70 | 01831 | CL | 952.43 | 952.43 |
| 17004747 | 05/17/23 | | CALL WITH UST RE FILING; CONFER WITH BCS RE SAME | | | .20 | 01578 | SBG | 114.75 | 1,067.18 |
| 17007446 | 05/17/23 | | CALL WITH ATTORNEY FOR WCP | | | .50 | 01529 | BCS | 320.88 | 1,388.06 |
| 17007466 | 05/17/23 | | CALL WITH UST RE STATUS OF FILING/STATUS | | | .30 | 01578 | SBG | 172.13 | 1,560.19 |
| 17007470 | 05/17/23 | | CALL WITH JAMIE AND BRENT - PREP FOR STATUS CONFERENCE | | | .40 | 01578 | SBG | 229.50 | 1,789.69 |
| 17009856 | 05/18/23 | | CALL WITH UST RE STATUS | | | .20 | 01578 | SBG | 114.75 | 1,904.44 |
| 17009857 | 05/18/23 | | ATTEND STATUS CONFERENCE RE CASE | | | .50 | 01578 | SBG | 286.88 | 2,191.32 |
| 17009898 | 05/18/23 | | REVIEW REQUESTS FOR INFO FROM UST | | | .30 | 01578 | SBG | 172.13 | 2,363.45 |
| 17013688 | 05/22/23 | | CONFER SETEVE RE STATUS | | | .30 | 01529 | BCS | 192.53 | 2,555.98 |
| 17015988 | 05/23/23 | | CONFERENCE CALL WITH S. GERALD AND J. SMITH RE SCHEDULES AND STATEMENTS (.6); CONFER WITH S. GERALD RE WTP RETENTION APPLICATION (.1); REVIEW LR REGARDING RETENTION APPLICATIONS AND EMAIL S. GERALD RE SAME (.1); PREPARE SCHEDULE 1 TO RETENTION APPLICATION (.4); PREPARE 7/10 AGENDA (.4); UPDATE CRITICAL DATES (.1); REVISE SCHEDULES AND STATEMENTS (.4). | | | 2.10 | 01831 | CL | 740.78 | 3,296.76 |
| 17024208 | 05/26/23 | | REVIEW DRAFT NOTICE OF COMMENCEMENT; CONFER WITH C.LANO RE SAME; EMAILS RE SAME | | | .40 | 01578 | SBG | 229.50 | 3,526.26 |
| 17030063 | 05/26/23 | | PREPARE AND FILE CREDITORS MATRIX (.3); REVIEW DOCKET AND PREPARE NOTICE OF COMMENCEMENT AND NOTICE OF CONTINUED STATUS CONFERENCE AND EMAIL S. GERALD RE SAME (.7); CONFER WITH BANKRUPTCY COURT RE CREDITORS MATRIX, SERVICE GROUP, AND BAR DATE (.2); EMAIL J. LEAMY RE BAR DATE AND CONFER | | | 1.40 | 01831 | CL | 493.85 | 4,020.11 |

```
*******************************************************************************************Page2of(4)
                                            WHITEFORD, TAYLOR & PRESTON         THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT        AS OF 11/8/2023 1:56:33 PM
                                            PROFORMA NUMBER: 1692053            LAST DATE BILLED 11/08/23
```

| CLIENT 105346 | | 2524 41ST LLC | | | | | |
|---|---|---|---|---|---|---|---|
| MATTER 00002 | | GENERAL CASE ADMINISTRATION | | | | | |
| CASE ID | | | | | | | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | WITH S. GERALD RE SAME (.2) | | | | | | |
| 17026071 | 05/30/23 | | EMAILS RE INSURANCE ON PROPERTY | | .10 | 01578 | SBG | 57.38 | 4,077.49 |
| 17028223 | 05/31/23 | | CALL WITH J.SMITH AND BCS RE FINANCING OPTIONS | | .20 | 01578 | SBG | 114.75 | 4,192.24 |
| 17034193 | 06/01/23 | | CALL WITH BORDEN AND JAMIE RE FINANCING OPTION; FOLLOW UP EMAILS | | .30 | 01578 | SBG | 172.13 | 4,364.37 |
| 17034194 | 06/01/23 | | REVIEW DRAFT NOTICE OF COMMENCEMENT; CONFER WITH C.LANO RE SAME AND COORDINATE FILING | | .20 | 01578 | SBG | 114.75 | 4,479.12 |
| 17034195 | 06/01/23 | | EMAIL WITH UST RE INSURANCE CERT; REVIEW SAME | | .10 | 01578 | SBG | 57.38 | 4,536.50 |
| 17080503 | 06/01/23 | | CONFER WITH S. GERALD AND PREPARE AMENDED PETITION AND NOTICE OF COMMENCEMENT. | | .50 | 01831 | CL | 176.38 | 4,712.88 |
| 17036456 | 06/02/23 | | EMAILS WITH UST RE INSURANCE POLICY; REVIEW SAME | | .10 | 01578 | SBG | 57.38 | 4,770.26 |
| 17051973 | 06/13/23 | | PREPARE AND FILE 6/15 STATUS CONFERENCE AGENDA (.4); PREPARE AND ORGANIZE 6/15 BINDER FOR BANKRUPTCY COURT (.5); PREPARE AND SERVE AGENDA (.7). | | 1.60 | 01831 | CL | 564.40 | 5,334.66 |
| 17060377 | 06/13/23 | | REVIEW DRAFT AGENDA FOR STATUS CONFERENCE; CONFER WITH C.LANO RE SAME | | .20 | 01578 | SBG | 114.75 | 5,449.41 |
| 17060344 | 06/15/23 | | ATTEND STATUS CONFERENCE | | .30 | 01578 | SBG | 172.13 | 5,621.54 |
| 17060348 | 06/15/23 | | REVIEW FINANCIALS | | .20 | 01578 | SBG | 114.75 | 5,736.29 |
| 17064091 | 06/20/23 | | EMAILS KEEN RE STATUS AND EMAIL JAMIE | | .40 | 01529 | BCS | 256.70 | 5,992.99 |
| 17070333 | 06/23/23 | | REVISE 7/10 AGENDA. | | .30 | 01831 | CL | 105.83 | 6,098.82 |
| 17072894 | 06/26/23 | | EMAIL WITH J.SMITH RE FINANCING ISSUES; CONFER WITH B.STRICKLAND RE SAME | | .20 | 01578 | SBG | 114.75 | 6,213.57 |
| 17080469 | 06/28/23 | | EMAIL EXCHANGE WITH BANKRUPTCY COURT RE CANCELLATION OF 7/10 HEARING | | .20 | 01831 | CL | 70.55 | 6,284.12 |

```
*****************************************************************************************Page3of(4)
                                         WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT  AS OF 11/8/2023 1:56:33 PM
                                         PROFORMA NUMBER: 1692053         LAST DATE BILLED 11/08/23
```

| CLIENT 105346 | 2524 41ST LLC |
|---|---|
| MATTER 00002 | GENERAL CASE ADMINISTRATION |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17091755 | 07/05/23 | | REVISE 7/10 AGENDA (.3); PREPARE AND ORGANIZE 7/10 HEARING BINDER FOR BANKRUPTCY COURT (.5). | | | .80 | 01831 | CL | 282.20 | 6,566.32 |
| 17091754 | 07/06/23 | | CONFER WITH BANKRUPTCY COURT AND S. GERALD RE 7/10 HEARING (.1); PREPARE AND FILE 7/10 AGENDA (.4); PREPARE AND SERVE 7/10 AGENDA (.4) | | | .90 | 01831 | CL | 317.48 | 6,883.80 |
| 17148507 | 07/19/23 | | CALL WITH CLIENT | | | .40 | 01529 | BCS | 256.70 | 7,140.50 |
| 17160870 | 07/26/23 | | CALL WITH CLIENT AND STEVE | | | .40 | 01529 | BCS | 256.70 | 7,397.20 |
| 17169711 | 07/31/23 | | EMAILS RE POTENTAIL LENDER | | | .20 | 01578 | SBG | 114.75 | 7,511.95 |
| 17179991 | 08/04/23 | | EMAILS ON SETTLEMENT | | | .20 | 01529 | BCS | 128.35 | 7,640.30 |
| 17192392 | 08/04/23 | | EMAILS RE STATUS OF NOTE PURCHASE AGREEMENTS | | | .10 | 01578 | SBG | 57.38 | 7,697.68 |
| 17193127 | 08/14/23 | | CONFER WITH B.STRICKLAND RE STATUS OF EFFORTS TO SELL NOTE AND RELATED ISSUES | | | .10 | 01578 | SBG | 57.38 | 7,755.06 |
| 17227551 | 08/31/23 | | CONSIDER STRATEGY TO FORCE WCP SETTLEMENT | | | .70 | 01529 | BCS | 449.23 | 8,204.29 |
| 17239524 | 09/01/23 | | CONSIDER FOLLOW UP STRATEGY ON NOTE SALE FORCED ATTENTION | | | 1.50 | 01529 | BCS | 962.63 | 9,166.92 |

                                                             19.50**TIME VALUE TOTAL**        9,166.92

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 14 | | | POSTAGE | 4.86 |
| | | | 10 | | | PHOTOCOPIES | 89.82 |
| | | | 94 | | | PACER SERVICE | 39.70 |
| | | | 06 | | | FEDERAL EXPRESS | 335.23 |

```
*******************************************************************************Page4of(4)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT   AS OF 11/8/2023 1:56:33 PM
                                    PROFORMA NUMBER: 1692053           LAST DATE BILLED 11/08/23


CLIENT 105346            2524 41ST LLC
MATTER 00002             GENERAL CASE ADMINISTRATION
CASE ID


INDEX       DATE       REFER-#    CODE    CTRL-#   TKPR                                                    AMOUNT
_____     _____    _____    _____   _____   _____                                                  _____
                                  110              COLOR PHOTOCOPIES                                        196.00

14441442   09/07/23               43               01529   RELIABLE WILMINGTON - HOURLY TRANSCRIPT -        224.75
                                                           ORIGINAL (31 PAGES @ $7.25/PG) / CUSTOMER
                                                           ID: DEC0521 / ORDER NO. WL112354
                                  *43              TRANSCRIPTS/DEPOSITIONS                                 224.75

14441443   09/29/23               87               01529   BRENT STRICKLAND - 8/30/23 - PARKING FOR         10.00
                                                           COURT
                                  *87              PARKING FOR COURT                                       10.00

14441453   07/14/23               101              01529   DLS DISCOVERY - COURIER EXPENSE ON 7/14/23       25.00
                                  *101             COURIER EXPENSE                                         25.00

                                           *TOTAL DISBURSEMENTS*          925.36


-------- DISBURSEMENT SUMMARY ---------             --------------- ATTORNEY SUMMARY ---------------
Code  Description           Amount    Atty  Status           Attorney Name           Std Rt Avg Rt  Hours   Value  Last Entry
----  --------------------  --------  ----  ---------------  ---------------------   ------ ------- ------  ------ --------
06    FEDERAL EXPRESS        335.23   01529 Partner          BRENT C. STRICKLAND     755.00 641.75   4.40  2,823.72  09/01/23
10    PHOTOCOPIES             89.82   01578 Non Equity Part  STEPHEN B. GERALD       675.00 573.76   4.60  2,639.30  08/14/23
101   COURIER EXPENSE         25.00   01831 Paralegal        CHRISTOPHER LANO        415.00 352.75  10.50  3,703.90  07/06/23
110   COLOR PHOTOCOPIES      196.00                                            TOTAL FEE VALUE             9,166.92
14    POSTAGE                  4.86
43    TRANSCRIPTS/DEPOSITI   224.75
87    PARKING FOR COURT       10.00
94    PACER SERVICE           39.70
      TOTAL DISBURSEMENTS    925.36

                                     TOTAL FEES AND DISBURSEMENTS        10,092.28

                                     UNALLOCATED CREDITS                       .00

==================================================================================================
START-TO-DATE FEES BILLED =           .00    YTD FEES BILLED =          .00   A/R BALANCE THIS MATTER =  1,738.00
START-TO-DATE DISB BILLED =      1,738.00    YTD DISB BILLED =     1,738.00   ESCROW BALANCE          =       .00
==================================================================================================
```

```
***************************************************************************************************Page1of(3)
                                         WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND      DETAILED  BILLING REPORT      AS OF 11/8/2023 1:46:23 PM
                                         PROFORMA NUMBER: 1692056          LAST DATE BILLED


CLIENT 105346           2524 41ST LLC                    ADDRESS: 2524 41ST LLC
MATTER 00003            SCHEDULES/OPERATING REPORTS/341           C/O JAMES SMITH
CASE ID                                                           JAMIE@AVAMEREDEVELOPMENT.COM
INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17010335 | 05/19/23 | | PREPARE SCHEDULES AND STATEMENTS, AND STATEMENT OF FINANCIAL AFFAIRS; CONFER WITH S. GERALD AND K. MCCRUDEN RE SAME. | | | 1.30 | 01831 | CL | 458.58 | 458.58 |
| 17011411 | 05/22/23 | | EMAILS/CALL W C.LANO RE DOCS FOR IDI AND SCHEDULES | | | .20 | 01578 | SBG | 114.75 | 573.33 |
| 17016083 | 05/23/23 | | CALL WITH J.SMITH AND C.LANO RE DOCS FOR IDI AND SCHEDULE /SOFA PREP | | | 1.00 | 01578 | SBG | 573.75 | 1,147.08 |
| 17016124 | 05/23/23 | | EMAILS RE SCHEDULING OF 341 | | | .10 | 01578 | SBG | 57.38 | 1,204.46 |
| 17017006 | 05/24/23 | | EMAILS RE DOCS FOR IDI | | | .20 | 01578 | SBG | 114.75 | 1,319.21 |
| 17019257 | 05/25/23 | | CALL WITH UST RE IDI DOCS | | | .20 | 01578 | SBG | 114.75 | 1,433.96 |
| 17024602 | 05/26/23 | | EMAILS RE SCHEDULES/SOFA | | | .20 | 01578 | SBG | 114.75 | 1,548.71 |
| 17024175 | 05/27/23 | | EMAILS RE SCHEDULE/SOFA PREP | | | .30 | 01578 | SBG | 172.13 | 1,720.84 |
| 17024035 | 05/29/23 | | EMAILS RE SCHEDULES/SOFA | | | .50 | 01578 | SBG | 286.88 | 2,007.72 |
| 17024033 | 05/30/23 | | EMAILS RE STATUS OF SCHEDULES/SOFA; CONFER WITH C.LANO RE SAME | | | .30 | 01578 | SBG | 172.13 | 2,179.85 |
| 17026063 | 05/30/23 | | REVIEW DRAFT SCHEDULES AND STATEMENTS WITH C.LANO AND MAKE CHANGES | | | .30 | 01578 | SBG | 172.13 | 2,351.98 |
| 17026064 | 05/30/23 | | REVIEW FURTHER DRAFT OF SCHEDULES AND SOFA | | | .30 | 01578 | SBG | 172.13 | 2,524.11 |
| 17026313 | 05/30/23 | | FINAL REVIEW OF SCHEDULES; CALL WITH C.LANO | | | .50 | 01578 | SBG | 286.88 | 2,810.99 |
| 17030154 | 05/30/23 | | CONFER WITH S. GERALD AND PREPARE AND FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | | | 2.70 | 01831 | CL | 952.43 | 3,763.42 |
| 17028038 | 05/31/23 | | ATTEND IDI | | | .50 | 01578 | SBG | 286.88 | 4,050.30 |
| 17049339 | 06/12/23 | | PREP CALL WITH J.SMITH RE MEETING OF CREDITORS | | | .40 | 01578 | SBG | 229.50 | 4,279.80 |
| 17062544 | 06/20/23 | | WORK ON MOR | | | 1.50 | 01578 | SBG | 860.63 | 5,140.43 |

```
*******************************************************************************************Page 2 of (3)
                                    WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        DETAILED  BILLING REPORT       AS OF 11/8/2023 1:46:23 PM
                                    PROFORMA NUMBER: 1692056          LAST DATE BILLED
```

| CLIENT 105346 | 2524 41ST LLC |
|---|---|
| MATTER 00003 | SCHEDULES/OPERATING REPORTS/341 |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17062899 | 06/20/23 | | CALL WITH J.SMITH AND C.LANO RE PREP OF MOR | | | .50 | 01578 | SBG | 286.88 | 5,427.31 |
| 17064962 | 06/21/23 | | FINALIZE MOR (.2); EMAILS RE SAME (.2) | | | .40 | 01578 | SBG | 229.50 | 5,656.81 |
| 17067142 | 06/21/23 | | PREPARE AND FILE MOR (.3); PREPARE AND EMAIL UST FILED MOR (.1). | | | .40 | 01831 | CL | 141.10 | 5,797.91 |
| 17085581 | 06/21/23 | | REVIEW AND REVISE DRAFT MOR | | | .80 | 01578 | SBG | 459.00 | 6,256.91 |
| 17085582 | 06/21/23 | | EMAIL TO UST RE FINANCIALS | | | .10 | 01578 | SBG | 57.38 | 6,314.29 |
| 17085125 | 06/23/23 | | ATTEND MEETING OF CREDITORS | | | 1.00 | 01578 | SBG | 573.75 | 6,888.04 |
| 17200782 | 08/17/23 | | CONFER WITH C.LANO RE PREP OF MOR | | | .10 | 01578 | SBG | 57.38 | 6,945.42 |
| 17205310 | 08/21/23 | | EMAILS RE STATUS OF MOR | | | .10 | 01578 | SBG | 57.38 | 7,002.80 |
| 17206164 | 08/21/23 | | EMAIL J. SMITH RE FOLLOW UP ON BANK STATEMENT (.1); PREPARE DRAFT OF MONTHLY OPERATING REPORT (.4); EMAIL S. GERALD RE STATUS OF MOR (.1). | | | .60 | 01831 | CL | 211.65 | 7,214.45 |
| 17208657 | 08/22/23 | | EMAILS RE STATUS OF MOR | | | .10 | 01578 | SBG | 57.38 | 7,271.83 |
| 17220851 | 08/29/23 | | REVIEW MOR AND REVISE; EMAILS RE SAME | | | .30 | 01578 | SBG | 172.13 | 7,443.96 |

```
                                                              14.90**TIME VALUE TOTAL**    7,443.96
                       --------------- ATTORNEY SUMMARY ---------------
          Atty    Status            Attorney Name               Std Rt   Avg Rt   Hours    Value    Last Entry
          ------  ----------------  -------------------------   -------  ------  -------  --------  ----------
          01578   Non Equity Part   STEPHEN B. GERALD            675.00  573.76    9.90   5,680.20  08/29/23
          01831   Paralegal         CHRISTOPHER LANO             415.00  352.75    5.00   1,763.76  08/21/23
                                                                    TOTAL FEE VALUE        7,443.96
```

```
********************************************************************************************Page3of(3)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED   BILLING REPORT   AS OF 11/8/2023 1:46:23 PM
                                          PROFORMA NUMBER: 1692056         LAST DATE BILLED
_____
CLIENT 105346            2524 41ST LLC
MATTER 00003             SCHEDULES/OPERATING REPORTS/341
CASE ID
_____
                                    TOTAL FEES AND DISBURSEMENTS        7,443.96

                                    UNALLOCATED CREDITS                      .00

========================================================================================================
START-TO-DATE FEES BILLED =              .00    YTD FEES BILLED =        .00    A/R BALANCE THIS MATTER =        .00
START-TO-DATE DISB BILLED =              .00    YTD DISB BILLED =        .00    ESCROW BALANCE           =       .00
========================================================================================================
```

```
*****************************************************************************************Page1of(4)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND      DETAILED  BILLING REPORT   AS OF 11/8/2023 1:46:24 PM
                                      PROFORMA NUMBER: 1692057              LAST DATE BILLED
```

CLIENT 105346            2524 41ST LLC                               ADDRESS: 2524 41ST LLC
MATTER 00004             LIFT STAY MOTIONS/CONTESTED MATTERS                  C/O JAMES SMITH
CASE ID                                                                       JAMIE@AVAMEREDEVELOPMENT.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17011943 | 05/18/23 | | CONFER STEVE ON STATUS HEARING AND CONVERSATIONS WITH UST | | | .60 | 01529 | BCS | 385.05 | 385.05 |
| 17041402 | 06/06/23 | | CONFER STEVE RE VENUE TRANSFER ISSUES AND EMAILS RE SAME | | | .60 | 01529 | BCS | 385.05 | 770.10 |
| 17060451 | 06/06/23 | | EMAILS ABOUT MOTION TO TRANSFER VENUE; REVIEW SAME | | | .50 | 01578 | SBG | 286.88 | 1,056.98 |
| 17060409 | 06/07/23 | | EMAILS RE MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 1,171.73 |
| 17049365 | 06/12/23 | | WORK ON OBJECTION TO MOTION TO TRANSFER VENUE | | | 2.10 | 01578 | SBG | 1,204.88 | 2,376.61 |
| 17055897 | 06/13/23 | | CONFER STEVE ON VENUE ISSUES. | | | .60 | 01529 | BCS | 385.05 | 2,761.66 |
| 17061075 | 06/19/23 | | WORK ON OBJETION TO MOTION TO TRANSFER VENUE | | | 4.50 | 01578 | SBG | 2,581.88 | 5,343.54 |
| 17067143 | 06/22/23 | | PREPARE CERT. OF SERVICE TO OBJECTION TO MOTION TO TRANSFER VENUE | | | .20 | 01831 | CL | 70.55 | 5,414.09 |
| 17085573 | 06/22/23 | | REVISE OBJECTION TO MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 5,528.84 |
| 17070264 | 06/23/23 | | PREPARE, FILE, AND SERVE OBJECTION TO MOTION TO TRANSFER VENUE | | | .30 | 01831 | CL | 105.83 | 5,634.67 |
| 17085126 | 06/23/23 | | FINALIZE OBJECTION TO MOTION TO TRANSFER VENUE; COORDINATE FILING | | | .50 | 01578 | SBG | 286.88 | 5,921.55 |
| 17092610 | 07/06/23 | | REVIEW AGENDA FOR HEARING ON MOTION TO TRANSFER VENUE; COORDINATE WITH C.LANO RE SAME | | | .20 | 01578 | SBG | 114.75 | 6,036.30 |
| 17096444 | 07/10/23 | | PREPARE FOR HEARING ON MOTION TO TRANSFER VENUE | | | 1.20 | 01578 | SBG | 688.50 | 6,724.80 |
| 17096445 | 07/10/23 | | ATTEND HEARING ON MOTION TO TRANSFER VENUE | | | .80 | 01578 | SBG | 459.00 | 7,183.80 |
| 17096448 | 07/10/23 | | CALLS WITH J.SMITH RE PREP FOR HEARING ON MOTION TO TRANSFER VENUE | | | .20 | 01578 | SBG | 114.75 | 7,298.55 |
| 17140203 | 07/17/23 | | REVIEW MOTION FOR RELIEF FROM STAY AND MOTION TO DETERMINE THAT CASE IS A SARE CASE; EMAIL TO J.SMITH RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | .50 | 01578 | SBG | 286.88 | 7,585.43 |

```
*****************************************************************************************Page2of(4)
                                       WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED BILLING REPORT   AS OF 11/8/2023 1:46:24 PM
                                       PROFORMA NUMBER: 1692057       LAST DATE BILLED
```

| CLIENT 105346 | 2524 41ST LLC |
|---|---|
| MATTER 00004 | LIFT STAY MOTIONS/CONTESTED MATTERS |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17142717 | 07/17/23 | | REVIEW LIFT STAY MOTON AND CONFER STEVE RE SAME | | | .60 | 01529 | BCS | 385.05 | 7,970.48 |
| 17146520 | 07/19/23 | | REVIEW BANKRUPTCY DOCKET AND LOCAL RULES AND UPDATE CRITICAL DATES (.4); PREPARE AUGUST 1 AGENDA (.4); EMAIL S. GERALD RE STATUS OF AGENDA AND BAR DATES (.1); EMAIL BANKRUPTCY COURT RE STATUS OF AGENDA (.2). | | | 1.10 | 01831 | CL | 388.03 | 8,358.51 |
| 17149631 | 07/19/23 | | CALL WITH J.SMITH AND B.STRICKLAND RE STRATEGY RE RESPONDING TO LIFT STAY MOTION | | | .40 | 01578 | SBG | 229.50 | 8,588.01 |
| 17149665 | 07/19/23 | | FOLLOW UP EMAILS FROM J.SMITH RE LIFT STAY / REFINANCE ISSUES | | | .20 | 01578 | SBG | 114.75 | 8,702.76 |
| 17148537 | 07/20/23 | | DISCUSS STRATEGY RE OBJECTION TO LIFT STAY WITH BCS | | | .20 | 01578 | SBG | 114.75 | 8,817.51 |
| 17149131 | 07/20/23 | | REVIEW CASES CITED IN MOTION FOR RELIEF AND BENIN TO FRAME OUT OBJECTIONS TO MOTION FOR RELIEF AND MOTION FOR SARE STATUS | | | .80 | 01578 | SBG | 459.00 | 9,276.51 |
| 17149592 | 07/20/23 | | PREPARE OBJECTION TO MOTION DEEM PROPERTY SARE; RESEARCH RE SAME | | | 1.20 | 01578 | SBG | 688.50 | 9,965.01 |
| 17153822 | 07/21/23 | | WORK ON OBJECTION TO MOTION FOR RELIEF FROM STAY | | | 1.80 | 01578 | SBG | 1,032.75 | 10,997.76 |
| 17155183 | 07/24/23 | | CONTINUE PREPARATION OF OBJECTION TO LIFT STAY MOTION | | | 1.60 | 01578 | SBG | 918.00 | 11,915.76 |
| 17159170 | 07/26/23 | | CONFER WITH B.STRICKLAND RE HEARING ON LIFT STAY; EMAILS RE CALL WITH J.SMITH RE SAME | | | .20 | 01578 | SBG | 114.75 | 12,030.51 |
| 17161877 | 07/27/23 | | UPDATE LIFT STAY OBJECTION; EMAILS RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | .30 | 01578 | SBG | 172.13 | 12,202.64 |
| 17163092 | 07/27/23 | | REIVEW LIFT STAY RESPONSE AND EMAILS CLIENT RE SAME | | | .80 | 01529 | BCS | 513.40 | 12,716.04 |
| 17169829 | 07/27/23 | | EMAILS WITH J.SMITH RE HEARING ON LIFT STAY; CONFER WITH B.STRICKLAND RE SAME | | | .20 | 01578 | SBG | 114.75 | 12,830.79 |

```
*****************************************************************************************Page 3 of (4)
                                       WHITEFORD, TAYLOR & PRESTON          THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        DETAILED  BILLING REPORT        AS OF 11/8/2023 1:46:24 PM
                                       PROFORMA NUMBER: 1692057         LAST DATE BILLED
```

CLIENT 105346              2524 41ST LLC
MATTER 00004               LIFT STAY MOTIONS/CONTESTED MATTERS
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17166919 | 07/31/23 | | CONFER WITH B.STRICKLAND RE PREP FOR HEARING ON LIFT STAY/ SARE MOTION; FINALIZE OBJECTIONS THERETO | | | .50 | 01578 | SBG | 286.88 | 13,117.67 |
| 17167372 | 07/31/23 | | FINALIZE OBJECTIONS TO SARE MOTION AND LIFT STAY MOTION; REVIEW APPRIALSAL AND HEARING PREP | | | 2.50 | 01529 | BCS | 1,604.38 | 14,722.05 |
| 17168440 | 07/31/23 | | PREP FOR LIFT STAY AND SARE HEARING | | | 2.00 | 01529 | BCS | 1,283.50 | 16,005.55 |
| 17169684 | 07/31/23 | | CONFER WITH S. GERALD RE REVISED OBJECTION TO MOTION FOR RELIEF FROM STAY (.2); PREPARE, FILE, AND SERVE REVISED OBJECTION TO MOTION FOR RELIEF FROM STAY (.5). | | | .70 | 01831 | CL | 246.93 | 16,252.48 |
| 17169697 | 07/31/23 | | WORK WITH BCS ON FINALIZING OBJECTION TO SARE MOTION AND LIFT STAY MOTION / PREP FOR HEARING RE SAME | | | 1.70 | 01578 | SBG | 975.38 | 17,227.86 |
| 17175277 | 08/01/23 | | CALL WITH MAC ON HEARING AND LOAN ISSUE; PREP FOR AND HANDLE HEARING ON LIFT STAY AND SINGLE ASSET REAL ESTATE CASE; FOLLOW UP CALLS CLIENT AND STEVE | | | 3.50 | 01529 | BCS | 2,246.13 | 19,473.99 |
| 17195521 | 08/15/23 | | CONFER WITH B.STRICKLAND RE LIFT STAY HEARING AND STATUS | | | .20 | 01578 | SBG | 114.75 | 19,588.74 |
| 17205167 | 08/21/23 | | EMAILS RE HEARING ON LIFT STAY/ APPRAISAL AND PENDING OFFER TO BUY NOTE | | | .20 | 01578 | SBG | 114.75 | 19,703.49 |
| 17207547 | 08/22/23 | | PREPARE WITNESS AND EXHIBIT LIST FOR LIFT STAY HEARING; CONER WITH B.STRICKLAND RE SAME | | | .50 | 01578 | SBG | 286.88 | 19,990.37 |
| 17211183 | 08/23/23 | | CALL WITDH J.SMITH AND B.STRICKLAND RE PREP FOR LIFT STAY HEARING/ EXHIBIT LIST | | | .40 | 01578 | SBG | 229.50 | 20,219.87 |
| 17212131 | 08/23/23 | | CALL JAMIE RE LIFT STAY AND PLAN ISSUES; NOTE SALE AND OTHER CASE ISSUES | | | .80 | 01529 | BCS | 513.40 | 20,733.27 |
| 17213129 | 08/24/23 | | WORK ON EXHIBIT/WITNESS LIST; EMAILS RE SAME; CONFER WITH B.STRICKLAND RE SAME | | | 1.20 | 01578 | SBG | 688.50 | 21,421.77 |

```
*************************************************************************************************Page4of(4)
                                        WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT   AS OF 11/8/2023 1:46:24 PM
                                        PROFORMA NUMBER: 1692057          LAST DATE BILLED
```

| CLIENT 105346 | 2524 41ST LLC |
|---|---|
| MATTER 00004 | LIFT STAY MOTIONS/CONTESTED MATTERS |
| CASE ID | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17213731 | 08/24/23 | | EMAILS ON EXHIBITS AND HEARING PREP AND REVIEW DOCS FOR FILING | | | .80 | 01529 | BCS | 513.40 | 21,935.17 |
| 17217756 | 08/27/23 | | HEARING PREP | | | 1.60 | 01529 | BCS | 1,026.80 | 22,961.97 |
| 17220135 | 08/28/23 | | HEARING PREP; EMAILS CLIENT AND MAC | | | 2.00 | 01529 | BCS | 1,283.50 | 24,245.47 |
| 17225323 | 08/29/23 | | LIFT STAY HEARING PREP AND CONSIDER PLAN ISSUES; REVIEW MOR FOR FILING | | | 1.80 | 01529 | BCS | 1,155.15 | 25,400.62 |
| 17225305 | 08/30/23 | | PREP FOR AND TRAVEL TO COURT FOR HEARINGS AND NEGOTIAITONS. | | | 6.00 | 01529 | BCS | 3,850.50 | 29,251.12 |

```
                                                      49.00**TIME VALUE TOTAL**        29,251.12
                   --------------- ATTORNEY SUMMARY ---------------
                   Atty    Status            Attorney Name          Std Rt  Avg Rt  Hours     Value  Last Entry
                   ------  ----------------  ---------------------  ------  ------  ------  ---------  ---------
                   01529   Partner           BRENT C. STRICKLAND    755.00  641.75   24.20  15,530.36  08/30/23
                   01578   Non Equity Part   STEPHEN B. GERALD      675.00  573.75   22.50  12,909.42  08/24/23
                   01831   Paralegal         CHRISTOPHER LANO       415.00  352.76    2.30     811.34  07/31/23
                                                          TOTAL FEE VALUE            29,251.12

        TOTAL FEES AND DISBURSEMENTS         29,251.12

        UNALLOCATED CREDITS                        .00
================================================================================================================
START-TO-DATE FEES BILLED =          .00   YTD FEES BILLED =           .00   A/R BALANCE THIS MATTER =         .00
START-TO-DATE DISB BILLED =          .00   YTD DISB BILLED =           .00   ESCROW BALANCE          =         .00
================================================================================================================
```

```
****************************************************************************************Page1of(1)
                                  WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND       DETAILED  BILLING REPORT     AS OF 11/8/2023 1:47:09 PM
                                    PROFORMA NUMBER: 1692058         LAST DATE BILLED

CLIENT 105346           2524 41ST LLC                ADDRESS: 2524 41ST LLC
MATTER 00005            PROFESSIONALS                         C/O JAMES SMITH
CASE ID                                                       JAMIE@AVAMEREDEVELOPMENT.COM
INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| TEST |  |  |  |  |  |  |  |  |  |  |
| 17012976 | 05/22/23 |  | WORK ON WTP EMPLOYMENT APPLICATION |  |  | 2.50 | 01578 | SBG | 1,434.38 | 1,434.38 |
| 17016061 | 05/23/23 |  | FINALIZE EMPLOYMENT APPLICATION |  |  | .30 | 01578 | SBG | 172.13 | 1,606.51 |
| 17060350 | 06/15/23 |  | EMAILS WITH UST RE CHANGES TO WTP RETENTION ORDER (.1); CONFER WITH C.LANO RE SAME (.2) |  |  | .30 | 01578 | SBG | 172.13 | 1,778.64 |
| 17060735 | 06/19/23 |  | ADDRESS UST COMMENTS TO WTP RETENTION ORDER; UPDATE ORDER AND COC; EMAIL TO J.LEMEY RE SAME |  |  | .20 | 01578 | SBG | 114.75 | 1,893.39 |
| 17075459 | 06/26/23 |  | PREPARE AND SERVE WTP RETENTION ORDER. |  |  | .30 | 01831 | CL | 105.83 | 1,999.22 |
| 17075454 | 06/27/23 |  | PREPARE AND FILE CERTIFICATE OF SERVICE OF WTP RETENTION ORDER (.3); EMAIL BANKRUPTCY COURT REQUESTING CANCELLING 7/10 HEARING (.1) |  |  | .40 | 01831 | CL | 141.10 | 2,140.32 |
| 17252156 | 09/13/23 |  | CONFER WITH B.STRICKLAND RE NEED TO FILE FEE APP |  |  | .10 | 01578 | SBG | 57.38 | 2,197.70 |
| 17252934 | 09/13/23 |  | WORK ON WTP FEE APPLICATION |  |  | 1.80 | 01578 | SBG | 1,032.75 | 3,230.45 |
| 17254197 | 09/14/23 |  | WORK ON FEE APPLICATION |  |  | 1.50 | 01578 | SBG | 860.63 | 4,091.08 |

```
                                                                  7.40**TIME VALUE TOTAL**      4,091.08
                           --------------- ATTORNEY SUMMARY ---------------
                  Atty   Status            Attorney Name             Std Rt  Avg Rt  Hours     Value   Last Entry
                  ------ ----------------  -----------------------   ------  ------  ------  ---------  ---------
                  01578  Non Equity Part   STEPHEN B. GERALD         675.00  573.75   6.70   3,844.15   09/14/23
                  01831  Paralegal         CHRISTOPHER LANO          415.00  352.76    .70     246.93   06/27/23
                                                                  TOTAL FEE VALUE            4,091.08

           TOTAL FEES AND DISBURSEMENTS       4,091.08

           UNALLOCATED CREDITS                     .00

=================================================================================================================
START-TO-DATE FEES BILLED =           .00    YTD FEES BILLED =        .00    A/R BALANCE THIS MATTER =        .00
START-TO-DATE DISB BILLED =           .00    YTD DISB BILLED =        .00    ESCROW BALANCE          =        .00
=================================================================================================================
```