**Exhibit B**

```
*********************************************************************************************Page3of(4)
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
                                                    DETAILED  BILLING REPORT       AS OF 11/8/2023 1:56:33 PM
                                                    PROFORMA NUMBER: 1692053       LAST DATE BILLED 11/08/23
```

CLIENT 105346             2524 41ST LLC
MATTER 00002              GENERAL CASE ADMINISTRATION
CASE ID

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17091755 | 07/05/23 | | REVISE 7/10 AGENDA (.3); PREPARE AND ORGANIZE 7/10 HEARING BINDER FOR BANKRUPTCY COURT (.5). | | | .80 | 01831 | CL | 282.20 | 6,566.32 |
| 17091754 | 07/06/23 | | CONFER WITH BANKRUPTCY COURT AND S. GERALD RE 7/10 HEARING (.1); PREPARE AND FILE 7/10 AGENDA (.4); PREPARE AND SERVE 7/10 AGENDA (.4) | | | .90 | 01831 | CL | 317.48 | 6,883.80 |
| 17148507 | 07/19/23 | | CALL WITH CLIENT | | | .40 | 01529 | BCS | 256.70 | 7,140.50 |
| 17160870 | 07/26/23 | | CALL WITH CLIENT AND STEVE | | | .40 | 01529 | BCS | 256.70 | 7,397.20 |
| 17169711 | 07/31/23 | | EMAILS RE POTENTAIL LENDER | | | .20 | 01578 | SBG | 114.75 | 7,511.95 |
| 17179991 | 08/04/23 | | EMAILS ON SETTLEMENT | | | .20 | 01529 | BCS | 128.35 | 7,640.30 |
| 17192392 | 08/04/23 | | EMAILS RE STATUS OF NOTE PURCHASE AGREEMENTS | | | .10 | 01578 | SBG | 57.38 | 7,697.68 |
| 17193127 | 08/14/23 | | CONFER WITH B.STRICKLAND RE STATUS OF EFFORTS TO SELL NOTE AND RELATED ISSUES | | | .10 | 01578 | SBG | 57.38 | 7,755.06 |
| 17227551 | 08/31/23 | | CONSIDER STRATEGY TO FORCE WCP SETTLEMENT | | | .70 | 01529 | BCS | 449.23 | 8,204.29 |
| 17239524 | 09/01/23 | | CONSIDER FOLLOW UP STRATEGY ON NOTE SALE FORCED ATTENTION | | | 1.50 | 01529 | BCS | 962.63 | 9,166.92 |

                                                                   19.50**TIME VALUE TOTAL**      9,166.92

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 14 | | | POSTAGE | 4.86 |
| | | | 10 | | | PHOTOCOPIES | 89.82 |
| | | | 94 | | | PACER SERVICE | 39.70 |
| | | | 06 | | | FEDERAL EXPRESS | 335.23 |

```
*************************************************************************************Page4of(4)
                                       WHITEFORD, TAYLOR & PRESTON    THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT    AS OF 11/8/2023 1:56:33 PM
                                       PROFORMA NUMBER: 1692053      LAST DATE BILLED 11/08/23
```

CLIENT 105346           2524 41ST LLC
MATTER 00002            GENERAL CASE ADMINISTRATION
CASE ID

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 110 | | | COLOR PHOTOCOPIES | | 196.00 |
| 14441442 | 09/07/23 | | 43 | | 01529 | RELIABLE WILMINGTON - HOURLY TRANSCRIPT - ORIGINAL (31 PAGES @ $7.25/PG) / CUSTOMER ID: DEC0521 / ORDER NO. WL112354 | 224.75 | |
| | | | *43 | | | TRANSCRIPTS/DEPOSITIONS | | 224.75 |
| 14441443 | 09/29/23 | | 87 | | 01529 | BRENT STRICKLAND - 8/30/23 - PARKING FOR COURT | 10.00 | |
| | | | *87 | | | PARKING FOR COURT | | 10.00 |
| 14441453 | 07/14/23 | | 101 | | 01529 | DLS DISCOVERY - COURIER EXPENSE ON 7/14/23 | 25.00 | |
| | | | *101 | | | COURIER EXPENSE | | 25.00 |

                        *TOTAL DISBURSEMENTS*        925.36

-------- DISBURSEMENT SUMMARY ---------           --------------- ATTORNEY SUMMARY ---------------

| Code | Description | Amount | Atty | Status | Attorney Name | Std Rt | Avg Rt | Hours | Value | Last Entry |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 | FEDERAL EXPRESS | 335.23 | 01529 | Partner | BRENT C. STRICKLAND | 755.00 | 641.75 | 4.40 | 2,823.72 | 09/01/23 |
| 10 | PHOTOCOPIES | 89.82 | 01578 | Non Equity Part | STEPHEN B. GERALD | 675.00 | 573.76 | 4.60 | 2,639.30 | 08/14/23 |
| 101 | COURIER EXPENSE | 25.00 | 01831 | Paralegal | CHRISTOPHER LANO | 415.00 | 352.75 | 10.50 | 3,703.90 | 07/06/23 |
| 110 | COLOR PHOTOCOPIES | 196.00 | | | TOTAL FEE VALUE | | | | 9,166.92 | |
| 14 | POSTAGE | 4.86 | | | | | | | | |
| 43 | TRANSCRIPTS/DEPOSITI | 224.75 | | | | | | | | |
| 87 | PARKING FOR COURT | 10.00 | | | | | | | | |
| 94 | PACER SERVICE | 39.70 | | | | | | | | |
| | TOTAL DISBURSEMENTS | 925.36 | | | | | | | | |

                   TOTAL FEES AND DISBURSEMENTS       10,092.28

                   UNALLOCATED CREDITS                      .00

==================================================================================================
START-TO-DATE FEES BILLED =             .00    YTD FEES BILLED =           .00    A/R BALANCE THIS MATTER =    1,738.00
START-TO-DATE DISB BILLED =        1,738.00    YTD DISB BILLED =      1,738.00    ESCROW BALANCE          =         .00
==================================================================================================