The order below is hereby signed.

Signed: November 28 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2524 41st LLC, | ) | Case No. 23-00188 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING AMENDED FIRST AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *__Amended__ First and Final Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") filed by Whiteford Taylor & Preston L.L.P. ("Whiteford"), counsel to 2524 41st LLC (the "Debtor") in the above captioned case; and proper notice pursuant to Bankruptcy Rules 2002 and 2016 having been provided; and the Court having reviewed and considered the Application and any objections or responses filed thereto; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that any objections to the Application are overruled; and it is further

**ORDERED**, that Whiteford's request for payment of fees in the amount of $49,953.08 is hereby approved and allowed on a final basis; and it is further

**ORDERED**, that Whiteford's request for reimbursement for out-of-pocket expenses in the amount of $925.36 is hereby approved and allowed on a final basis; and it is further

**ORDERED**, that the Debtor is authorized to pay Whiteford the amounts allowed above and as set forth in the Application; and it is further

**ORDERED**, that Whiteford is authorized to apply any retainer in Whiteford's possession to the fees and expenses approved and allowed in this Order.

### END OF ORDER

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor in Possession*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
DOJ-UST
1725 Duke Street
Alexandria, VA 22314
Phone: (202) 841-8501
Email: sara.kathryn.mayson@usdoj.gov

cc: All Parties on Master Service List