The order below is hereby signed.

Signed: December 4 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2524 41st LLC, | ) | Case No. 23-00188 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING MOTION FOR ORDER
### AUTHORIZING DISMISSAL OF BANKRUPTCY CASE

Upon consideration of the *Motion for Order Authorizing Dismissal of Bankruptcy Case* (the "Motion") filed by 2524 41st LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"); and the Court having considered any timely filed responses and objections, and any arguments and testimony before the Court at any hearing held on the Motion (the "Hearing"); and any responses or objections to the Motion having been withdrawn, overruled on the merits, or otherwise resolved; and after due deliberation and sufficient cause appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Court has the authority to grant the relief requested in the Motion pursuant to sections 105(a), 305(a), 349, and 1112(b)(1) of the Bankruptcy Code.

3. Terms not defined herein shall have the meaning set forth in the Motion.

4. The Debtor has provided proper notice of the Motion to all required parties. Such notice is adequate under the circumstances and in light of the relief requested, and no other or further notice is required.

5. The relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors, and represents the exercise of the sound business judgment of the Debtor.

6. The proposed distribution of the Debtor's assets set forth in the Motion is appropriate and consistent with the absolute priority rule and the Bankruptcy Code's distribution scheme (the "Priority Scheme").

7. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

A. The Motion is granted, and the above-captioned bankruptcy case is dismissed as set forth herein.

B. The Debtor is authorized and directed to distribute its remaining assets ($500) to its allowed priority claimants, pro rata, which distribution is consistent with the Priority Scheme established by the Bankruptcy Code.

C. Whiteford, Taylor & Preston L.L.P. is authorized to apply the Retainer to its post-petition fees upon the Court's final approval of Whiteford's fees.

D. The Debtor's professionals employed in this case may file final fee applications within thirty (30) days of the entry of this Order.

   E. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Motion.

   F. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or any other provision staying the effectiveness of this Order, the terms and conditions of this Order shall be effective immediately.

   G. Notwithstanding the operation of section 349(b)(2) of the Bankruptcy Code, (1) all orders allowing and authorizing the employment and compensation of professionals, (2) the order granting WCP relief from the automatic stay, (3) the order deeming this case to be a single asset real estate case, and (4) this order, shall remain in effect and binding on all parties following the dismissal of this case.

   H. This Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com
*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List