The order below is hereby signed.

Signed: December 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 2524 41st LLC, | ) | Case No. 23-00188 (ELG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING MOTION FOR ORDER
### AUTHORIZING DISMISSAL OF BANKRUPTCY CASE

Upon consideration of the *Motion for Order Authorizing Dismissal of Bankruptcy Case* (the "Motion") filed by 2524 41st LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"); and the Court having considered any timely filed responses and objections, and any arguments and testimony before the Court at any hearing held on the Motion (the "Hearing"); and any responses or objections to the Motion having been withdrawn, overruled on the merits, or otherwise resolved; and after due deliberation and sufficient cause appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Court has the authority to grant the relief requested in the Motion pursuant to sections 105(a), 305(a), 349, and 1112(b)(1) of the Bankruptcy Code.

3. Terms not defined herein shall have the meaning set forth in the Motion.

4. The Debtor has provided proper notice of the Motion to all required parties. Such notice is adequate under the circumstances and in light of the relief requested, and no other or further notice is required.

5. The relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors, and represents the exercise of the sound business judgment of the Debtor.

6. The proposed distribution of the Debtor's assets set forth in the Motion is appropriate and consistent with the absolute priority rule and the Bankruptcy Code's distribution scheme (the "Priority Scheme").

7. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

A. The Motion is granted, and the above-captioned bankruptcy case is dismissed as set forth herein.

B. The Debtor is authorized and directed to distribute its remaining assets ($500) to its allowed priority claimants, pro rata, which distribution is consistent with the Priority Scheme established by the Bankruptcy Code.

C. Whiteford, Taylor & Preston L.L.P. is authorized to apply the Retainer to its post-petition fees upon the Court's final approval of Whiteford's fees.

D. The Debtor's professionals employed in this case may file final fee applications within thirty (30) days of the entry of this Order.

E. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Motion.

F. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or any other provision staying the effectiveness of this Order, the terms and conditions of this Order shall be effective immediately.

G. Notwithstanding the operation of section 349(b)(2) of the Bankruptcy Code, (1) all orders allowing and authorizing the employment and compensation of professionals, (2) the order granting WCP relief from the automatic stay, (3) the order deeming this case to be a single asset real estate case, and (4) this order, shall remain in effect and binding on all parties following the dismissal of this case.

H. This Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com
*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List

United States Bankruptcy Court

District of Columbia

In re:     Case No. 23-00188-ELG

2524 41st LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Dec 04, 2023     Form ID: pdf001     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 769445 | + | 1Sharpe Opportunity Intermediate Trust, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 769446 | + | 1Sharpe Opportunity Intermediate Trust, c/o Russell S. Drazin, Esq., Pardo Drazin LLC, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| 769449 | + | Arcill Engineering, 929 West Broad St, #249, Falls Church, VA 22046-3121 |
| 769448 | + | Bennuci Financial Group LLC, 4237 Spring Island, Okatie, SC 29909-4070 |
| 770679 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON DC 20013-0520 |
| 769457 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |
| 769451 | + | District of Columbia Dept. of Building, 1100 4th St SW, Washington, DC 20024-4451 |
| 769453 | + | Nicholas Jung/NSJ LLC, 2819 Bargate Ct, Crofton, MD 21114-3105 |
| 769452 | + | Odeh Properties, 12839 Rose Grove Dr, Herndon, VA 20171-1752 |
| 769447 | + | WCP Fund I LLC, c/o Russell S. Drazin, Esq., Pardo Drazin LLC, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| 770711 | + | WCP Fund I LLC As Servicer for, 1Sharpe Opportunity Intermediate Trust, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 769450 | + | Email/Text: angela.coleman@dc.gov | Dec 04 2023 22:17:10 | District of Columbia Office of Tax-Rev, 1101 4th St SW, Washington, DC 20024-4457 |
| 769456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 22:17:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 769458 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Dec 04 2023 22:17:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 769454 | + | Email/Text: secbankruptcy@sec.gov | Dec 04 2023 22:17:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 769455 | + | Email/Text: nyrobankruptcy@sec.gov | Dec 04 2023 22:17:00 | Securities & Exchange Commission, New York Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf001 | Total Noticed: 16 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 2524 41st LLC bstrickland@wtplaw.com cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 6